FILED
12/22/2021
*Peg L. Allison*
CLERK
Flathead County District Court
STATE OF MONTANA
By: Jennifer McFarren
DV-15-2021-0001445-BC
Ulbricht, Heidi J
5.00

Sean S. Frampton
FRAMPTON PURDY LAW FIRM
530 West 19th Street #301
Whitefish, MT 59937
Telephone: (406) 862-9600
Facsimile: (406) 862-9611
E-mail: sean@framptonpurdy.com
*Attorneys for Plaintiffs*

**MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY**

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN<br><br>Plaintiffs,<br><br>-vs-<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants. | Cause No. DV-21-1445C<br><br>Judge Heidi J. Ulbricht<br><br>**AMENDED COMPLAINT** |

For their claim against Defendants, Plaintiffs alleges as follows:

**SPECIFIC PERFORMANCE**

1. Plaintiff Glacier Bear Retreat, LLC ("GBR") is a limited liability company organized under the laws of Montana and registered to do business in Montana. Its principal place of business is in Flathead County, Montana.

2. Plaintiffs Gail L. Goodwin and Darryl C. Slattengren are individuals who own property in Flathead County, Montana, and are principals of GBR.

3. Matt Dusek and Rachel Dusek, husband and wife, reside in California.

4. Plaintiffs own 348 Grist Road, West Glacier, MT 59936, legally described as follows (the "Property"):

> Tract 1 of COS #19007 (situated, lying and being in Gov. Lot 2 of Section 14, Township 32N, Range 19W, P.M.M.) according to the map, plat or

survey thereof on file and of record in the office of the Clerk and Recorder of Flathead County, Montana.

5. The Property is unique because it is one of the few privately-owned properties within Glacier National Park.

6. On or about October 5, 2021, Plaintiffs and Defendants entered into a Buy-Sell Agreement (the "Agreement") whereby Plaintiffs agreed to sell and Defendants agreed to purchase the Property.

7. Pursuant to the terms of the Agreement, Defendants had until October 26, 2021 at 5:00 pm to deliver written notice of their "disapproval" of the Property conditions. (Agreement, Lines 171-73) Defendants complied with this requirement by providing, on or about October 15th, a written Inspection Notice identifying nine conditions that they disapproved and setting forth the proposed remedies that would be acceptable.

8. On October 17, 2021, the Plaintiffs agreed to complete the proposed remedies.

9. The parties' agreement constituted an amendment to the Agreement, the Property condition contingency was released, and the Defendants had no opportunity to withdraw their disapproval.

10. Plaintiffs completed the remedies.

11. On October 30, 2021, Defendants attempted to serve notice of their disapproval of the Property conditions and unilaterally terminate the Agreement.

12. Defendants failed to close on the purchase of the Property on the closing date of November 9, 2021.

13. Defendants breached the Agreement by failing to close.

14. Plaintiffs are entitled to an order granting specific performance of the Agreement compelling the borrowers to purchase the property.

15. The Agreement provided for attorney’s fees to be awarded to the prevailing party in the event of a dispute.

16. Plaintiffs are entitled to an order awarding them their attorney fees and costs.

WHEREFORE, Plaintiffs pray for judgment directing Defendants to specifically perform their obligations under the Agreement and purchase the Property from Plaintiffs in accordance with the terms of the Agreement; for fees and costs as allowed by Montana law, and for any other relief the Court deems just.

DATED this 22nd day of December 2021.

FRAMPTON PURDY LAW FIRM
*Attorneys for Plaintiffs*

By: ______________________
Sean S. Frampton