Fred Simpson, Esq.
JENKS & SIMPSON, P.C.
1821 South Ave. W, Suite 204
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@jenkssimpson.legal
*Attorneys for Plaintiffs and Counterclaim Defendants*

Shane P. Coleman, Esq.
Brianne C. McClafferty, Esq.
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: 406-252-2166
Facsimile: 406-252-1669
spcoleman@hollandhart.com
bcmcclafferty@hollandhart.com
*Attorneys for Defendants and Counterclaim Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN, | Cause No. CV 22-19-M-DLC-KLD |
| Plaintiffs/Counterclaim Defendants, | **STATEMENT OF STIPULATED FACTS** |
| vs. | |
| MATT DUSEK AND RACHEL DUSEK, | |
| Defendants/Counterclaimants. | |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rules 16.2(b)(3) and 26.1(a) of the Local Rules for the United States District Court for the District of Montana, the parties submit the following Statement of Stipulated Facts:

1. Plaintiff Glacier Bear Retreat, LLC ("Glacier Bear") is a limited liability company organized and existing under Montana law, and has its principal place of business in Flathead County, Montana. Glacier Bear is therefore deemed a citizen of the state of Montana.

2. Plaintiffs Gail L. Goodwin and Darryl C. Slattengren are citizens of the U.S. Virgin Islands.

3. Defendants Matt Dusek and Rachel Dusek are citizens of the state of California.

4. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a).

5. Venue is appropriate in the Missoula Division of this Court because the real property at issue is located in Flathead County, Montana, and the contract at issue in this case was to be performed in Flathead County, Montana.

6. Attached hereto as **Exhibit A** is a true and correct copy of the Buy-Sell Agreement executed by both parties and dated October 4, 2021, with the price terms redacted to preserve the confidentiality of that information.

7. Attached hereto as **Exhibit B** is a true and correct copy of the Inspection Notice executed by both parties.

8. Attached hereto as **Exhibit C** is a true and correct copy of the letter from Defendants to Scott Darkenwald dated October 30, 2021.

9. Attached hereto as **Exhibit D** is a true and correct copy of the email from Matt Dusek to Tracy Rossi and Scott Darkenwald enclosing the letter of October 30, 2021, **Exhibit C**.

10. Defendants conducted an in-person inspection of the subject property on October 19, 2021.

DATED this 7th day of March, 2022.

JENKS & SIMPSON, P.C.

By /s/Fred Simpson
Fred Simpson
*Attorneys for Plaintiffs and Counterclaim Defendants*

//
//
//

DATED this 7th day of March, 2022.

HOLLAND & HART LLP

By /s/Shane Coleman
Shane Coleman
*Attorneys for Defendants and Counterclaim Plaintiffs*

# CERTIFICATE OF SERVICE

I certify on this 7th day of March, 2022, a copy of the foregoing document was served upon the following persons by the following means as indicated below:

**[X] CM/ECF**
[...] Mail
[ ] Hand Delivery
[ ] Overnight Delivery Service
[...] Fax
[ ] Email

Clerk, U.S. District Court

**[X] CM/ECF**
[...] Mail
[ ] Hand Delivery
[ ] Overnight Delivery Service
[...] Fax
[ ] Email

Shane P. Coleman, Esq.
Brianne C. McClafferty, Esq.
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: 406-252-2166
Facsimile: 406-252-1669
spcoleman@hollandhart.com
bcmcclafferty@hollandhart.com
*Attorneys for Defendants and Counterclaim Plaintiffs*

DATED this 7th day of March, 2022.

JENKS & SIMPSON, P.C.

By /s/ Fred Simpson
Fred Simpson
*Attorneys for Plaintiffs and Counterclaim Defendants*