**EXHIBIT B**

Authentisign ID: D4DE9DA8-ED2D-EC11-981F-501AC544F02B

# INSPECTION NOTICE
## (Results/Remedies)

Date: 10/15/2021

IN REFERENCE TO THE BUY-SELL AGREEMENT DATED 10/05/2021,
between Goodwin & Slattengren (hereafter the "Seller")
and Matt Dusek And Rachel Dusek (hereafter the "Buyer")
for the real property commonly known as 348 Grist Road
West Glacier MT 59936.

BUYER HEREBY GIVES NOTICE TO SELLER OF DISAPPROVAL OF THE FOLLOWING ITEMS:
(Copy of the relevant portion of inspections or reports are attached.)

Page 12, Section 2, Item 13: Drainage

Page 13, Section 4, Item 2: Siding Condition

Page 14, Section 4, Item 4: Flashing

Page 16, Section 5, Item 19: Evidence of moisture

Page 17, Section 5, Item 20: Mold Build-up

Page 21, Section 7, Item 15: Stairs

Page 23, Section 8, Item 7: Valley flashing

Page 25, Section 9, Item 5: Insulation

Page 32, Section 14, Item 10: Evidence of leakage

MD / RD
Buyer's Initials

Seller's Initials

© 2018 Montana Association of REALTORS®


This form presented by Tracy Rossi | Glacier Sotheby's Int'l Realty | (406) 763-6808 | trossi@glaciersir.com

InstanetFORMS

Buyer gives notice to the Seller as follows (Buyer should check only one box preceding the bolded Buyer language):

☒ **Buyer** elects to negotiate the items of disapproval described above and offers the following resolution:

Seller, at seller's expense, to remedy to the following:

Page 12, Section 2, Item 13: Drainage - gutter to be extended to shed water away from foundation.

Page 13, Section 4, Item 2: Siding Condition - remedy to suggestions in inspection report, cosmetics to be in matching condition to rest of house. Cory Rensmon at Advanced Restoration to complete work.

Page 14, Section 4, Item 4: Flashing - remedy to suggestion in inspection report, cosmetics to be in matching condition to rest of house. Cory Rensmon at Advanced Restoration to complete work.

Page 16, Section 5, Item 19: Evidence of moisture - remedy to suggestion in inspection report, Cory Rensmon at Advanced Restoration to complete work.

Page 17, Section 5, Item 20: Mold Build-up - All mold to be remediated and pass a clearance test. Cory Rensmon at Advanced Restoration to complete work.

Page 21, Section 7, Item 15: Stairs - Railing in guest house to be installed with esthetically pleasing and up to code new railing.

Page 23, Section 8, Item 7: Valley flashing - Noted wiring to be installed in conduit and capped in specified areas by licensed electrician.

Page 25, Section 9, Item 5: Insulation - Appropriate insulation to be blown in by Cory Rensmon at Advanced Restoration to complete work.

Page 32, Section 14, Item 10: Evidence of leakage - noted leaking waste pipe to be remedied.

If Seller and Buyer agree to the remedies specified above, this document shall constitute an amendment to the Buy-Sell Agreement referred to above and shall be an integral part of this transaction. Seller shall complete all agreed upon resolution(s) to the condition(s) and problem(s) identified above by 5:00 p.m. (Mountain Time) on 11/05/2021 (Date).

Matt Dusek / 10/15/21 — Rachel Dusek / 10/15/21

(Buyer's Signature) Date — (Buyer's Signature) Date

Matt Dusek — Rachel Dusek

Seller agrees to the terms and conditions as stated herein above.

______ / 10/17/21 — ______ / 10/17/21

(Seller's Signature) Date — (Seller's Signature) Date

Goodwin — Slattengren

☐ Modified per Inspection Notice (Seller's Response) ____/____/____

Seller's Initials Date

☐ Rejected by Seller ____/____/____

Seller's Initials Date

☐ **Buyer** elects to terminate the Buy-Sell Agreement referred to above. All earnest money shall be returned to the Buyer and the Buy-Sell Agreement is terminated.

______ / ______ — ______ / ______

(Buyer's Signature) Date — (Buyer's Signature) Date

**NOTE:** Unless otherwise expressly stated the term "Days" means calendar days and not business days. Business days are defined as all days as except Sundays and holidays. Any performance which is required to be completed on a Saturday, Sunday or holiday can be performed on the next business day.



This form presented by Tracy Rossi | Glacier Sotheby's Int'l Realty | (406) 763-6808 | trossi@glaciersir.com
InstanetFORMS