**EXHIBIT C**

October 30, 2021

Scott Darkenwald
Broker
Glacier Sotheby's International Realty
C. 406.212.3355
sdarkenwald@glaciersir.com

Dear Scott,

Under advice of counsel, and in satisfaction of the terms of the Buy - Sell Agreement between Matt Dusek and/or Assigns & Rachel Dusek and/or Assigns and Gail Goodwin & Darryl Slattengren dated 10/4/2021 for the property at 348 Grist Rd., West Glacier, MT [Dusek_348 Grist Road - Buy-Sell Agreement (Residential) (Rev 042021).pdf], we are declining to sign the Notice of Release of Contingencies [Notice of Release of Contingencies - 3_06.pdf] that you and Tracy Rossi offered to us. Upon review and consideration of an extensive due diligence process, we **do not** release our contingencies.

As we are unable to come to written agreement in satisfaction of the conditions noted, and as we did not withdraw, in writing, our disapproval of the conditions noted on or before the stipulated Resolution Date (10/29/2021 at 5:00 PM MT), we expect that the earnest money shall be returned to us and the Agreement then terminated.

We understand that this is a disappointing development. It is disappointing to us as well. As you know, we love Glacier National Park tremendously and have long dreamed of finding and acquiring an inholding that allows us to live in such an extraordinary setting. We appreciate the opportunity extended to us by Gail and Darryl, and facilitated by you and Tracy, to consider the purchase of their property. We wish you all every success in its sale.

Best wishes,

Matt and Rachel Dusek