EXHIBIT D

[redacted]

---------- Forwarded message ---------
From: **Scott Darkenwald** <sdarkenwald@glaciersir.com>
Date: Sat, Oct 30, 2021 at 6:42 PM
Subject: Fwd: Contingency release
To: Gail Goodwin <gail@montanabearproperties.com>
Cc: Tracy Rossi <trossi@glaciersir.com>, Scott Darkenwald <sdarkenwald@glaciersir.com>

See below

Sent from my iPad

Begin forwarded message:

> **From:** Matt Dusek <matt.dusek@gmail.com>
> **Date:** October 30, 2021 at 5:08:47 PM MDT
> **To:** Tracy Rossi <trossi@glaciersir.com>
> **Cc:** Scott Darkenwald <sdarkenwald@glaciersir.com>
> **Subject: Re: Contingency release**
>
> Tracy and Scott,
>
> Please see the attached. We have decided not to release contingencies.
>
> I will follow up with Scott by phone.
>
> Thank you,
>
> Matt
>
> [redacted]

[redacted]