# EXHIBIT A

Fred Simpson, Esq.
JENKS & SIMPSON, P.C.
1821 South Ave. W, Suite 204
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@jenkssimpson.legal
*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | ) | Cause No. CV 22-19-M-KLD<br><br>**DECLARATION OF GAIL L. GOODWIN** |

1. My name is Gail L. Goodwin. I am over the age of 18 years, and have personal knowledge of the matters stated in this declaration.

2. I am one of the Plaintiffs in this case. I am now, and at all times relevant to this case, have been, married to Darryl C. Slattengren ("Darryl"), one of the other Plaintiffs in this case.

3. The real property at issue in this case (the "Property") is commonly known as 348 Grist Road, West Glacier, Montana, 59936. The legal description for the Property is:

> Tract 1 of COS #19007 (situated, lying and being in Gov. Lot 2 of Section 14, Township 32N, Range 19W, P.M.M.) according to the map, plat or survey thereof on file and of record in the office of the Clerk and Recorder of Flathead County, Montana.

4. In March 2017, Darryl and I conveyed title to the Property to Glacier Bear Retreat, LLC, the other Plaintiff in this case. A true and correct copy of the Grant Deed conveying title to the Property to Glacier Bear Retreat, LLC, is attached hereto as **Exhibit A**.

5. Darryl and I are now, and have always been, the sole members of Glacier Bear Retreat, LLC. As its sole members, Darryl and I have always had the exclusive authority to make all decisions and to take all actions on behalf of Glacier Bear Retreat, LLC. While Darryl and I are both members of Glacier Bear Retreat, LLC, I am the person who primarily manages the affairs of Glacier Bear Retreat, LLC as it is a part of my occupation as a property manager, and Darryl is engaged in a full time occupation as a pilot.

6. Darryl and I listed the Property for sale with Scott Darkenwald ("Mr. Darkenwald") of Glacier Sotheby's International Realty on or about September 1, 2021. Due to confusion arising from Flathead County not having the property

owner tax information up to date, the Property was listed with Darryl and me as the owners of the Property, rather than GBR.

7. Darryl and I signed the Buy-Sell Agreement with Duseks for the sale and purchase of the Property on or about October 5, 2021. The Duseks deposited a certain amount of the purchase price into escrow, and the balance of the purchase price was due to be paid in cash at closing. I have not disclosed the price terms in this declaration because the Duseks proposed in the Buy-Sell Agreement, and we agreed, that the price terms be kept confidential.

8. On or about October 16, 2021, Mr. Darkenwald sent me a document labeled "Inspection Notice (Results/Remedies)" (the "Inspection Notice"). The Inspection Notice had previously been signed by Matt and Rachel Dusek. The Inspection Notice listed nine repair items for the Property.

9. Darryl and I promptly signed the Inspection Notice on October 17, 2021, and I returned it to Mr. Darkenwald by email on October 17, 2021. By signing the Inspection Notice, Darryl and I agreed, at our expense, to make the repairs listed in the Inspection Notice.

10. Upon receiving the Inspection Notice, I took immediate steps to perform the work required by the Inspection Notice by hiring the necessary contractors. As required by the Inspection Notice, I hired Cory Rensmon at Advanced Restoration to repair the siding condition, flashing, evidence of moisture

and mold build-up as those items were identified in the Inspection Notice. Pursuant to Lines 81-82 of the Inspection Notice, we had until November 5, 2021, to complete all the repairs. It was our intent to comply with the Inspection Notice, and we in fact complied with the Inspection Notice by having all those repairs made on or before October 26, 2021. GBR spent a total of $30,319.75 on the repairs, including $25,244 paid to Advanced Restoration for mold and moisture remediation.

11. During the pendency of the Buy-Sell Agreement, and after the repairs required by the Inspection Notice were completed, I was not made aware of any repairs required by the Inspection Notice that were incomplete or unsatisfactory. Additionally, Darryl and I were prepared and willing to make sure that all repairs required by the Inspection Notice were satisfactorily completed in a timely manner.

12. Darryl and I did not learn of the Duseks' conversations with Scott Darkenwald which occurred on October 25, 2021, and during which they informed Mr. Darkenwald that they were considering terminating the Buy-Sell Agreement. until after the current lawsuit was filed.

