# EXHIBIT B

Fred Simpson, Esq.
JENKS & SIMPSON, P.C.
1821 South Ave. W, Suite 204
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@jenkssimpson.legal
*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Cause No. CV 22-19-M-KLD<br><br>**DECLARATION OF DARRYL C. SLATTENGREN** |

1. My name is Darryl C. Slattengren. I am over the age of 18 years, and have personal knowledge of the matters stated in this declaration.

2. I am one of the Plaintiffs in this case. I am now, and at all times relevant to this case, have been, married to Gail L. Goodwin ("Gail"), one of the other Plaintiffs in this case.

3. Gail is the person who primarily manages the affairs of Glacier Bear Retreat, LLC as it is a part of her occupation as a property manager, and I am

engaged in a full time occupation as a pilot. I routinely defer to Gail on decisions with respect to the management of Glacier Bear Retreat, LLC.

4. Gail was also the person who was primarily responsible for communicating with our broker, Scott Darkenwald ("Mr. Darkenwald") for the sale of the Glacier Bear Retreat property located at 348 Grist Road, West Glacier, Montana, 59936 (the "Property").

5. Gail and I signed the Inspection Notice provided by Mr. Darkenwald on October 17, 2021, and I understand that Gail returned it to Mr. Darkenwald.

6. During the pendency of the Buy-Sell Agreement, and after the repairs required by the Inspection Notice were completed, I was not made aware of any repairs required by the Inspection Notice that were incomplete or unsatisfactory. However, Gail and I were prepared and willing to make sure that all repairs required by the Inspection Notice were satisfactorily completed in a timely manner.

7. At all times after we signed the Buy-Sell Agreement, Gail and I were ready, willing and able to close on the transaction on our own behalf, and on behalf of Glacier Bear Retreat, LLC. We fully intended to close on the Buy-Sell Agreement, and would have closed on the Buy-Sell Agreement, but for the Duseks' refusal to close on it. We are still prepared and willing to close on the Buy-Sell Agreement if

the Court grants our motion for summary judgment and orders the parties to close on the Buy-Sell Agreement.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of July, 2022.

By ______________________
Darryl C. Slattengren