R. Dusek Declaration

# Exhibit B

Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**DECLARATION OF RACHEL DUSEK** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Rachel Dusek. I am over the age of 18 years and have personal knowledge of the matters stated in this declaration.

2. I am one of the Defendants in this case. I am now, and at all times relevant to this case have been, married to Matt Dusek, the other Defendant in this case.

3. Matt and I signed the Buy-Sell Agreement ("BSA") on October 5, 2021.

4. Neither Matt nor I ever had any communications with Gail Goodwin or Darryl Slattengren (the "Individual Plaintiffs") before this litigation. We never discussed with them anything about the record ownership of the property.

5. When we signed the BSA, neither Matt nor I had personally visited the property. For that reason, we insisted that the BSA include a personal visitation contingency, which was added to the standard form BSA as follows: "Buyer reserves the right to visit the property during the inspection period." When we signed the BSA, Scott Darkenwald explained that this contingency was broad and allowed us to terminate the BSA if, for any reason, we did not like what we saw when we visited the Property, including in Scott's words, "if the wind blows wrong across the property." We would not have signed a BSA without the Personal Visitation Contingency.

6. Matt and I first visited the property on October 19, 2021. We had intended to visit one week earlier; however, Covid-19 disruptions interfered with travel plans. Scott Darkenwald and Tracy Rossi were present when we first

arrived at the property. At some point during our visit, Tracy left. Near the conclusion of our visit with Scott Darkenwald, Scott suggested that we take some time to walk around the house and the property alone. Prior to departing, he asked whether we were satisfied and prepared to release our contingencies early, before the contingency release dates. We told Scott that we were not prepared to release any contingencies at that time. After Scott's departure, during our private walk around the property, Matt and I were underwhelmed. The traffic noise and visibility were much more invasive than we were led to believe. I was not part of the conversation the following day between Matt and Scott Darkenwald.

7. On October 25, 2021, we believed that our contingencies to the BSA remained available to us, because we had not released any of them. At that time, we were still waiting to learn whether the moisture and mold had been completely remediated and whether the property passed a clearance test. Exhibit 36 attached to Matt's Declaration is a true, correct, and complete copy of text messages that Matt and I received from Scott Darkenwald on October 25, 2021, where Scott wrote the following:

> Hi. We should have the inspection results all done by tomorrow late afternoon.
> That would wrap up your contingencies if all is well.
> Where are you on the LLC business ?
> Once that is decided we could close early if you like.
> Scott

I understood from Scott's text message that he agreed that our Property Condition Inspection Contingency would not be satisfied if the moisture and mold were not completely remediated, which would indicate a failure to pass a clearance test.

8. Matt and I signed an Inspection Notice that specified that Cory Rensmon of Advanced Restoration would perform work on the property to resolve the moisture infiltration and to remediate the mold contamination. Neither Matt nor I have ever met or spoken with Cory Rensmon or anyone affiliated with Advanced Restoration. Neither Matt nor I have ever entered into any sort of contract with Cory Rensmon or anyone affiliated with Advanced Restoration. Neither Matt nor I have ever received any sort of guaranty from Cory Rensmon or anyone affiliated with Advanced Restoration concerning their remediation work on the property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2022.

By: Rachel Dusek ______________________________

Rachel Dusek