Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Matt and Rachel Dusek, by and through its undersigned counsel, hereby move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for an order granting them summary judgment on Plaintiffs' sole Count 1 (contract) of the Second Amended Complaint and also granting them summary judgment on Count 1 (contract) of Defendants' Counterclaim. The basis of this

Motion is that the undisputed facts demonstrate that Defendants did not breach the real estate buy-sell agreement that is at issue in this litigation. Instead, the agreement terminated by its own terms, and Defendants are entitled to the return of their earnest money paid under the buy-sell agreement. This Motion is supported more fully by a Brief and a Statement of Undisputed Facts filed herewith.

Plaintiffs' counsel has been contacted and objects to this motion.

Respectfully submitted this 2nd day of September, 2022.

By: */s/ Shane P. Coleman*

Shane P. Coleman
BILLSTEIN, MONSON & SMALL, PLLC

ATTORNEYS FOR DEFENDANTS MATT DUSEK AND RACHEL DUSEK