GSIR Ex. 1 Excerpts

# Exhibit F

Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**DECLARATION OF SHANE COLEMAN** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Shane Coleman. I am over the age of 18 years and have personal knowledge of the matters stated in this declaration.

2. I am counsel for the Defendants in this matter.

3. On or about March 14, 2022, Plaintiffs' counsel served a document subpoena on Glacier Sotheby's International Realty ("GSIR").

4. GSIR responded by producing documents to Plaintiffs' counsel and to me.

5. The entirety of the GSIR (as it had been produced at that time) was marked as deposition Exhibit 1 during Scott Darkenwald's deposition. It composes 1298 pages and is not practical or necessary to file in its entirety.

6. Attached hereto is a true and correct copy of a single page marked GSIR SDT 462, which is a part of deposition Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August, 2022.

By: */s/ Shane P. Coleman*
Shane P. Coleman

Glacier Bear 10/5/21

1. Would she manage if they rented?
2. Will Teryn caretake?
3. Winter Parking?
4. Access to Lake Public?
5. Road Noise on Camas in peak season?

GSIR SDT 462