# Exhibit 1

Fred Simpson, Esq.
Hall & Evans, LLC
Millennium Building, Ste. 403
125 Bank St.
Missoula, MT 59802
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
Email: simpsonf@hallevans.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Cause No. CV 22-19-M-KLD<br><br>**DECLARATION OF GAIL L. GOODWIN** |

1. My name is Gail L. Goodwin. I am over the age of 18 years, and have personal knowledge of the matters stated in this declaration.

2. I am one of the Plaintiffs in this case.

3. At all times after my husband, Darryl Slattengren, and I signed the Buy-Sell Agreement (the "BSA"), Darryl and I were ready, willing and able to close on the transaction on our own behalf, and on behalf of Glacier Bear Retreat,

LLC. We fully intended to close on the BSA, and would have closed on the BSA, but for the Duseks' refusal to close on it. As part of the closing of the BSA, I intended to transfer the water rights for the Property which were listed in my name to Matt and Rachel Dusek. I remain ready, willing and able to transfer those water rights to Mr. and Mrs. Dusek if the Court orders the parties to close on the BSA.

4. I believed that the water rights contingency was resolved when I provided the documentation I had received from the Montana Department of Natural Resource and Conservation ("DNRC") for water rights for the Property, including the Well Log, General Abstract, and Provisional Permit, along with the accompanying cover letter for that Permit, to the realtor, Scott Darkenwald, on October 12, 2021.

5. I was never requested by Mr. Darkenwald, or Mr. and Mrs. Dusek, to provide any additional information concerning water rights for the Property, including the well log, before Mr. and Mrs. Dusek sent their letters on October 30, 2021, which stated that they were terminating the BSA. Since the well log was already filed with DNRC, I believe it was a public record and available to the Duseks. Had they requested it, I would have provided it immediately, but they never requested it, or any other information on the water rights. Further, Mr. Darkenwald informed me that he had spoken to the Duseks after providing them the information on the water rights and they had approved it. A complete copy of

the water rights permit file for the Property downloaded from DNRC's website (http://wrqs.dnrc.mt.gov/ResultsWS.aspx?search=simple&index=8&owner=goodwin%20gail&status=ACTV!SEVR) is attached as **Exhibit A.**

6. As soon as I discovered that the contractor who dug the well for the Property had not completed the paperwork for the water rights and recording the well log, I contacted DNRC about the matter in early September 2021. I did not delay this process at all. When I contacted the DNRC about water rights for the Property in early September 2021, I was told that the well log for the well on the Property was in the DNRC's file, but hadn't been recorded. DNRC was fully aware of the existence of a well serving the Property, and I was never advised that the well was unlawful or that we could not use it to serve the Property. I filed the application for the water rights on September 3, 2021, and received a provisional permit on October 12, 2021. When I inquired about the term "provisional," I was informed by DNRC representatives that all water rights permits issued after 1973 are "provisional." Further, I understood from DNRC that all that was required to complete the permitting process was to submit the appropriate form 617 by the deadline of December 31, 2022. I completed the form 617 for the water rights permit with the assistance of DNRC representative, Travis Wilson, and submitted it to DNRC on or about June 30, 2022. A true and correct of that completed form 617 is attached to my Declaration as **Exhibit B**. The only thing remaining for

DNRC to confirm is verifying completion of the well, which was completed in 2013.

7. We made it clear that Mr. and Mrs. Dusek were welcome to visit the property at any time. I understand that Mr. and Mrs. Dusek were originally scheduled to visit the Property on October 12, 2021, prior to the date they served the Inspection Notice. I was informed by Mr. Darkenwald that Mr. and Mrs. Dusek had to reschedule their visit to the Property because the private plane they intended to charter for the trip from California to Montana was unavailable when they attempted to confirm their reservations. It is my understanding that Mr. and Mrs. Dusek voluntarily chose to delay their personal visit to the property and that they chose to sign the Inspection Notice on 10/15, where they elected to negotiate the items of disapproval, and we as the Seller agreed to complete the work items outlined. It was my understanding that upon our entering into a mutual inspection resolution agreement on 10/15 and signed by us on 10/17, the inspection contingency in the BSA (as per line 180) was of no further force or effect.

8. I didn't disclose the existence of mold in the Owners Property Disclosure because I was unaware of the existence of mold and other issues on the Property until I received the Inspection Notice from Mr. and Mrs. Dusek on October 15, 2021. When I provided the Owners Property Disclosure, Mr. and Mrs. Dusek were already aware of the mold in the closet from the Inspection Report

they had received from D. Quinn Construction, Inc. Mr. Darkenwald told me there was no point in including the mold or other issues identified in the report because the Duseks were already aware of those conditions and the Owner's report was only for things not already disclosed.

9. Around October 28, 2021, I asked Mr. Darkenwald if the Duseks are aware that all contingency deadlines expired on October 29, 2021, at 5:00 pm Mountain Time. He explained that they were well aware of this fact. I exchanged text messages with Mr. Darkenwald to this effect on October 28 and 29, 2021, true and correct copies of those text messages are attached to this Declaration as **Exhibit C**. When I asked Mr. Darkenwald what was in the form release of contingencies that he sent them, he told me not to worry about it, and all the other contingencies, including the Property Inspection Contingencies, had already expired, which was also my understanding. I wanted to make sure there were no other contingencies, if any even existed, because it was very important to me and Darryl that the BSA close, as scheduled, because we had other financial commitments for the proceeds we would have received upon the closing.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September, 2022.

By ______________________
Gail L. Goodwin

**NA**

*FILE*

*PROVISIONAL PERMIT*

*76I *

*30153319*

Current File Location: **RECORDS UNIT**
As of :

Status:

Box Bar Code:

File Bar Code:

10/22/2021

Exhibit A

A

## Permit/Authorization

- Permit
- Authorization
- Final Adoption
- Preliminary Determination
- Final Order
- Proposal for Decision

- For Form 650-Temporary Lease, place Approval/Denial Document under this flag

# Permit/ Authorization

# DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION

Water Resources Division • Kalispell Regional Office
655 Timberwolf Pkwy, Suite 4, Kalispell, MT 59901 Phone: (406) 752-2288 Fax: (406) 752-2843

GREG GIANFORTE, GOVERNOR

1539 ELEVENTH AVENUE

STATE OF MONTANA

DIRECTOR'S OFFICE: (406) 444-2074
FAX: (406) 444-2684

PO BOX 201601
HELENA, MONTANA 59620-1601


October 12, 2021

Gail Goodwin
3868 Gelande St, #7
Whitefish, MT 59937

Dear Applicant,

Your provisional permit has been issued in accordance with section 85-20-401 of Montana Code Annotated. Your provisional permit has been assigned the water right number **76LJ 30153319** and the extent of your water right is outlined in the enclosed permit document.

The Department has designated a notice of completion of permitted water development (form 617) due date of **December 31, 2022**. This date is important for you to remember because failure to file a notice of completion (form 617) or application for extension of time (form 607) on or before this date will result in the termination of your provisional permit.

If you have any questions regarding your enclosed provisional permit, please contact me at (406) 752-2702 or Austin.Seback@mt.gov.

Sincerely,

Austin Seback
Hydrologist / Water Resource Specialist
Kalispell Regional Water Resources Office

**STATE OF MONTANA**

**DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION**

1424 9TH AVENUE P.O.BOX 201601 HELENA, MONTANA 59620-1601

# PERMIT TO APPROPRIATE WATER

UPON FINDING THE REQUIREMENTS OF SECTION 85-20-401, MCA, HAVE BEEN MET, THIS PROVISIONAL PERMIT IS GRANTED.

---

**Water Right Number:** 76I 30153319 PROVISIONAL PERMIT

**Version:** 1 -- ORIGINAL RIGHT

**Version Status:** ACTIVE

**Owners:** GAIL GOODWIN
3868 GELANDE ST APT 7
WHITEFISH, MT 59937 9002

**Priority Date:** SEPTEMBER 3, 2021 at 12:39 P.M.

**Enforceable Priority Date:** SEPTEMBER 3, 2021 at 12:39 P.M.

**Purpose (Use):** DOMESTIC

OTHER PURPOSE

**Maximum Flow Rate:** 4.00 GPM

**Maximum Volume:** 1.15 AC-FT

**Source Name:** GROUNDWATER

**Source Type:** GROUNDWATER

**Point of Diversion and Means of Diversion:**

| ID | Govt Lot | Qtr Sec | Sec | Twp | Rge | County |
|---|---|---|---|---|---|---|
| 1 | 2 | SWSWSW | 14 | 32N | 19W | FLATHEAD |

**Period of Diversion:** JANUARY 1 TO DECEMBER 31

**Diversion Means:** WELL

**Well Depth:** 58.00 FEET

**Flowing:** YES

THE POINT OF DIVERSION IS LOCATED IN CERTIFICATE OF SURVEY NO. 19007 TRACT 1.

**Purpose (Use):** DOMESTIC

**Households:** 1

**Volume:** 1.00 AC-FT

**Period of Use:** JANUARY 1 to DECEMBER 31

**Place of Use:**

| ID | Acres | Govt Lot | Qtr Sec | Sec | Twp | Rge | County |
|---|---|---|---|---|---|---|---|
| 1 | | 2 | SWSWSW | 14 | 32N | 19W | FLATHEAD |

**Purpose (Use):** OTHER PURPOSE **Purpose Clarification:** GUEST HOUSE

**Volume:** 0.15 AC-FT

**Period of Use:** MAY 15 to SEPTEMBER 15

**Place of Use:**

| ID | Acres | Govt Lot | Qtr Sec | Sec | Twp | Rge | County |
|---|---|---|---|---|---|---|---|
| 1 | | 2 | SWSWSW | 14 | 32N | 19W | FLATHEAD |

THE PLACE OF USE IS LOCATED IN CERTIFICATE OF SURVEY NO. 19007 TRACT 1.

**COMPLETION DEADLINE**

THE DEADLINE TO COMPLETE THIS PERMIT AND FILE A PROJECT COMPLETION NOTICE (FORM 617) IS **DECEMBER 31, 2022**. IF YOU CANNOT MEET THE DEADLINE, FILE A FORM 607, APPLICATION FOR EXTENSION OF TIME, BY **DECEMBER 31, 2022**. OTHERWISE, THE PERMIT IS VOID.

**CLARK FORK RIVER BASIN LAW**

THIS PROVISIONAL WATER USE PERMIT HAS A PRIORITY DATE THAT IS JUNIOR TO THE RIGHTS OF SENIOR WATER RIGHT HOLDERS IN THE CLARK FORK RIVER BASIN. IN ACCORDANCE WITH MONTANA LAW, YOU MAY BE SUBJECT TO A CALL BY SENIOR WATER RIGHT HOLDERS, IN WHICH CASE YOU MAY BE REQUIRED TO DISCONTINUE YOUR USE OF WATER FOR THE PERIOD OF THE CALL.

**CONFEDERATED SALISH AND KOOTENAI TRIBES - RESERVED WATER RIGHTS**

THIS RIGHT IS SUBJECT TO ALL PRIOR INDIAN RESERVED WATER RIGHTS OF THE CONFEDERATED SALISH AND KOOTENAI TRIBES IN THE SOURCE OF SUPPLY. IT IS THE TRIBE'S POSITION THAT THE EXERCISE OF

JUNIOR WATER RIGHTS EITHER WITHIN OR OUTSIDE OF THE EXTERIOR BOUNDARIES OF THE FLATHEAD INDIAN RESERVATION MAY AFFECT THE RESERVED WATER RIGHTS OF THE TRIBE WITHIN THE EXTERIOR BOUNDARIES OF THE RESERVATION. IT IS THE TRIBE'S POSITION THAT ECONOMIC INVESTMENTS MADE IN RELIANCE UPON THIS RIGHT DO NOT CREATE IN THE APPROPRIATOR ANY EQUITY OR VESTED RIGHT AGAINST THE TRIBES. THE APPROPRIATOR IS HEREBY NOTIFIED THAT ANY FINANCIAL OUTLAY OR WORK INVESTED IN A PROJECT PURSUANT TO THIS RIGHT IS AT APPROPRIATOR'S RISK. THE ISSUANCE OF THIS RIGHT DOES NOT REDUCE THE APPROPRIATOR'S LIABILITY FOR DAMAGE CAUSED BY THE EXERCISE OF THE RIGHT. IT DOES NOT MAKE THE DEPARTMENT LIABLE FOR DAMAGE CAUSED BY THE EXERCISE OF THE RIGHT. NOR IS THE DEPARTMENT LIABLE FOR ANY LOSS TO THE APPROPRIATOR CAUSED BY THE EXERCISE OF SENIOR RESERVED WATER RIGHTS.