13. At all times after we signed the Buy-Sell Agreement, Darryl and I were ready, willing and able to close on the transaction on our own behalf, and on behalf of Glacier Bear Retreat, LLC. We fully intended to close on the Buy-Sell

Agreement, and would have closed on the Buy-Sell Agreement, but for the Duseks' refusal to close on it. A true and correct copy of a letter sent by our prior attorney on this matter, Sean Frampton, confirming that we were prepared and intended to close on the Buy-Sell Agreement as then scheduled for November 9, 2021, is attached to my declaration as **Exhibit B**. We are still prepared and willing to close on the Buy-Sell Agreement if the Court grants our motion for summary judgment and orders the parties to close on the Buy-Sell Agreement.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July, 2022.

By______________________
Gail L. Goodwin

**EXHIBIT A**

201700007079
Page: 1 of 1
Fees: $7.00
Debbie Pierson, Flathead County MT by NC 4/7/2017 11:33 AM

Approved 4/7/2017 LB 0308750

Return after recording to:
Morrison & Frampton, PLLP
341 Central Ave.
Whitefish, MT 59937

# GRANT DEED

FOR VALUE RECEIVED, *Gail Lynne Goodwin and Darryl C. Slattengren,* of 832 Cantrell Ct., Whitefish, MT 59937, ("Grantor") do hereby grant, bargain, sell and convey unto *Glacier Bear Retreat, LLC,* of 832 Cantrell Ct., Whitefish, MT 59937, Whitefish, MT 59937, ("Grantee") all that certain lot, piece, or parcel of land situate, lying and being in the County of Flathead, State of Montana, and particularly described as follows:

> ***Tract 1 of COS # 19007 (situated, lying and being in Gov. Lot 2 of Section 14, Township 32N, Range 19W, P.M.M.), according to the map, plat or survey thereof on file and of record in the office of the Clerk and Recorder of Flathead County, Montana.***

SUBJECT TO AND TOGETHER WITH any and all easements, agreements, reservations, restrictions, covenants, conditions, notices, encumbrances and rights of way apparent or of record.

TOGETHER with all tenements, hereditaments, improvements and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the said premises, with its appurtenances unto the said Grantees and to the Grantee's successors and assigns forever. The said Grantor does hereby covenant to and with the said Grantee, that the Grantor is the owner in fees simple of said premises, and that said premises are free from all encumbrances except those stated above.

DATED this 13th day of March, 2017.

**Grantor(s)**

X [signature]
*Gail Lynne Goodwin*

X [signature]
*Darryl C. Slattengren*

STATE OF MONTANA )
: ss
County of FLATHEAD)

On this 13th day of March, 2017, before me, the undersigned, a Notary Public for the State aforesaid, personally appeared *Gail Lynne Goodwin and Darryl C. Slattengren.*

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the day and year first above written.

MOLLY MCCONNELL
NOTARY PUBLIC for the
State of Montana
Residing at Whitefish, Montana
My Commission Expires
July 13, 2019

[signature]
Notary Public for the State of Montana

EXHIBIT B

FRAMPTON PURDY
ATTORNEYS AT LAW

SEAN S. FRAMPTON
DOUGLAS SCOTTI
CONNOR C. WALKER^

530 WEST 19TH STREET #301
WHITEFISH, MONTANA 59937
T: (406) 862-9600 F: (406) 862-9611
WWW.FRAMPTONPURDY.COM

RYAN D. PURDY
MICHAEL J. CAVALIERE*
BRYAN T. DAVIS†
SEAN CHRISTENSEN

November 1, 2021

**VIA EMAIL ONLY TO sdarkenwald@glaciersir.com**

Mr. Scott Darkenwald
Glacier Sotheby's International Realty

RE: 348 Grist Road, West Glacier, MT

Dear Scott:

I represent Gail Goodwin and Darryl Slattengren. I have reviewed the Duseks' termination dated October 30, 2021, but my clients' position is that their attempted termination is untimely under the terms of the Buy Sell. My clients' intentions are to proceed to closing. Please be advised that my clients are ready and willing to close as scheduled on November 9, 2021. Please have the title company continue with its process in terms of drafting and submitting closing documents to my clients for their execution. I believe this was to be done by Docusign.

If the Buyers are willing to forego any closing formalities without any prejudice to my client, please let me know. I just want to make sure that the Buyers will not take the position that my clients failed to perform by not closing.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Sean S. Frampton
Frampton Purdy Law Firm

SSF/kks
cc: James Bowditch (jbowditch@boonekarlberg.com)