**U.S. NATIONAL PARK SERVICE - FUTURE CONSUMPTIVE LIMIT**

THIS PERMIT WAS NOT COUNTED AS PART OF THE FUTURE SURFACE SOURCE CONSUMPTIVE USE LIMITS DETAILED IN THE U.S. NATIONAL PARK SERVICE-MONTANA COMPACT.

**U.S. NATIONAL PARK SERVICE - MONTANA COMPACT (GLACIER PARK)**

THIS RIGHT IS ISSUED IN ACCORDANCE WITH THE GLACIER NATIONAL PARK PROVISIONS OF THE JANUARY 31, 1994, U.S. NATIONAL PARK SERVICE-MONTANA COMPACT.

**BACKFLOW PREVENTOR**

PURSUANT TO SECTION 85-2-505, MCA, TO PREVENT GROUND WATER CONTAMINATION, AN OPERATIONAL BACKFLOW PREVENTOR MUST BE INSTALLED AND MAINTAINED BY THE APPROPRIATOR IF A CHEMICAL OR FERTILIZER DISTRIBUTION SYSTEM IS CONNECTED TO THE WELL.

---

**THIS PROVISIONAL PERMIT IS SUBJECT TO ALL PRIOR EXISTING WATER RIGHTS IN THE SOURCE OF SUPPLY. FURTHER, THIS PERMIT IS SUBJECT TO ANY FINAL DETERMINATION OF EXISTING WATER RIGHTS, AS PROVIDED BY MONTANA LAW.**

**FAILURE TO COMPLY WITH ANY OF THESE TERMS AND CONDITIONS MAY RESULT IN THE LOSS OF THIS PROVISIONAL PERMIT.**

Witness Signature

Katny Olsen
Water Resources Division

DATE ISSUED: OCTOBER 12, 2021

## Application Materials

- Work Copy
- Application
- Any information submitted with Application including maps

# Application Materials

Form No. 645 R 07/2013

# PERMIT REGISTRATION FOR GROUNDWATER USE WITHIN THE NATIONAL PARK SERVICE COMPACT AREA

Use this form for groundwater developments located in a National Park Service Compact Area for appropriations not to exceed 35 GPM and 10 AF per year.

*Incomplete forms will be returned.*

**Filing Fee $200.00**

RECEIVED DNRC Water Resources SEP 03 2021

**FOR DEPARTMENT USE ONLY**

Notice No. 30153319 Basin 76 I
Priority Date 9/3/21 Time 1239 AM - (PM)
Rec'd By as
Fee Rec'd $ 200 Check No. CR 224479
Deposit Receipt # 224439 KMU 2204548
Payor (if different from name(s) listed in item 1 below)

Refund $ ____ Date ____

Deficiency Letter Sent ____

⇨ **Your priority is determined by the date of filing. If it is determined this form was improperly filed, your priority date may be changed.**

**1. NAME** Gail Goodwin 431201
**MAILING ADDRESS** 3868 Celande St #7
**CITY** Whitefish **STATE** MT **ZIP** 59937-9002
**WORK PHONE** 406-314-9333 **HOME PHONE** — **CELL PHONE** 406-314-9333

**2. NATIONAL PARK SERVICE COMPACT AREA:** ☐ **BIG HOLE NATIONAL BATTLEFIELD** ☒ **GLACIER NATIONAL PARK**

*Please note: If your development is located within the Yellowstone National Park Compact Area, you must use the Form 600 and addendum.*

**3. DIVERSION USED TO OBTAIN GROUNDWATER**
☒ Well – **Attach well log** Water Well Contractor Name: Cyclone Well Drilling
☐ Developed Spring (Excavation performed at the spring location.)
☐ Pit/Pond – Surface Area ____ Acres ____ Depth

**WORK COPY**

**4. FLOW RATE USED** 4 GPM well depth 58' (per conv. on 10/1 w/ applicant) - as

**5. PURPOSE AND PERIOD OF USE**

| | | |
|---|---|---|
| **Domestic** | Number of homes supplied ~~2~~ 1 ~~1 AF per~~ ARM 36.12.115 - as<br>Year round use? ☒Yes ☐No If no, from ____ to ____, inclusive of each year. 1 AF | |
| **Lawn & Garden** | Total Size of lawn and/or garden - length x width ____<br>April 1 – October 31 ☐Yes ☐No If no, from ____ to ____, inclusive of each year. | |
| **Stock (Example: 100 Cows & 1 Horse)** | Number and type ____<br>Year round use? ☐Yes ☐No If no, from ____ to ____, inclusive of each year. | |
| **Other** | 100/day/person (dept standard (-luxury dwelling))<br>Describe the purpose of the use (west house 2 BD (4 guests) Seasonal<br>Amount of water used 400 gallons per day Number of days used 123<br>Year round use? ☐Yes ☒No If no, from 5/15 to 9/15, inclusive of each year.<br>(per conv. on 10/1 w/ applicant) - as | |

**6. POINT OF DIVERSION** – Location of Ground water Development
SW 1/4 SW 1/4 SW 1/4 Section 14 Twp 32 (N)/S Rge 19 E/(W) County Flathead
Lot ____ Block ____ Tract No. TR 1W Subdivision Name ____
Government Lot No. and TR1X in L2 COS No. 19007-1
Street or Road Address, including City, State & Zip Code of the Development 348 Grist Road, West Glacier MT 59936

**7. PLACE OF USE -** Enter the 17 digit geocode applicable to the place of use legal land description. 07 440614302 100000
If there are multiple places of use, attach additional sheets and list the geocode for each legal land description. The geocodes can be found in county records.
Is the place where water is used the same as the point of diversion? ☒Yes ☐No
If no, enter the place of use land description below. Attach additional sheets if necessary.
☒Domestic ☐Stock ☐Irrigation ☐Other
____ 1/4 ____ 1/4 ____ 1/4 Section ____ Twp ____ N / S Rge ____ E /W County ____
Lot ____ Block ____ Tract No. ____ Subdivision Name ____
Government Lot No. ____ COS No. ____
Street or Road Address, including City, State & Zip Code of the Place of Use ____

**8. MAP-** Attach a map (USGS Quadrangle Map or aerial photo) showing the point of diversion and place of use. The map should have a north arrow, scale bar, section corners and number, and township and range numbers.

**9. WHEN WILL THIS APPROPRIATION BE COMPLETED?** 1 year
**Note: once the project is complete, you must submit a Form 617 (Notice of Completion of Permitted Water Development).*

**I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF MONTANA THAT THE FOREGOING IS TRUE AND CORRECT.**

Appropriator's Signature [signature] Date: 9/3/21

Appropriator's Signature ____ Date: ____

Go to web site http://www.dnrc.mt.gov/wrd/ to learn additional information about the use of this form.

MONTANA DNRC

Form No. 645 R 07/2013

RECEIVED
DNRC Water Resources
SEP 03 2021

# PERMIT REGISTRATION FOR GROUNDWATER USE WITHIN THE NATIONAL PARK SERVICE COMPACT AREA

Use this form for groundwater developments located in a National Park Service Compact Area for appropriations not to exceed 35 GPM and 10 AF per year.

*Incomplete forms will be returned.*

**Filing Fee $200.00**

**FOR DEPARTMENT USE ONLY**

Notice No. 30153319 Basin 76I
Priority Date 9/3/21 Time 1239 AM - PM
Rec'd By gs
Fee Rec'd $ 200.00 Check No. CR 224439
Deposit Receipt # 224439 KWU2204548
Payor (if different from name(s) listed in item 1 below)

Refund $ ______ Date ______

Deficiency Letter Sent ______

⇨ **Your priority is determined by the date of filing. If it is determined this form was improperly filed, your priority date may be changed.**

1. **NAME** Gail Goodwin 431201
**MAILING ADDRESS** 3868 Gelande St #7
**CITY** Whitefish **STATE** MT **ZIP** 59937-9002
**WORK PHONE** 406-314-9333 **HOME PHONE** — **CELL PHONE** 406-314-9333

2. **NATIONAL PARK SERVICE COMPACT AREA:** ☐ **BIG HOLE NATIONAL BATTLEFIELD** ☒ **GLACIER NATIONAL PARK**
*Please note: If your development is located within the Yellowstone National Park Compact Area, you must use the Form 600 and addendum.*

3. **DIVERSION USED TO OBTAIN GROUNDWATER**
☒ Well – **Attach well log** Water Well Contractor Name: Cyclone Well Drilling
☐ Developed Spring (Excavation performed at the spring location.)
☐ Pit/Pond – Surface Area ______ Acres ______ Depth

4. **FLOW RATE USED** 4 GPM well depth 58'

5. **PURPOSE AND PERIOD OF USE**

| | |
|---|---|
| **Domestic** | Number of homes supplied 2<br>Year round use? ☒Yes ☐No If no, from ____ to ____, inclusive of each year. |
| **Lawn & Garden** | Total Size of lawn and/or garden - length x width ______<br>April 1 – October 31 ☐Yes ☐No If no, from ____ to ____, inclusive of each year. |
| **Stock** (Example: 100 Cows & 1 Horse) | Number and type ______<br>Year round use? ☐Yes ☐No If no, from ____ to ____, inclusive of each year. |
| **Other** | Describe the purpose of the use ______<br>Amount of water used ______ gallons per day Number of days used ______<br>Year round use? ☐Yes ☐No If no, from ____ to ____, inclusive of each year. |

6. **POINT OF DIVERSION** – Location of Ground water Development
SW 1/4 SW 1/4 SW 1/4 Section 14 Twp 32 (N) S Rge 19 E (W) County Flathead
Lot ____ Block ____ Tract No. TR 1W Subdivision Name ______
Government Lot No. and TR1X in L2 COS No. 19007-1
Street or Road Address, including City, State & Zip Code of the Development 348 Grist Road, West Glacier MT 59936

7. **PLACE OF USE -** Enter the 17 digit geocode applicable to the place of use legal land description. 07 440614302 100000
If there are multiple places of use, attach additional sheets and list the geocode for each legal land description. The geocodes can be found in county records.
Is the place where water is used the same as the point of diversion? ☒Yes ☐No
If no, enter the place of use land description below. Attach additional sheets if necessary.
☒Domestic ☐Stock ☐Irrigation ☐Other
____1/4 ____1/4 ____1/4 Section ____ Twp ____N / S Rge ____E /W County ______
Lot ____ Block ____ Tract No. ____ Subdivision Name ______
Government Lot No. ______ COS No. ______
Street or Road Address, including City, State & Zip Code of the Place of Use ______

8. **MAP-** Attach a map (USGS Quadrangle Map or aerial photo) showing the point of diversion and place of use. The map should have a north arrow, scale bar, section corners and number, and township and range numbers.

9. **WHEN WILL THIS APPROPRIATION BE COMPLETED?** 1 year
**Note: once the project is complete, you must submit a Form 617 (Notice of Completion of Permitted Water Development).*

**I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF MONTANA THAT THE FOREGOING IS TRUE AND CORRECT.**

Appropriator's Signature [signature] Date: 9/3/21

Appropriator's Signature ______ Date: ______

Go to web site http://www.dnrc.mt.gov/wrd/ to learn additional information about the use of this form.

## MONTANA WELL LOG REPORT

This well log reports the activities of a licensed Montana well driller, serves as the official record of work done within the borehole and casing, and describes the amount of water encountered. This report is compiled electronically from the contents of the Ground Water Information Center (GWIC) database for this site. Acquiring water rights is the well owner's responsibility and is NOT accomplished by the filing of this report.

**Other Options**

**Go to GWIC website**
**Plot this site in State Library Digital Atlas**
**Plot this site in Google Maps**
**View scanned well log (12/6/2013 8:18:50 AM)**

**Site Name: GOODWIN, GAIL LYNNE**
**GWIC Id: 276095**

### Section 1: Well Owner(s)

1) GOODWIN, GAIL LYNNE (MAIL)
832 CANTRELL CT
WHITEFISH MT 59937 [10/01/2013]
2) GOODWIN, GAIL LYNNE (WELL)
348 GRIST RD
WEST GLACIER MT 59936 [10/01/2013]

### Section 2: Location

| Township | Range | Section | Quarter Sections |
|---|---|---|---|
| 32N | 19W | 14 | |

| County | Geocode |
|---|---|
| FLATHEAD | |

| Latitude | Longitude | Geomethod | Datum |
|---|---|---|---|
| 48.5371360361 | -113.991379745 | TRS-SEC | NAD83 |

| Ground Surface Altitude | Ground Surface Method | Datum | Date |
|---|---|---|---|
| | | | |

| Addition | Block | Lot |
|---|---|---|
| | 1 | 2 |

### Section 3: Proposed Use of Water

DOMESTIC (1)

### Section 4: Type of Work

Drilling Method: ROTARY
Status: NEW WELL

### Section 5: Well Completion Date

Date well completed: Tuesday, October 1, 2013

### Section 6: Well Construction Details

**Borehole dimensions**

| From | To | Diameter |
|---|---|---|
| 0 | 18 | 10 |
| 18 | 58 | 6 |

**Casing**

| From | To | Diameter | Wall Thickness | Pressure Rating | Joint | Type |
|---|---|---|---|---|---|---|
| -2 | 58 | 6 | 0.25 | | WELDED | STEEL |

**Completion (Perf/Screen)**

| From | To | Diameter | # of Openings | Size of Openings | Description |
|---|---|---|---|---|---|
| 58 | 58 | 6 | | | OPEN BOTTOM |

**Annular Space (Seal/Grout/Packer)**

| From | To | Description | Cont. Fed? |
|---|---|---|---|
| 0 | 18 | BENTONITE | |

### Section 7: Well Test Data

Total Depth: 58
Static Water Level: -6.93
Closed-in Pressure: 3 psi
Water Temperature:

**Air Test ***

25 gpm with drill stem set at 50 feet for 2 hours.
Time of recovery 0.17 hours.
Recovery water level _ feet.
Pumping water level _ feet.

**Artesian/Flow Test ***

4 gpm for 3 hours.
Flow controlled by VALVE.

** During the well test the discharge rate shall be as uniform as possible. This rate may or may not be the sustainable yield of the well. Sustainable yield does not include the reservoir of the well casing.*

### Section 8: Remarks

### Section 9: Well Log

**Geologic Source**

Unassigned

| From | To | Description |
|---|---|---|
| 0 | 8 | SAND GRAVEL AND COBBLES |
| 8 | 26 | SAND AND GRAVEL |
| 26 | 58 | SAND GRAVEL AND WATER 25 GPM |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Driller Certification**

All work performed and reported in this well log is in compliance with the Montana well construction standards. This report is true to the best of my knowledge.

**Name:** RALPH (BUTCH) TIEMEYER
**Company:** CYCLONE DRILLING INC
**License No:** WWC-583
**Date Completed:** 10/1/2013

# 76I 30153319 Gail Goodwin




MONTANA DNRC
MT DEPARTMENT OF NATURAL RESOURCES & CONSERVATION

**Legend**

- ★ Point of Diversion
- Place of Use
- Section
- Parcels

N

0 190 380 760 Feet

**Location Map**



TR 18 # IW ~ 13(illegible)

OWNERS: JAMES C. GRIST & MARGARET A. WRIGHT
PURPOSE: RETRACEMENT SURVEY
DATE: JULY 30, 2010

# CERTIFICATE OF SURVEY

## GOV'T LOT 2, SEC. 14, T32N, R19W, P.M.,M., FLATHEAD COUNTY, MONTANA







### DESCRIPTION

TRACT 1

That portion of Government Lot Two (2) of Section Fourteen (14), Township Thirty-two North (T32N), Range Nineteen West (R19W), Principal Meridian, Montana, Flathead County, Montana, more particularly described as follows:

Commencing at the southwest corner of said Section Fourteen (14); thence North00°11'20"West 523.32 feet along the westerly boundary of said Section Fourteen (14); thence North89°48'40"East 684.15' feet to the northeast corner of Blair's Cottage Sites, records of Flathead County, Montana, and the TRUE POINT OF BEGINNING of the tract of land herein described; thence South66°07'40"West 130.00 feet along the northerly boundary of said Blair's Cottage Sites to the northwesterly corner of said Blair's Cottage Sites; thence South89°48'40"West 65.10 feet; thence North00°11'20"West 248.10 feet; thence South54°47'29"East 51.12 feet; thence North35°12'31"East 50.00 feet; thence South54°47'29"East 100.00 feet to the westerly right of way of a public road formerly known as North Fork Road, said point also being the beginning of a non-tangent curve concave to the east having a radius of 132.74 feet and to which a radial line bears North67°14'31"West; thence southwesterly, southerly and southeasterly 162.45 feet along said curve through a central angle of 70°07'22" to the point of beginning and containing 0.777 acres of land, gross measure, more or less. All as shown hereon.

Subject to and together with all appurtenant easements of record.

### LEGEND

| | |
|---|---|
| ⊕ | SOUTHWEST CORNER, SEC. 14 FOUND BLM BRASS CAP STAMPED 1973 |
| ⦶ | NORTHWEST CORNER, GOV'T LOT 1, SEC. 14 FOUND BLM BRASS CAP STAMPED 1973 |
| ⊕ | COMPUTED MEANDER CORNER, SEC. 14 LOCATION OF ORIGINAL MONUMENT FALLS IN WATER |
| ● | FOUND REBAR W/CAP STAMPED 4738S (UNLESS OTHERWISE NOTED) |
| ○ | SET 5/8" X 24" REBAR W/PLASTIC CAP STAMPED #13102LS |
| □ | COMPUTED POINT |
| P.O.B. | POINT OF BEGINNING |
| (M) | MEASURED DISTANCE |
| (R) | RECORDED DISTANCE |
| N/F | NOW OR FORMERLY OWNERSHIP |

CERTIFICATE OF SURVEYOR

SAMUEL CORDI REGISTRATION NO. 13102LS

APPROVED: ____

EXAMINING LAND SURVEYOR REG. NO. [illegible]

STATE OF MONTANA
County of Flathead SS

$5.50

Filed on the 26 day of Aug
A.D. 2010 at 3:39 o'clock P M.

Paula Robinson
CLERK AND RECORDER

BY: Nora Christensen
DEPUTY

INSTRUMENT REC. NO. 201000019741

CERTIFICATE OF SURVEY NO. 19007


SAM CORDI
REGISTERED LAND SURVEYOR
974 COLORADO AVE.
P.O. BOX 323
WHITEFISH, MT 59937
PHONE: (406)-862-9977



COS# 19007
201000019741 Fees: $5.50 by: NC
by SAM CORDI LAND SURVEYING & MAPPING INC
Date 8/26/2010 Time 3:39 PM
Paula Robinson, Flathead County Montana

# 645 Goodwin




MONTANA DNRC
MT DEPARTMENT OF NATURAL RESOURCES & CONSERVATION

**Legend**

- Section
- Parcels

PLSS Second Division

| | |
|---|---|
| Aliquot Part | Aliquot Part |
| Remainder Aliquot Part | Remainder Aliquot Part |
| Government Lot | Government Lot |
| Unnumbered Lot | Unnumbered Lot |

World Transportation

N

0 175 350 700 Feet

## Location Map





**Seback, Austin**

---

| | |
|---|---|
| **From:** | Gail Goodwin <gail@montanabearproperties.com> |
| **Sent:** | Friday, October 1, 2021 1:24 PM |
| **To:** | Seback, Austin |
| **Subject:** | [EXTERNAL] 348 Grist Road- water |
| **Attachments:** | IMG_3717.jpeg; IMG_3716.jpeg |

Hi Austin,

Thank you for your kind assistance in resolving the water rights form for water for our home at 348 Grist Road, West Glacier, MT.

As per your request in our conversation earlier today, I'm confirming that you have our permission to amend the application to include:

1 acre-foot of water for the main house which is used year-round
.15 acre-foot of water for the small guest house that sleeps 4, which is only used from 5/15-9/15 each year

As I mentioned to you earlier, when I purchased the property in June of 2013, the existing home was serviced by water from a cistern in the stream by the house, as well as from a pipe from a spring across the other side of the Camas Road. This parcel originally owned by Dwight Grist, the park ranger for Glacier in the 40's and 50's, was originally 7 acres. When the Camus Road was constructed in the early 60's, the back 6 acres were taken by eminent domain to accommodate construction of the road. When we purchased the property in 2013, the water source however still came from a part of that original property on the other side of the Camus Road, which was National Park land at the time of purchase.

During the construction of our home, I contacted the Superintendent's office in Glacier National Park to inquire about the best way to handle the water situation. They agreed that it would be best to abandon the spring piping and cistern and just drill a well on the property, which is what we did. Our contractor told us that he'd take care of all of the paperwork and we didn't realize that we needed to file anything at that time. Our sincere apologies for not knowing this!

I have enclosed two photos of the original Grist home, as per your request. The first photo shows the main house. The second photo also shows the detached second building behind the main house that they used as a shop, which is now the guest studio.

Should you or anyone with the Park Service need any additional information please free free to reach out to me at your convenience.

Thank you for your help, Austin.

Hugs,
Gail

Gail Lynne Goodwin, CPM®
Montana Bear Properties
406-848-1771
*For one-of-a-kind uniquely located luxury vacation rentals, hibernate with us.*

Orginal House - Photo 1



Original House - Photo 2



## Processing Information
## &
## Correspondence

- Correct & Complete Letter & Technical Report
- Materials Developed by DNRC for Analysis
  - Permit: Physical & Legal Availability
  - Change: Historic Use & Adverse Effect
  - Hydrologist Reviews
- Response to Deficiency Letter
- Deficiency Letter
- Additional Documentation
- Emails
- Any other Correspondence

# Processing Info & Correspondence

# DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION

Water Resources Division • Kalispell Regional Office
655 Timberwolf Pkwy, Suite 4, Kalispell, MT 59901 Phone: (406) 752-2288 Fax: (406) 752-2843

GREG GIANFORTE, GOVERNOR — 1539 ELEVENTH AVENUE

STATE OF MONTANA

DIRECTOR'S OFFICE: (406) 444-2074
FAX: (406) 444-2684

PO BOX 201601
HELENA, MONTANA 59620-1601


September 8, 2021

Chief of Water Rights Branch
US National Park Service
Water Rights Branch
Water Resources Division
1201 Oak Ridge Drive, Suite 250
Fort Collins, CO 80525

RE: Notice of Application for Beneficial Water Use Permit
No. 76I 30153319 for Gail Goodwin
Glacier National Park Compact Area
Article II, Section B.2.b.(3)(b)(ii)

Dear Chief of Water Rights Branch:

The Water Rights Compact (compact), between the State of Montana and the US National Park Service concerning Glacier National Park, provides in Article II that the Department of Natural Resources and Conservation (department) must provide notice of a permit application within the compact area to the National Park Service within 30 days of filing.

Enclosed is a copy of an "Application for Beneficial Water Use Permit" for a well of 35 gpm or less, not to exceed 10 acre-feet per year. The well is to be located within a basin tributary to the reserved portion of a Category 3 or 4 stream. According to department records, the consumptive use limit to Category 3 or 4 streams has not yet been reached.

The National Park Service may object to the application on the basis that the proposed appropriation is hydrologically connected to a Category 3 or 4 stream. The US National Park Service must show in its objection by a preponderance of the evidence that the proposed groundwater appropriation is hydrologically connected to the reserved portion of a Category 3 or 4 stream.

If a timely postmarked objection (Form 611) and $25.00 filing fee is not received within thirty (30) days of the date of this notice, the department will issue the permit and not include the appropriation in "future consumptive use" as defined in the compact.

If you have any questions, please contact this office at (406) 752-2746.

Sincerely,

Austin Seback
Hydrologist / Water Resource Specialist
Kalispell Regional Water Resources Office
DNRC – Water Resource Division

Enc. (copies of application, well log, and map)

B

# Public Notice
# &
# Environmental Documents

- Public Notice
- Notice Area Map
- Form Checklist
- PN – Letter to Applicant
- PN – Letter to Editor
- PN - Certificate of Service
- PN – invoice & tear sheet
- PN – Return Mail
- Environmental Checklist (EA)
    - Supporting Documentation

## Public Notice &
## Environmental Information

EA Form R 1/2007

Montana Department of Natural Resources and Conservation
Water Resources Division
Water Rights Bureau

# ENVIRONMENTAL ASSESSMENT
## For Routine Actions with Limited Environmental Impact

**Part I. Proposed Action Description**

1. **Applicant/Contact name and address:**

   Gail Goodwin
   3868 Gelande Street, #7
   Whitefish, MT 59937

2. **Type of action:** Permit Registration for Groundwater Use Within the National Park Service Compact Area No. 76I 30153319

3. **Water source name:** Groundwater

4. **Location affected by project:** SWSWSW, Section 14, Township 32N, Range 19W, Flathead County, Montana




**Figure 1.** Map of the proposed place of use and point of diversion.

5. **Narrative summary of the proposed project, purpose, action to be taken, and benefits:**

This application is to obtain a water use permit for a well located within the Glacier National Park Compact Area. The Applicant proposes to divert water at a rate of 4.0 gallons per minute (GPM) up to 2 acre-feet (AF) per year. The proposed appropriation is for multiple domestic use from January 1st – December 31st. There is one primary dwelling and one guest cabin located on the property.

The point of diversion and place of use is in the SWSWSW, Section 14, Township 32N, Range 19W, Flathead County, Montana. The point of diversion/place of use is in the Middle Fork Flathead River Basin (76I).

The DNRC shall issue a water use permit if the Applicant proves the criteria in 85-20-401 MCA are met.

6. **Agencies consulted during preparation of the Environmental Assessment:**

- U.S. Fish and Wildlife Service (USFWS): National Wetlands Inventory Wetlands Mapper
- Montana Natural Heritage Program: Endangered, Threatened Species, and Species of Special Concern
- Montana Department of Fish Wildlife & Parks (DFWP): Dewatered Stream Information
- Montana Department of Environmental Quality (MDEQ): Clean Water Act Information Center
- U.S. Natural Resource Conservation Service (NRCS): Web Soil Survey
- U.S. National Park Service (NPS) Water Rights Branch

## Part II. Environmental Review

### 1. Environmental Impact Checklist:

## PHYSICAL ENVIRONMENT

**WATER QUANTITY, QUALITY AND DISTRIBUTION**

***Water quantity*** - *Assess whether the source of supply is identified as a chronically or periodically dewatered stream by DFWP. Assess whether the proposed use will worsen the already dewatered condition.*

The Applicant proposes to divert groundwater from a well that is approximately 1000 feet west of Lake McDonald (tributary to Middle Fork Flathead River) and 2500 feet northwest of McDonald Creek (tributary to the Middle Fork Flathead River. The Middle Fork Flathead River is not identified by the DFWP as a chronically or periodically dewatered stream.

*Determination*: No significant impact.

***Water quality*** - *Assess whether the stream is listed as water quality impaired or threatened by DEQ, and whether the proposed project will affect water quality.*

The Applicant proposes to divert and use groundwater. The reach of the Middle Fork Flathead River which may be depleted by groundwater pumping is listed as fully supporting for all beneficial uses for which it has been assessed. It is not anticipated that pumping of the Applicant's groundwater well will have any negative impacts on the water quality of the Middle Fork Flathead River.

*Determination:* No significant impact.

***Groundwater*** - *Assess if the proposed project impacts ground water quality or supply. If this is a groundwater appropriation, assess if it could impact adjacent surface water flows.*

The Applicant will divert groundwater from the aquifer at a rate of 4.0 GPM. The well is approximately 1000 feet west of Lake McDonald (tributary to Middle Fork Flathead River) and 2500 feet northwest of McDonald Creek (tributary to the Middle Fork Flathead River. The NPS did not object to this application, therefore the flow rate will not be included in the calculation of total consumptive use for the Middle Fork Flathead River per the Glacier National Park Compact.

*Determination*: No significant impact.

**DIVERSION WORKS** - *Assess whether the means of diversion, construction and operation of the appropriation works of the proposed project will impact any of the following: channel impacts, flow modifications, barriers, riparian areas, dams, well construction.*

The means of diversion (well) has already been constructed and the water put to prior beneficial use. Since this is a groundwater appropriation, there will be no channel impacts, flow modifications, barriers, dams, or riparian impacts to the Middle Fork Flathead River.

*Determination*: No significant impact.

## UNIQUE, ENDANGERED, FRAGILE OR LIMITED ENVIRONMENTAL RESOURCES

***Endangered and threatened species*** - *Assess whether the proposed project will impact any threatened or endangered fish, wildlife, plants, or aquatic species or any "species of special concern," or create a barrier to the migration or movement of fish or wildlife. For groundwater, assess whether the proposed project, including impacts on adjacent surface flows, would impact any threatened or endangered species or "species of special concern."*

The Montana Natural Heritage Program website was reviewed to determine if there are any threatened or endangered fish, wildlife, plants, aquatic species, or any "species of special concern" in Township 32N, Range 19W that could be impacted by the proposed project. 24 animal and 10 plant species of concern (Tables 1 and 2, respectively) were identified within the township and range where the project is located. Of these species, the Canada Lynx (*Lynx canadensis),* the Grizzly Bear (*Ursus arctos*), and the Bull Trout (*Salvelinus confluentus*) are listed as threatened by the USFWS. An adequate quantity of water will still exist in the adjacent surface water sources to maintain existing populations of Bull Trout, should they exist there currently. The well has already been constructed and several dwellings already exist in the immediate vicinity; any impacts to sensitive species have most likely already occurred and further significant impacts are not anticipated.

**Table 1.** Animal Species of Concern

| | | | |
|---|---|---|---|
| Wolverine (*Gulo gulo*) | Canada Lynx (*Lynx canadensis*) | Long-eared Myotis (*Myotis evotis*) | Little Brown Myotis (*Myotis lucifugus*) |
| Fisher (*Pekania pennanti*) | Grizzly Bear (*Ursus arctos*) | Northern Goshawk (*Accipiter gentilis*) | Brown Creeper (*Certhia americana*) |
| Pileated Woodpecker (*Dryocopus pileatus*) | Common Loon (*Gavia immer*) | Cassin's Finch (*Haemorhous cassinii*) | Harlequin Duck (*Histrionicus histrionicus*) |
| Varied Thrush (*Ixoreus naevius*) | Clark's Nutcracker (*Nucifraga columbiana*) | Black-backed Woodpecker (*Picoides arcticus*) | Northern Hawk Owl (*Surnia ulula*) |
| Westslope Cutthroat Trout (*Oncorhynchus clarkii lewisi*) | Pygmy Whitefish (*Prosopium coulteri*) | Bull Trout (*Salvelinus confluentus*) | Brush-tipped Emerald (*Somatochlora walshii*) |
| Hooked Snowfly (*Isocapnia crinita*) | Alberta Snowfly (*Isocapnia integra*) | Cordilleran Forestfly (*Zapada cordillera*) | Reticulate Taildropper (*Prophysaon andersoni*) |

| **Table 2.** Plant Species of Concern | | | |
|---|---|---|---|
| Moonworts (*Botrychium sp.*) | Beardless Wildrye (*Elymus triticoides / Leymus triticoides*) | Whitebark Pine (*Pinus albicaulis*) | Pale Corydalis (*Corydalis sempervirens*) |
| Floriferous Monkeyflower (*Mimulus floribundus*) | Nagoonberry (*Rubus arcticus*) | Treelike Clubmoss (*Lycopodium dendroideum / Lycopodium obscurum var. dendroideum / Dendrolycopodium dendroideum*) | Velvetleaf Huckleberry (*Vaccinium myrtilloides*) |
| Douglas' Neckera Moss (*Neckera douglasii*) | Medocino Peatmoss (*Sphagnum mendocinum*) | | - |

*Determination*: No significant impact.

***Wetlands*** - *Consult and assess whether the apparent wetland is a functional wetland (according to COE definitions), and whether the wetland resource would be impacted.*

There is a forested/shrub riparian area within the place of use. This area is not considered to be a functional wetland due to surface gradient and source water body size. The well and structures on the property are already in place and the water use will not impact the riparian area.

*Determination*: No significant impact.

***Ponds*** - *For ponds, consult and assess whether existing wildlife, waterfowl, or fisheries resources would be impacted.*

*Determination*: N/A, project does not involve ponds.

**GEOLOGY/SOIL QUALITY, STABILITY AND MOISTURE** - *Assess whether there will be degradation of soil quality, alteration of soil stability, or moisture content. Assess whether the soils are heavy in salts that could cause saline seep.*

It is not anticipated that the proposed multiple domestic use will have a negative impact on the soil quality, stability, or moisture content. The soils in the project area are *Pasturecreek-Elkridge families*, complex, 8 to 35 percent slopes, formed from Volcanic ash over till derived from metasedimentary rock parent material. *Pasturecreek-Elkridge families*, complex, 8 to 35 percent slopes, has moderately high to high capacity to transmit water. Soils in this area are not likely susceptible to saline seep

*Determination*: No significant impact.

**VEGETATION COVER, QUANTITY AND QUALITY/NOXIOUS WEEDS** - *Assess impacts to existing vegetative cover. Assess whether the proposed project would result in the establishment or spread of noxious weeds.*

This area has already been developed. It is not anticipated that authorization of a water use change will contribute to the establishment or spread of noxious weeds in the project area. Noxious weed prevention and control will be the responsibility of the landowners, who must follow local noxious weed regulations.

*Determination*: No significant impact.

**AIR QUALITY** - *Assess whether there will be a deterioration of air quality or adverse effects on vegetation due to increased air pollutants.*

There will be no impact to air quality associated with issuance of the proposed permit for beneficial use of groundwater.

*Determination*: No significant impact.

**HISTORICAL AND ARCHEOLOGICAL SITES** - *Assess whether there will be degradation of unique archeological or historical sites in the vicinity of the proposed project if it is on State or Federal Lands. If it is not on State or Federal Lands simply state NA-project not located on State or Federal Lands.*

*Determination*: N/A, project not located on State or Federal Lands.

**DEMANDS ON ENVIRONMENTAL RESOURCES OF LAND, WATER, AND ENERGY** - *Assess any other impacts on environmental resources of land, water, and energy not already addressed.*

All impacts to land, water, and energy have been identified and no further impacts are anticipated.

*Determination*: No significant impact.

## HUMAN ENVIRONMENT

**LOCALLY ADOPTED ENVIRONMENTAL PLANS AND GOALS** - *Assess whether the proposed project is inconsistent with any locally adopted environmental plans and goals.*

The project is consistent with planned land uses.

*Determination*: No significant impact.

**ACCESS TO AND QUALITY OF RECREATIONAL AND WILDERNESS ACTIVITIES** - *Assess whether the proposed project will impact access to or the quality of recreational and wilderness activities.*

The well is drilled on private property. The proposed project will not inhibit, alter, or impair access to present recreational opportunities in the area. The project is not expected to create any significant pollution, noise, or traffic congestion in the area that may alter the quality of recreational opportunities. The proposed place of use and diversion do not exist on land designated as wilderness.

*Determination*: No significant impact.

**HUMAN HEALTH** - *Assess whether the proposed project impacts human health.*

No negative impact on human health is anticipated from this proposed use.

*Determination*: No significant impact.

**PRIVATE PROPERTY** - *Assess whether there are any government regulatory impacts on private property rights.*
*Yes___ No **X*** *If yes, analyze any alternatives considered that could reduce, minimize, or eliminate the regulation of private property rights.*

*Determination*: No impact.

**OTHER HUMAN ENVIRONMENTAL ISSUES** - *For routine actions of limited environmental impact, the following may be addressed in a checklist fashion.*

Impacts on:

- *(a) Cultural uniqueness and diversity?* None identified.
- *(b) Local and state tax base and tax revenues?* None identified.
- *(c) Existing land uses?* None identified.
- *(d) Quantity and distribution of employment?* None identified.
- *(e) Distribution and density of population and housing?* None identified.
- *(f) Demands for government services?* None identified.
- *(g) Industrial and commercial activity?* None identified.
- *(h) Utilities?* None identified.
- *(i) Transportation?* None identified.
- *(j) Safety?* None identified.
- *(k) Other appropriate social and economic circumstances?* None identified.

**2. *Secondary and cumulative impacts on the physical environment and human population:***

Secondary Impacts: None identified.

Cumulative Impacts: None identified.

**3. *Describe any mitigation/stipulation measures:***

None.

**4. *Description and analysis of reasonable alternatives to the proposed action, including the no action alternative, if an alternative is reasonably available and prudent to consider:***

The only alternative to the proposed action would be the no action alternative. The no action alternative would not authorize the diversion of groundwater at this location.

**Part III. Conclusion**

***1. Preferred Alternative***

Issue a water use permit if the Applicant proves the criteria in 85-20-401 MCA are met.

***2. Comments and Responses***

None.

***3. Finding:***

*Yes___ No_X_ Based on the significance criteria evaluated in this EA, is an EIS required?*

***If an EIS is not required, explain why the EA is the appropriate level of analysis for this proposed action:***

No significant impacts related to the proposed project have been identified.

***Name of person(s) responsible for preparation of EA:***

*Name:* Austin Seback
*Title:* Hydrologist / Water Resource Specialist
*Date*: October 12, 2021

Montana Fish, Wildlife & Parks

# FWP DEWATERING CONCERN AREAS

Revised, May 2005

The following is a list of Montana streams that support important fisheries or contribute to important fisheries (i.e., provide spawning and rearing habitats) that are significantly dewatered. Dewatering refers to a reduction in streamflow below the point where stream habitat is adequate for fish.

This is the third revision of the Dewatered Streams List compiled by FWP dated January 24, 1991 and last updated in May 2003. List entries and updates were provided by FWP regional fisheries biologists from field observations. Further revisions may be necessary as water use patterns change, and additional or more detailed information becomes available.

This revised list includes a total of 323 stream reaches on 314 streams, which are chronically dewatered, and 113 stream reaches on 109 streams, which are periodically dewatered. The reaches do not overlap between categories.

The two categories of dewatering are:

1. **Chronic dewatering** -- streams where dewatering is a significant problem in virtually all years; and

2. **Periodic dewatering** -- streams where dewatering is a significant problem only in drought or water-short years.

Most man-made dewatering occurs during the irrigation season (July-September). Although most dewatering is caused by irrigation withdrawals, a few of the listed waters are dewatered through dam regulation for agricultural and power production purposes or by natural causes.

Each listed stream shows the length (in miles) of the dewatered reach. For larger/longer streams, the boundaries of the dewatered reach (Point A - Point B) are given. For streams that have no reach boundaries given, the miles shown as dewatered are from the mouth upstream. All mileages are approximate.

The dewatered reaches shown are typical for the stream. However, the number of miles dewatered may vary from year to year depending upon the amount of water available in the stream system.

| | |
|---|---|
| **Bitterroot River Drainage** | |
| Lolo Creek | 1 |
| Subtotal for Drainage | 1 |
| **Blackfoot River Drainage** | |
| Arkansas Creek | 2 |
| Ashby Creek | 2 |
| Blackfoot River: Stream mile 84.9-54.1 | 30.8 |
| Clearwater River | 3.5 |
| Elk Creek | 3 |
| Hoyt Creek | 1 |
| Nevada Creek: Stream mile 34.0-40.0 | 6 |
| Shanley Creek | 1.6 |
| Subtotal for Drainage | 49.9 |
| **Dearborn River Drainage** | |
| South Fork Dearborn River | 10 |
| Subtotal for Drainage | 10 |
| **Flathead River Drainage** | |
| Ashley Creek: US Hwy. 2 Bridge – mouth | 20 |
| Blaine Creek: Above Lake Blaine - Lake Blaine | 3 |
| Bowser Spring Creek: Hwy 424 - Kalispell | 8 |
| Dayton Creek: Co. Line - mouth | 10 |
| Echo Creek: Sec. 27 - mouth | 3 |
| Evergreen Spring Creek | 5 |
| Garnier Creek: USFS - mouth | 3 |
| Lynch Creek: Sec. 12 - mouth | 5 |
| Meadow Creek (Big Fork): USFS - mouth | 3 |
| Ronan Creek: Lake Mary Ronan - mouth | 5 |
| Spring Creek: North of Kalispell | 5 |
| Trumbull Creek: USFS - Rose Crossing | 20 |
| Subtotal for Drainage | 90 |
| **Gallatin River Drainage** | |
| Bozeman (Sourdough) Creek | 8 |
| Gallatin River: Gallatin Gateway - Shedd's Bridge | 5.3 |
| Subtotal for Drainage | 13.3 |
| **Jefferson River Drainage** | |
| Hells Canyon Creek* | 0.3 |
| Willow Creek | 10 |
| Subtotal for Drainage | 10.3 |
| **Judith River Drainage** | |
| Judith River: Utica to Ackley Lake diversion | 5 |
| Subtotal for Drainage | 5 |

DEQ
MONTANA

## Appendix A: Impaired Waters

**HUC:** 17010206 North Fork Flathead **Watershed:** Pend Oreille

| TMDL Planning Area | ID305B | Waterbody Name/Location | Category | Size | Units | Use Class | Beneficial Use AqL | Ag | DW | Rec | Cause Name * | Source Name * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flathead Headwaters | MT76Q002_070 | COAL CREEK, headwaters to South Fork | 4C | 10.4 | MILES | B-1 | N | X | X | X | Alteration in stream-side or littoral vegetative covers | |
| Flathead Headwaters | MT76Q002_080 | COAL CREEK, South Fork to mouth (North Fork Flathead) | 4A | 9.57 | MILES | B-1 | N | F | X | F | Sedimentation/Siltation | Forest Roads (Road Construction and Use)<br>Silviculture Harvesting |

**AqL**=Aquatic Life; **Ag**=Agriculture; **DW**=Drinking Water; **Rec**=Primary Contact Recreation

**F**=Fully Supporting; **T**=Threatened; **N**=Not Fully Supporting; **I**=Insufficient Information; **X**=Not Assessed; **-** = Beneficial Use Not Assigned

* The impairment cause and source names in this appendix are listed alphabetically. There is no implied relationship between the listed causes and sources. See individual assessment reports for details.

DEQ MONTANA

## Appendix A: Impaired Waters

**HUC:** 17010208 Flathead Lake **Watershed:** Pend Oreille

| TMDL Planning Area | ID305B | Waterbody Name/Location | Category | Size | Units | Use Class | Beneficial Use AqL | Ag | DW | Rec | Cause Name * | Source Name * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flathead - Stillwater | MT76O002_010 | ASHLEY CREEK, Ashley Lake to Smith Lake | 4A | 15.64 | MILES | B-1 | N | F | X | N | Alteration in stream-side or littoral vegetative covers | Channelization |
| | | | | | | | | | | | Chlorophyll-a | Crop Production (Crop Land or Dry Land) |
| | | | | | | | | | | | Dissolved Oxygen | Grazing in Riparian or Shoreline Zones |
| | | | | | | | | | | | Nitrogen, Total | Loss of Riparian Habitat |
| | | | | | | | | | | | Sedimentation/Siltation | Source Unknown |
| | | | | | | | | | | | Temperature | |
| Flathead - Stillwater | MT76O002_020 | ASHLEY CREEK, Smith Lake to Kalispell Airport Road | 4A | 14.17 | MILES | B-2 | N | F | X | N | Flow Regime Modification | Agriculture |
| | | | | | | | | | | | Nitrogen, Total | Crop Production (Crop Land or Dry Land) |
| | | | | | | | | | | | Phosphorus, Total | Grazing in Riparian or Shoreline Zones |
| | | | | | | | | | | | Sedimentation/Siltation | Loss of Riparian Habitat |
| | | | | | | | | | | | Temperature | |
| Flathead - Stillwater | MT76O002_030 | ASHLEY CREEK, Kalispell airport road to mouth (Flathead River) | 4A | 13.17 | MILES | C-2 | N | F | - | N | Alteration in stream-side or littoral vegetative covers | Channelization |
| | | | | | | | | | | | Chlorophyll-a | Crop Production (Irrigated) |
| | | | | | | | | | | | Dissolved Oxygen | Discharges from Municipal Separate Storm Sewer Systems (MS4) |
| | | | | | | | | | | | Nitrate/Nitrite (Nitrite + Nitrate as N) | Loss of Riparian Habitat |
| | | | | | | | | | | | Nitrogen, Total | Municipal Point Source Discharges |
| | | | | | | | | | | | Phosphorus, Total | Upstream Source |
| | | | | | | | | | | | Sedimentation/Siltation | |
| | | | | | | | | | | | Temperature | |
| Flathead - Stillwater | MT76O002_040 | SPRING CREEK, headwaters to mouth (Ashley Creek) | 5 | 4.8 | MILES | B-1 | N | F | N | N | Alteration in stream-side or littoral vegetative covers | Agriculture |
| | | | | | | | | | | | Arsenic | Baseflow Depletion from Groundwater Withdrawals |
| | | | | | | | | | | | Dissolved Oxygen | Channelization |
| | | | | | | | | | | | Flow Regime Modification | Loss of Riparian Habitat |
| | | | | | | | | | | | Nitrate/Nitrite (Nitrite + Nitrate as N) | Source Unknown |
| | | | | | | | | | | | Nitrogen, Total | Water Diversions |
| | | | | | | | | | | | Phosphorus, Total | |
| | | | | | | | | | | | Physical substrate habitat alterations | |

**AqL**=Aquatic Life; **Ag**=Agriculture; **DW**=Drinking Water; **Rec**=Primary Contact Recreation
**F**=Fully Supporting; **T**=Threatened; **N**=Not Fully Supporting; **I**=Insufficient Information; **X**=Not Assessed; **-** = Beneficial Use Not Assigned
* The impairment cause and source names in this appendix are listed alphabetically. There is no implied relationship between the listed causes and sources. See individual assessment reports for details.

DEQ MONTANA

## Appendix A: Impaired Waters

**HUC:** 17010208 Flathead Lake **Watershed:** Pend Oreille

| TMDL Planning Area | ID305B | Waterbody Name/Location | Category | Size | Units | Use Class | Beneficial Use AqL | Ag | DW | Rec | Cause Name * | Source Name * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flathead Lake | MT76O003_010 | FLATHEAD LAKE | 5 | 57305 | ACRES | A-1 | N | F | F | F | Mercury | Atmospheric Deposition - Nitrogen |
| | | | | | | | | | | | Nitrogen, Total | Dam or Impoundment |
| | | | | | | | | | | | Phosphorus, Total | Impacts from Hydrostructure Flow Regulation/modification |
| | | | | | | | | | | | Polychlorinated Biphenyls (PCBs) | Municipal Point Source Discharges |
| | | | | | | | | | | | | Silviculture Harvesting |
| | | | | | | | | | | | | Source Unknown |
| | | | | | | | | | | | | Unspecified Urban Stormwater |
| Flathead Lake | MT76O004_020 | LAKE MARY RONAN | 4C | 1517.2 | ACRES | A-1 | T | F | X | F | Chlorophyll-a | Agriculture |
| | | | | | | | | | | | | Grazing in Riparian or Shoreline Zones |
| | | | | | | | | | | | | Silviculture Activities |

**AqL**=Aquatic Life; **Ag**=Agriculture; **DW**=Drinking Water; **Rec**=Primary Contact Recreation

**F**=Fully Supporting; **T**=Threatened; **N**=Not Fully Supporting; **I**=Insufficient Information; **X**=Not Assessed; **-** = Beneficial Use Not Assigned

* The impairment cause and source names in this appendix are listed alphabetically. There is no implied relationship between the listed causes and sources. See individual assessment reports for details.

DEQ
MONTANA

## Appendix A: Impaired Waters

**HUC:** 17010209 South Fork Flathead **Watershed:** Pend Oreille

| TMDL Planning Area | ID305B | Waterbody Name/Location | Category | Size | Units | Use Class | Beneficial Use AqL | Ag | DW | Rec | Cause Name * | Source Name * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Flathead Headwaters | MT76J001_010 | SOUTH FORK FLATHEAD RIVER, Hungry Horse Dam to mouth | 4C | 5.31 | MILES | B-1 | N | F | X | X | Flow Regime Modification | Impacts from Hydrostructure Flow Regulation/modification |

**AqL**=Aquatic Life; **Ag**=Agriculture; **DW**=Drinking Water; **Rec**=Primary Contact Recreation
**F**=Fully Supporting; **T**=Threatened; **N**=Not Fully Supporting; **I**=Insufficient Information; **X**=Not Assessed; **-** = Beneficial Use Not Assigned
* The impairment cause and source names in this appendix are listed alphabetically. There is no implied relationship between the listed causes and sources. See individual assessment reports for details.

**Montana Natural Heritage - SOC Report**

Species List Last Updated **02/19/2021**

# Animal Species of Concern

**24** Species of Concern
**1** Special Status Species
**Filtered by the following criteria:**
Township = 032N019W (based on mapped Species Occurrences)

A program of the Montana State Library's Natural Resource Information System operated by the University of Montana.

Expand All | Collapse All

### Introduction

### Species of Concern

## Species of Concern

**24 Species**
**Filtered by the following criteria:**
Township = 032N019W (based on mapped **Species Occurrences**)

MAMMALS (MAMMALIA)

TOWNSHIP = 032N019W (based on map

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | FWP SWAP | % OF GLOBAL BREEDING RANGE IN MT | % OF MT THAT IS BREEDING RANGE |
|---|---|---|---|---|---|---|---|---|---|
| Gulo gulo<br>Wolverine | Mustelidae<br>Weasels | G4 | S3 | | Proposed on Forests (BD, BRT, CG, HLC, KOOT, LOLO) | SENSITIVE | SGCN3 | 0% | 37% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Broadwater, Carbon, Cascade, Deer Lodge, Flathead, Gallatin, Glacier, Granite, Jefferson, Judith Lincoln, Madison, Meagher, Mineral, Missoula, Park, Pondera, Powell, Ravalli, Sanders, Silver Bow, Stillwater, Sweet Grass, Teton, Wheatland | | | | | | | |
| Lynx canadensis<br>Canada Lynx | Felidae<br>Cats | G5 | S3 | LT; CH | Threatened on Forests (BD, BRT) Threatened, Critical Habitat on Forests (CG, HLC, KOOT, LOLO) | THREATENED | SGCN3 | 1% | 40% |
| | | **Species Occurrences verified in these Counties**: Carbon, Flathead, Gallatin, Glacier, Granite, Lake, Lewis and Clark, Lincoln, Missoula, Park, Pondera, Powell, | | | | | | | |
| Myotis evotis<br>Long-eared Myotis | Vespertilionidae<br>Bats | G5 | S3 | | | | | 12% | 100% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Big Horn, Blaine, Broadwater, Carbon, Carter, Cascade, Chouteau, Custer, Dawson, Deer Lodge, Garfield, Glacier, Golden Valley, Granite, Hill, Jefferson, Judith Basin, Lake, Lewis and Clark, Lincoln, Madison, Mccone, Meagher, Mineral, Missoula, Musselshell Pondera, Powder River, Powell, Prairie, Ravalli, Richland, Roosevelt, Rosebud, Sanders, Silver Bow, Stillwater, Sweet Grass, Teton, Toole, Treasure, Valley, Whea | | | | | | | |
| Myotis lucifugus<br>Little Brown Myotis | Vespertilionidae<br>Bats | G3 | S3 | | | | SGCN3 | 3% | 100% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Big Horn, Blaine, Broadwater, Carbon, Carter, Cascade, Chouteau, Custer, Daniels, Dawson, Deer Flathead, Gallatin, Garfield, Glacier, Golden Valley, Granite, Hill, Jefferson, Judith Basin, Lake, Lewis and Clark, Lincoln, Madison, Mccone, Meagher, Mineral, M Petroleum, Phillips, Pondera, Powder River, Powell, Prairie, Ravalli, Richland, Roosevelt, Rosebud, Sanders, Sheridan, Silver Bow, Stillwater, Sweet Grass, Teton, Wheatland, Wibaux, Yellowstone<br>**State Rank Reason**: Species is common and widespread, but under significant threat of catastrophic declines due to White-Nose Syndrome, a fungal disease res populations of this species in the eastern US. | | | | | | | |
| Pekania pennanti<br>Fisher | Mustelidae<br>Weasels | G5 | S3 | | Sensitive - Known on Forests (BD, BRT, HLC, KOOT, LOLO) | SENSITIVE | SGCN3 | 1% | 31% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Deer Lodge, Flathead, Glacier, Granite, Lake, Lewis and Clark, Lincoln, Mineral, Missoula, Ponde Teton | | | | | | | |
| Ursus arctos<br>Grizzly Bear | Ursidae<br>Bears | G4 | S2S3 | PS: LT; XN | Threatened on Forests (BD, CG, HLC, KOOT, LOLO) | THREATENED | SGCN2-3 | 1% | 22% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Broadwater, Carbon, Cascade, Chouteau, Deer Lodge, Fergus, Flathead, Gallatin, Glacier, Granit Lake, Lewis and Clark, Liberty, Lincoln, Madison, Meagher, Mineral, Missoula, Park, Pondera, Powell, Ravalli, Sanders, Silver Bow, Stillwater, Sweet Grass, Teton Yellowstone | | | | | | | |

BIRDS (AVES)

TOWNSHIP = 032N019W (based on ma

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | FWP SWAP | % OF GLOBAL BREEDING RANGE IN MT | % OF MT THAT IS BREEDING RANGE |
|---|---|---|---|---|---|---|---|---|---|
| Accipiter gentilis<br>Northern Goshawk | Accipitridae<br>Hawks / Kites / Eagles | G5 | S3 | MBTA | | | SGCN3 | 2% | 68% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Big Horn, Broadwater, Carbon, Carter, Cascade, Deer Lodge, Fergus, Flathead, Gallatin, Glacier, Basin, Lake, Lewis and Clark, Liberty, Lincoln, Madison, Meagher, Mineral, Missoula, Park, Pondera, Powder River, Powell, Ravalli, Rosebud, Sanders, Silver Bow, Wheatland | | | | | | | |
| Certhia americana<br>Brown Creeper | Certhiidae<br>Creepers | G5 | S3 | MBTA | | | SGCN3 | 4% | 53% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Broadwater, Carbon, Carter, Cascade, Chouteau, Deer Lodge, Fergus, Flathead, Gallatin, Glacier Jefferson, Judith Basin, Lake, Lewis and Clark, Lincoln, Madison, Meagher, Mineral, Missoula, Park, Powder River, Powell, Ravalli, Rosebud, Sanders, Silver Bow, Wheatland | | | | | | | |
| Dryocopus pileatus<br>Pileated Woodpecker | Picidae<br>Woodpeckers | G5 | S3 | MBTA | | | SGCN3 | 1% | 27% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Broadwater, Cascade, Deer Lodge, Flathead, Gallatin, Glacier, Granite, Jefferson, Lake, Lewis a Meagher, Mineral, Missoula, Park, Powell, Ravalli, Sanders, Silver Bow | | | | | | | |
| Gavia immer<br>Common Loon | Gaviidae<br>Loons | G5 | S3B | MBTA | Sensitive - Known on Forests (KOOT, LOLO) | | SGCN3 | 1% | 14% |
| | | **Species Occurrences verified in these Counties**: Flathead, Glacier, Lake, Lewis and Clark, Lincoln, Missoula, Powell, Sanders | | | | | | | |
| Haemorhous cassinii<br>Cassin's Finch | Fringillidae<br>Finches | G5 | S3 | MBTA; BCC10 | | | SGCN3 | 11% | 62% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Big Horn, Broadwater, Carbon, Cascade, Chouteau, Custer, Deer Lodge, Fergus, Flathead, Gallat Granite, Jefferson, Judith Basin, Lake, Lewis and Clark, Lincoln, Madison, Meagher, Mineral, Missoula, Musselshell, Park, Petroleum, Phillips, Powder River, Pow Silver Bow, Stillwater, Sweet Grass, Teton, Wheatland, Yellowstone<br>**State Rank Reason**: Data show recent short-term declines in population for this species | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Histrionicus histrionicus<br>Harlequin Duck | Anatidae<br>Swans / Geese / Ducks | G4 | S2B | MBTA | Sensitive - Known on Forests (BD, CG, HLC, KOOT, LOLO) | | SGCN2 | 4% | 40% |
| | | **Species Occurrences verified in these Counties**: Carbon, Flathead, Glacier, Granite, Lewis and Clark, Lincoln, Mineral, Missoula, Park, Pondera, Powell, Sande<br>**State Rank Reason**: The Harlequin Duck has an extremely limited breeding range in Montana. | | | | | | | |
| Ixoreus naevius<br>Varied Thrush | Turdidae<br>Thrushes | G5 | S3B | MBTA | | | SGCN3 | 1% | 37% |
| | | **Species Occurrences verified in these Counties**: Broadwater, Cascade, Flathead, Gallatin, Glacier, Golden Valley, Granite, Judith Basin, Lake, Lewis and Clark, Mineral, Missoula, Park, Pondera, Powell, Ravalli, Sanders, Teton<br>**State Rank Reason**: The Varied Thrush has undergone recent population declines in Montana and across the Northern Rockies and where timber harvest, insect loss of suitable breeding habitat | | | | | | | |
| Nucifraga columbiana<br>Clark's Nutcracker | Corvidae<br>Jays / Crows / Magpies | G5 | S3 | MBTA | Species of Conservation Concern on Forests (FLAT) | | SGCN3 | 9% | 84% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Big Horn, Broadwater, Carbon, Carter, Cascade, Chouteau, Custer, Deer Lodge, Fergus, Flathead Valley, Granite, Jefferson, Judith Basin, Lake, Lewis and Clark, Liberty, Lincoln, Madison, Meagher, Mineral, Missoula, Musselshell, Park, Petroleum, Phillips, Por Ravalli, Sanders, Silver Bow, Stillwater, Sweet Grass, Teton, Toole, Wheatland, Yellowstone | | | | | | | |
| Picoides arcticus<br>Black-backed Woodpecker | Picidae<br>Woodpeckers | G5 | S3 | MBTA | Sensitive - Known on Forests (BD, BRT, CG, HLC, KOOT, LOLO) | SENSITIVE | SGCN3 | 2% | 49% |
| | | **Species Occurrences verified in these Counties**: Broadwater, Flathead, Gallatin, Lewis and Clark, Lincoln, Madison, Mineral, Missoula, Powder River, Powell, R | | | | | | | |
| Surnia ulula<br>Northern Hawk Owl | Strigidae<br>Owls | G5 | S3 | MBTA | | | SGCN3, SGIN | 0% | 1% |
| | | **Species Occurrences verified in these Counties**: Flathead, Glacier, Teton<br>**State Rank Reason**: Species has a small population and limited distribution in Montana. | | | | | | | |

## FISH (ACTINOPTERYGII)

TOWNSHIP : 033N019W (based on ma

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | FWP SWAP | % OF GLOBAL BREEDING RANGE IN MT | % OF MT THAT I: BREEDING RANGI |
|---|---|---|---|---|---|---|---|---|---|
| Oncorhynchus clarkii lewisi<br>Westslope Cutthroat Trout | Salmonidae<br>Trout | G5T4 | S2 | | Sensitive - Known on Forests (BD, BRT, CG, HLC, KOOT, LOLO) | SENSITIVE | SGCN2 | | 34% |
| | | **Species Occurrences verified in these Counties**: Beaverhead, Broadwater, Cascade, Chouteau, Deer Lodge, Fergus, Flathead, Gallatin, Glacier, Granite, Jeffer and Clark, Lincoln, Madison, Meagher, Mineral, Missoula, Park, Pondera, Powell, Ravalli, Sanders, Silver Bow, Teton, Wheatland<br>**State Rank Reason**: The Westslope Cutthroat trout is currently ranked "S2" in Montana because it is at risk due to very limited and/or potentially declining popu habitat, making it vulnerable to extirpation in the state. | | | | | | | |
| Prosopium coulterii<br>Pygmy Whitefish | Salmonidae<br>Trout | G5 | S3 | | | | SGCN3, SGIN | 1% | 1% |
| | | **Species Occurrences verified in these Counties**: Flathead, Lake, Lincoln, Missoula<br>**State Rank Reason**: The Pygmy Whitefish is currently listed as an "S3" species of concern in Montana because they are potentially at risk because of limited and and/or habitat, even though it may be abundant in some areas. | | | | | | | |
| Salvelinus confluentus<br>Bull Trout | Salmonidae<br>Trout | G5 | S2 | LT; CH | Threatened, Critical Habitat on Forests (BD, BRT, HLC, KOOT, LOLO) | THREATENED | SGCN2 | 5% | 18% |
| | | **Species Occurrences verified in these Counties**: Deer Lodge, Flathead, Glacier, Granite, Lake, Lewis and Clark, Lincoln, Mineral, Missoula, Powell, Ravalli, Sa | | | | | | | |

## INVERTEBRATES - INSECTS

TOWNSHIP : 033N019W (based on ma

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | FWP SWAP | % OF GLOBAL BREEDING RANGE IN MT | % OF MT THAT I: BREEDING RANGI |
|---|---|---|---|---|---|---|---|---|---|
| **DRAGONFLIES** | | | | | | | | | |
| Somatochlora walshii<br>Brush-tipped Emerald | Corduliidae<br>Emerald Dragonflies | G5 | S1S2 | | | | | 5% | 9% |
| | | **Species Occurrences verified in these Counties**: Flathead, Lake, Lewis and Clark, Lincoln, Missoula, Powell<br>**State Rank Reason**: This dragonfly is currently listed as an "S1S2" Species of Concern in MT due to extremely limited and/or rapidly declining population numbe making it highly vulnerable to extirpation in the state. | | | | | | | |
| **STONEFLIES** | | | | | | | | | |
| Isocapnia crinita<br>Hooked Snowfly | Capniidae<br>Small Winter Stoneflies | G5 | S2 | | | | | 20% | 9% |
| | | **Species Occurrences verified in these Counties**: Flathead, Gallatin, Lincoln, Missoula, Ravalli<br>**State Rank Reason**: The Hooked Snowfly is currently ranked "S2" in Montana because it was thought to be at risk due to very limited and/or potentially declinin and/or habitat, making it vulnerable to extirpation in the state. But, recent range extensions due to newly reported collections may warrant re-evaluating this | | | | | | | |
| Isocapnia integra<br>Alberta Snowfly | Capniidae<br>Small Winter Stoneflies | G4G5 | S2 | | | | | 20% | 5% |
| | | **Species Occurrences verified in these Counties**: Broadwater, Carbon, Cascade, Flathead, Gallatin, Lincoln, Mineral, Park, Stillwater, Sweet Grass, Yellowstone<br>**State Rank Reason**: The Alberta snowfly is currently ranked "S2" in Montana because it was thought to be at risk due to very limited and/or potentially declinin and/or habitat, making it vulnerable to extirpation in the state. But, recent range extensions due to taxonomic changes may warrant re-evaluating this SOC ran | | | | | | | |
| Zapada cordillera<br>Cordilleran Forestfly | Nemouridae<br>Spring Stoneflies | G3 | S2 | | | | | 33% | 17% |
| | | **Species Occurrences verified in these Counties**: Flathead, Lake, Missoula<br>**State Rank Reason**: The Cordilleran stonefly is currently ranked "S2" in Montana because it is thought to be at risk due to very limited and/or potentially declin and/or habitat, making it vulnerable to extirpation in the state. Occurrences in the Northern Rocky Mountain region (Montana and Idaho) appear to be disjunct (Gustafson 2001). | | | | | | | |

## INVERTEBRATES - MOLLUSKS

TOWNSHIP : 033N019W (based on ma

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | FWP SWAP | % OF GLOBAL BREEDING RANGE IN MT | % OF MT THAT I: BREEDING RANGI |
|---|---|---|---|---|---|---|---|---|---|
| Prophysaon andersoni<br>Reticulate Taildropper | Arionidae<br>Arionid Slugs | G5 | S1S2 | | | | | | 1% |

| | | Species Occurrences verified in these Counties: Flathead, Sanders |
|---|---|---|

**Potential Species of Concern**

**Special Status Species**

**Additions To Statewide List**

**Species Removed From Statewide List**

**Species of Greatest Inventory Need**

Citation for data on this website:
Montana Animal Species of Concern Report. Montana Natural Heritage Program and Montana Fish, Wildlife and Parks. Retrieved on 9/8/2021, from mtnhp.org/SpeciesOfConcern/?AorP=a

## Montana Natural Heritage - SOC Report

# Plant Species of Concern

Species List Last Updated **02/19/2021**

MONTANA Natural Heritage Program

A program of the Montana State Library's Natural Resource Information System operated by the University of Montana.

**10** Species of Concern
3 Potential Species of Concern - Species Occurrences are not maintained for Animal PSOC, therefore we cannot filter these species geographically
**Filtered by the following criteria:**
Township = 032N019W (based on mapped Species Occurrences)

Expand All | Collapse All

### Introduction

### Species of Concern

## Species of Concern
**10 Species**
**Filtered by the following criteria:**
Township = 032N019W (based on mapped **Species Occurrences**)

FERNS AND FERN ALLIES (PTERIDOPHYTA)

TOWNSHIP = 032N019W (based on map

| SCIENTIFIC NAME / COMMON NAME / TAXA SORT | OTHER NAMES | FAMILY (SCIENTIFIC) / FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | MNPS THREAT CATEGORY |
|---|---|---|---|---|---|---|---|---|
| Botrychium sp. (SOC)<br>Moonworts (SOC) | | Ophioglossaceae<br>Adder's-Tongue / Moonworts | G1G3 | S1S3 | | | | |
| | | | **Species Occurrences verified in these Counties**: Deer Lodge, Flathead, Glacier, Granite, Jefferson, Lake, Lewis and Clark, Li Powell, Ravalli, Sanders, Sweet Grass, Teton<br>**State Rank Reason:** This is a general record for Botrychium species tracked by MTNHP. MTNHP tracks and maintains observatic species in the state excluding *B. multifidum* and *B. virginianum* which are fairly common and readily identifiable from all oth State Ranks for this record are placeholders only to allow Botrychium SOC to appear in searches using global and state ranks. I specific Botrychium species, please see the individual species' accounts. | | | | | | |
| Lycopodium dendroideum<br>Treelike Clubmoss | Lycopodium obscurum var. dendroideum, Dendrolycopodium dendroideum | Lycopodiaceae<br>Club-moss (Lycopod) Family | G5 | S2 | | Sensitive - Known on Forests (KOOT) | | 3 |
| | | | **Species Occurrences verified in these Counties**: Flathead, Glacier, Lewis and Clark, Lincoln<br>**State Rank Reason:** Rare in Montana where the species has been documented from only a few sites in the northwest corner o unavailable. Known populations do not appear to be immediately threatened by any activities. Populations may be susceptible | | | | | | |

GYMNOSPERM (CONIFERS)

TOWNSHIP = 032N019W (based on map

| SCIENTIFIC NAME / COMMON NAME / TAXA SORT | OTHER NAMES | FAMILY (SCIENTIFIC) / FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | MNPS THREAT CATEGORY |
|---|---|---|---|---|---|---|---|---|
| Pinus albicaulis<br>Whitebark Pine | | Pinaceae<br>Fir / Hemlock / Larch / Pine / Spruce | G3G4 | S3 | P | Candidate on Forests (BD, BRT, CG, HLC, KOOT, LOLO) | SENSITIVE | |
| | | | **Species Occurrences verified in these Counties**: Beaverhead, Broadwater, Carbon, Cascade, Deer Lodge, Fergus, Flathead, C Jefferson, Judith Basin, Lake, Lewis and Clark, Liberty, Lincoln, Madison, Meagher, Mineral, Missoula, Park, Pondera, Powell, F Stillwater, Sweet Grass, Teton, Toole, Wheatland<br>**State Rank Reason:** Whitebark pine is a common component of subalpine forests and a dominant species of treeline and krum almost all major mountain ranges of western and central Montana. Populations of whitebark pine in Montana and across most been severely impacted by past mountain pine beetle outbreaks and by the introduced pathogen, white pine blister rust. The major declines in whitebark pine populations across large areas of its range. Additionally, negative impacts associated with en competition from other trees, primarily subalpine fir have occurred as a result of fire suppression in subalpine habitats. | | | | | | |

FLOWERING PLANTS - DICOTS (MAGNOLIOPSIDA)

TOWNSHIP = 032N019W (based on map

| SCIENTIFIC NAME / COMMON NAME / TAXA SORT | OTHER NAMES | FAMILY (SCIENTIFIC) / FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | MNPS THREAT CATEGORY |
|---|---|---|---|---|---|---|---|---|
| Corydalis sempervirens<br>Pale Corydalis | Capnoides sempervirens | Fumariaceae<br>Fumary family | G5 | S2 | | Sensitive - Known on Forests (KOOT) Species of Conservation Concern on Forests (FLAT) | | 4 |
| | | | **Species Occurrences verified in these Counties**: Flathead, Glacier, Lincoln, Powell<br>**State Rank Reason:** Known to occur in northwest Montana from approximately a dozen recently documented (past 25 years) o historical occurrences are also known. This species occurs in disturbed habitats, predominantly burned forests and it depends regimes to maintain populations. Thus, the main threat to this species' viability appears to be from fire suppression activities. habitat occupied by the species. | | | | | | |
| Mimulus floribundus<br>Floriferous Monkeyflower | | Phrymaceae<br>Lopseed Family | G5 | SH | | | | |
| | | | **Species Occurrences verified in these Counties**: Beaverhead, Cascade, Flathead, Glacier, Lincoln, Park, Ravalli, Sanders, Sti | | | | | | |
| Rubus arcticus<br>Nagoonberry | Rubus acaulis, Rubus arcticus ssp. acaulis | Rosaceae<br>Rose Family | G5 | S2 | | | | |
| | | | **Species Occurrences verified in these Counties**: Beaverhead, Flathead, Glacier, Lincoln, Madison<br>**State Rank Reason:** *Rubus acaulis* may be rare or common where its habitat is present. However, its habitat (hummocks in Spi high elevation wet-meadows, etc.) is very specific and often limited in Montana. | | | | | | |
| Vaccinium myrtilloides<br>Velvetleaf Huckleberry | | Ericaceae<br>Heath Family | G5 | S2 | | | | 2 |
| | | | **Species Occurrences verified in these Counties**: Flathead, Glacier<br>**State Rank Reason:** Only known in Montana from several sites in the vicinity of West Glacier. Some of the known population a negatively impacted by development (visitor and transportation facilities) within Glacier National Park. | | | | | | |

FLOWERING PLANTS - MONOCOTS (LILIOPSIDA)

TOWNSHIP = 032N019W (based on map

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | OTHER NAMES | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | MNPS THREAT CATEGORY |
|---|---|---|---|---|---|---|---|---|
| Elymus triticoides<br>Beardless Wildrye | Leymus triticoides | Poaceae<br>Grasses | G4G5 | S3 | | | | |
| | | | **Species Occurrences verified in these Counties**: Flathead, Madison<br>**State Rank Reason:** *Elymus triticoides* occurs throughout the western United States but in Montana has only been documente (Barkworth *In* Flora of North America 2007; revised draft treatment in the Manual of Montana Vascular Plants). This grass is kn locations which are widely scattered. Plants can be confused with *Elymus smithii* and/or may be overlooked in our state. Surv grass and bring forth information on locations, population sizes, habitat conditions, and threats is greatly needed. | | | | | |

BRYOPHYTES (BRYOPHYTA)

TOWNSHIP = 032N019W (based on m[illegible]

| SCIENTIFIC NAME<br>COMMON NAME<br>TAXA SORT | OTHER NAMES | FAMILY (SCIENTIFIC)<br>FAMILY (COMMON) | GLOBAL RANK | STATE RANK | USFWS | USFS | BLM | MNPS THREAT CATEGORY |
|---|---|---|---|---|---|---|---|---|
| Neckera douglasii<br>Douglas' Neckera Moss | | Neckeraceae | G4 | S1 | | | | |
| | | | **Species Occurrences verified in these Counties**: Flathead, Lake, Sanders | | | | | |
| Sphagnum mendocinum<br>Mendocino Peatmoss | | Sphagnaceae<br>Peat Mosses | G4G5 | S1 | | | | |
| | | | **Species Occurrences verified in these Counties**: Flathead, Missoula | | | | | |

**Potential Species of Concern**

**Special Status Species**

**Additions To Statewide List**

**Species Removed From Statewide List**

Citation for data on this website:
Montana Plant Species of Concern Report. Montana Natural Heritage Program. Retrieved on 9/8/2021, from mtnhp.org/SpeciesOfConcern/?AorP=p

Soil Map—Glacier National Park Area - Parts of Glacier and Flathead Counties, Montana




Map Scale: 1:1,960 if printed on A landscape (11" x 8.5") sheet.

Meters: 0, 25, 50, 100, 150

Feet: 0, 50, 100, 200, 300

N

Map projection: Web Mercator Corner coordinates: WGS84 Edge tics: UTM Zone 12N WGS84

## MAP LEGEND

**Area of Interest (AOI)**

- Area of Interest (AOI)

**Soils**

- Soil Map Unit Polygons
- Soil Map Unit Lines
- Soil Map Unit Points

**Special Point Features**

- Blowout
- Borrow Pit
- Clay Spot
- Closed Depression
- Gravel Pit
- Gravelly Spot
- Landfill
- Lava Flow
- Marsh or swamp
- Mine or Quarry
- Miscellaneous Water
- Perennial Water
- Rock Outcrop
- Saline Spot
- Sandy Spot
- Severely Eroded Spot
- Sinkhole
- Slide or Slip
- Sodic Spot
- Spoil Area
- Stony Spot
- Very Stony Spot
- Wet Spot
- Other
- Special Line Features

**Water Features**

- Streams and Canals

**Transportation**

- Rails
- Interstate Highways
- US Routes
- Major Roads
- Local Roads

**Background**

- Aerial Photography

## MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:24,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map: Natural Resources Conservation Service
Web Soil Survey URL:
Coordinate System: Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area: Glacier National Park Area - Parts of Glacier and Flathead Counties, Montana
Survey Area Data: Version 8, Jun 4, 2020

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed: Jul 4, 2012—Nov 2, 2016

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background imagery displayed on these maps. As a result, some minor shifting of map unit boundaries may be evident.

# Map Unit Legend

| Map Unit Symbol | Map Unit Name | Acres in AOI | Percent of AOI |
|---|---|---|---|
| 264E | Pasturecreek-Elkridge families, complex, 8 to 35 percent slopes | 20.3 | 100.0% |
| **Totals for Area of Interest** | | **20.3** | **100.0%** |

U.S. Fish and Wildlife Service

# National Wetlands Inventory

# Wetlands




September 8, 2021

**Wetlands**

- Estuarine and Marine Deepwater
- Estuarine and Marine Wetland
- Freshwater Emergent Wetland
- Freshwater Forested/Shrub Wetland
- Freshwater Pond
- Lake
- Other
- Riverine

This map is for general reference only. The US Fish and Wildlife Service is not responsible for the accuracy or currentness of the base data shown on this map. All wetlands related data should be used in accordance with the layer metadata found on the Wetlands Mapper web site.

National Wetlands Inventory (NWI)
This page was produced by the NWI mapper

Form No. 617 U03/19

Dept. Reviewer ______________
NOC RCD Coded ______________

STATE OF MONTANA
DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION

# PROJECT COMPLETION NOTICE

FOR PERMITTED WATER DEVELOPMENT
Field Report

**INSTRUCTIONS:** Use this form to report the completion of a Permit to Appropriate Water. This form must be filed on or before the deadline date on the permit or authorized extension of time. If the project is not completed, file an Application for Extension of Time (Form No. 607) by the permit deadline date; otherwise the permit is void. For complete instructions, read "Instructions for Project Completion Notice for Permitted Water Development."

## A. GENERAL INFORMATION

1. **PERMIT NO.** 76L 30153319
2. Permit Owner Gail Goodwin (Managing Member for Glacier Bear Retreat, LLC)
   Mailing Address 3868 Gelande St. #7 Telephone No. 406-314-9333
   City Whitefish, MT 59937 State MT Zip 59937
3. Field Examiner same Profession real estate owner
   Mailing Address ______ Telephone No. 406-314-9333
   City ______ State MT Zip 59937
4. Field Investigation Date: 6/1/22

## B. OVERLAPPING WATER RIGHTS

1. Other water rights with same place of use: Water Right Number none
2. Other water rights with same point of diversion: Water Right Number none

## C. SOURCE OF WATER

- [X] Well (Attach a copy of the Well Log Report)
- [ ] Developed Spring (Describe development) ______
- [ ] Lake/Reservoir Name ______ Tributary to ______
- [ ] Stream Name ______ Tributary to ______
- [ ] Unnamed Source - Tributary to ______
- [ ] Closed Basin (A closed basin results when water drains into a depression, lake, etc., from which water escapes only by evaporation.)

## D. SYSTEM DESCRIPTION

1. Means of Diversion: [X] Pump [ ] Headgate/Ditch or pipeline [ ] Dike [ ] Dam [ ] Pit [ ] Other (Describe) ______
2. Pump: [ ] Centrifugal [ ] Turbine [ ] Submersible

   Brand name unknown GPM Capacity ______
   Model # ______ Discharge pressure ______
   Impeller diameter ______ No. of Stages / Bowls ______
   ______ Lift (in feet) ______

   Motor:
   Brand Name unknown HP Rating ______
   No. of Phases ______ RPM ______
   Voltage ______ Service factor (SF) ______
   Amperage ______

   Engine:
   Fuel Type electric Displacement ______
   Brand name unknown RPM ______
   HP rating ______

Exhibit B

3. Reservoir: Attach an engineering survey, an "NRCS As Built" survey, or complete the formula below with current measurements of the reservoir or pit as it was built.

Dam: Surface Area ________ X Maximum Depth ________ X 0.4 = ________ AC-FT
Pit: Surface Area ________ X Maximum Depth ________ X 0.5 = ________ AC-FT

Release Other Than Spillway ☐ No ☐ Yes, (Describe type and size of any release or drainage device)

4. Conveyance Facilities: ☐ Centrifugal ☐ Turbine ☒ Submersible
Describe (pipe material, size, length, top width, bottom width, depth, etc.) ________

5. Irrigation System:
Flood: ☐ Contour Ditch ☐ Border Dike ☐ Spreader Dike

Sprinkler: ☐ Handline ☐ Wheel Line ☐ Big Gun
# of Heads ________
PSI ________
Nozzle size ________
Nozzle type ________
☐ Center Pivot (attach a copy of sprinkler chart)
☐ Other (Describe) ________

Type of Crop: ☐ Alfalfa ☐ Pasture ☐ Small grains ☐ Other ________

E. **PERIOD OF APPROPRIATION**
The time during the year that water is diverted, impounded, or withdrawn from the source.
1/1 (month/day) to 12/31 (month/day)

F. **POINT OF DIVERSION**

| IDENT NO | LOT | BLK | GOV'T LOT | 1/4 | 1/4 | 1/4 | SEC | TWP N/S | RGE E/W | CNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 2 | SW | SW | SW | 14 | 32N | 19W | Flathead |
| | | | | | | | | | | |

Subdivision Name none

G. **PLACE OF USE**
For Irrigation: none

| ACRES | LOT | BLK | 1/4 | 1/4 | 1/4 | SEC | TWP N/S | RGE E/W | CNTY | (N)New/ (S)Supp. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

________ TOTAL ACRES Subdivision Name ________

For Non-Irrigation:

If the place of use is the same as the point of diversion, check. ☒

| PURPOSE | GOV'T LOT | LOT | BLK | 1/4 | 1/4 | 1/4 | SEC | TWP N/S | RGE E/W | CNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |

Subdivision Name ____________________

## H. FLOW MEASUREMENTS

1. Method of measurement: ☐ Meter ☐ Weir ☐ Flume ☐ Float and Stopwatch ☒ Other artesian flowtest from well log

2. Water Measurement Equipment Statistics:

| Equipment | Type | Make | Model No. | Size |
|---|---|---|---|---|
| | | | | |
| | | | | |

3. Measurement readings: or ☐ See Field Notes Attached.

4gpm for 3 hours

flow controlled by valve as per well driller

## I. VOLUME CALCULATIONS

1. Calculations for Irrigation none

Crop Requirement: (Complete A and B, C, or D)

A. $V_{IR}$ = ________ (acres) X ________ (irrigation requirement) = ________ acre-feet/yr

Actual Amount Used: (Complete B, C, or D)

B. $V_{DR}$ = ________ (GPM) X 60 X ________ (hours/day) X ________ (days irrigated) ÷ 325,851 = ________ acre-feet/yr

C. $V_{IN}$ = ________ (inches/irrigation) X ________ (no. of irrigations) X ________ (acres) ÷ 12 = ________ acre-feet/yr

D. $V_{MT}$ = ________ (metered volume) acre-feet/yr

Comparison: If the volume of water indicated in (A) above is less than or greater than the amount calculated in (B), (C), or (D), identify any facts that would explain why. ____________________

2. ☒ Calculations for Other Uses (Water Conversion Table, Form No. 615, is available at the Regional Office)

One domestic use at DNRC standards

One guest house at 400gallons/day for 123 days/year = 0.15acre feet

**J. BENEFICIAL USE AND PERIOD OF USE**

☒ Domestic: Number of households 1
from 1/1 to 12/31 rate 4 ☒ GPM ☐ CFS volume 1 acre-feet

☐ Lawn & garden: Number of acres ________
from ________ to ________ rate ________ ☐ GPM ☐ CFS volume ________ acre-feet

☐ Stock: Number and type ________
from ________ to ________ rate ________ ☐ GPM ☐ CFS volume ________ acre-feet

☐ Irrigation: Number of acres ________
from ________ to ________ rate ________ ☐ GPM ☐ CFS volume ________ acre-feet

☒ Other Uses: Guest house
from 5/15 to 9/15 rate 4 ☒ GPM ☐ CFS volume 0.15 acre-feet

**K. PERMIT CONDITIONS OR LIMITATIONS**

Explain how each of the conditions of the permit have or have not been met.

none

**L. MAP AND PHOTOGRAPHS**

☒ Attach a copy of aerial photo or USGS Quadrangle showing the following:

- Section Corners and Numbers
- Place of Use (stock tanks, acres irrigated)
- Location of Ditch, Pipeline, etc.
- Point of Diversion
- Township and Range Numbers
- Reservoir Location

☒ Photographs of your diversion and the place of use will help document the completion and operation of your project. If photos are submitted, label them with the following information:

- Permit Number
- Name of photographer
- Date photo taken
- Subject of photo (point of diversion, etc.)

**M. CERTIFICATION**

The above information is a true statement of the extent the project was developed.

I declare under penalty of perjury and under the laws of the state of Montana that the foregoing is true and correct.

Field Examiner Printed Name: Gail Goodwin, Managing Member Glacier Bear Retreat, LLC

Field Examiner Signature: [signature] Date: 6/27/22

**N. PERMIT OWNER** (sign only if the person signing the certification is not the permittee)

I have reviewed these findings and submit this Notice of Completion to the Department.

I declare under penalty of perjury and under the laws of the state of Montana that the foregoing is true and correct.

Permit Owner Printed Name: Gail Goodwin, Managing Member Glacier Bear Retreat, LLC

Permit Owner Signature: [signature] Date: 6/27/22

**SUBMIT THE COMPLETED FORM TO YOUR WATER RESOURCES REGIONAL OFFICE LISTED IN THE INSTRUCTIONS.**

To: Scott Darkenwald

GLACIER BEAR 0195

I am hoping later this afternoon. He was just jumping into a meeting but I asked him to forward to his attorney. Just as a sanity check I read Angie our language and she said it was good to go. It is in matts hands per his text as I was writing this

According to our agreement, he would have to object and withdraw the offer by the end of this today anyway, as it goes hard as per the agreement tomorrow, doesn't it?

He is not going to withdraw the offer. He has clearly said they are proceeding and United in their decision.

Yay!

Thu, Oct 28, 4:35 PM

Who do you use for insurance and can you send me their contact info ?

John Howard at Payne West in big Fork

Payne West J

Any idea how soon we can expect the signed agreements? Yes, I'm crossing my fingers and waiting to pop the cork on a bottle of champagne.

I don't 🤩

If you don't hear from him by the end of the day, are you comfortable reaching out to him and asking when he thinks he might be able to send it back to us?

To: Scott Darkenwald

GLACIER BEAR 0197

I will. But this is early for him. Normally we don't talk till 10 pst. He is up late into the nite/ morning. I am going to give it about 30 minutes.

Fri, Oct 29, 2:19 PM

Gail. I have been trying to reach Matt. No luck.

Fri, Oct 29, 5:21 PM

Anything yet??

No

In your professional opinion, at what point do we get concerned?

Not sure. Normally when I worry it is for not. I am framing in my mind a text that will compell an answer to shoot out to him in about an hour which would be 3:30 his time.
There must be some logical reason for just no response. There shouldn't be any surprises at this point. We have covered everything we can think of ...

Agreed, thank you. I'm keeping my fingers crossed that everything is still on track and something just came up in his world today. Do you think that Matt thinks he has to sign that form for the contingencies to be removed, Or does he know that that happens at the end of today regardless?

They way we sent it was simply for his and his lawyer to review. Then we would send for docusign. I don't like people docusigning anything we didn't give them a chance to review.

To: Scott Darkenwald

GLACIER BEAR 0198

Can't force them to read it but can give them the opportunity to review and ask questions.

I understand that. My question is, even if they don't sign that, today is the expiration and it goes hard at the end of the day regardless, correct

Correct

Scott, can you please forward me a copy of the purchase contract, thank you.

Will come from Tracy.

Thank you.

I'm so sad at the possibility that this is going sideways.

It just doesn't make sense. There has to be a reason for the silence. I have spent a lot of time on the phone with this guy and he doesn't strike me as a flake , selfish, greedy, or anything other then bright and honest and transparent.
I did just leave him both an email and voicemail.

Can you blind copy me on the email?

It was a text ... will forward.

Hi. I just left you a voice mail.
I am scratching my headed on why I haven't heard from you ?
Do you have questions , comments or thoughts we should discuss. I have poured thru the contract a few times and can't see anything we didn't address.