# Exhibit 4

Fred Simpson, Esq.
JENKS & SIMPSON, P.C.
1821 South Ave. W, Suite 204
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@jenkssimpson.legal
*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Cause No. CV 22-19-M-KLD<br><br>**DECLARATION OF DAVID QUINN** |

1. My name is David Quinn. I am over the age of 18 years, and have personal knowledge of the matters stated in this declaration.

2. I am the owner and founder of D. Quinn Construction, Inc.. D. Quinn Construction, Inc. is a certified mold inspector.

3. On October 25, 2021, D. Quinn Construction, Inc. was hired by Cory Rensmon of Advanced Restoration and Maintenance to perform a limited microbial investigation at the property known as 348 Grist Road, West Glacier,

Montana, 59936 (hereafter, the "Property"). A copy of the report dated October 26, 2021, which I prepared as a result of that investigation is attached to this Declaration as Exhibit A. Cory Rensmon of Advanced Restoration was my client, not Matt and Rachel Dusek.

4. The mold and moisture were originally located in the main closet level under the stair area of the main house on the Property.

5. After I conducted my investigation, I called Mr. Rensmon on either October 25th or early on October 26th to notify him that there was still moisture in some of the oriented strand board sheathing in the closet.

6. The conclusions of my investigation are summarized in Section 9.0 at page 7. As indicated in the report, the swab samples I conducted show no elevated hyphal fragments. The swab samples were negative. I concluded that the "surface remediation process was successful" with respect to the closet/storage exterior wall system under the stairs. The low level of Penicillium/Aspergillus spores noted in the report were likely left-over dust and debris spores which are frequently present in high numbers after remediation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __ day of September, 2022.

By David Orion Quinn Digitally signed by David Orion Quinn Date: 2022.09.22 09:46:54 -06'00'
David Quinn

# D. Quinn Const., Inc.
## Certified Residential Mold Inspector

Asbestos Certification #1113A23-02
Contractor Registration #22561
AmIAQ/CRMI Certified Inspector number #12177
ESA CRMI/CMI/CMA Inspector #1729
ACAC American Council for Accredited Certification #12277
Certified Indoor Air Quality Technician #0607019
Pesticide Operator's License. #1-07-15650-12
Certified ASHI Home Inspector #248251
Certified Residential Measurement Provider NRHA 10667ort


# Limited Microbial Investigation

| | | | |
|---|---|---|---|
| Prepared for: | Advanced Restoration | Prepared by: | David O. Quinn<br>D. Quinn Const., Inc.<br>444 Lake Loop Drive<br>Kalispell, Montana 59901 |
| | 406 858-0054 | | 406 755-5322 |

Report #2158

This re-inspection report was prepared by D. Quinn Const., Inc. under the professional direction and review of the named person listed above. The conclusions and professional opinions presented herein are based on available information and within the limits prescribed by the client, and are according to generally accepted industrial hygiene practices. There is no other warranty either expressed or implied.

This document was prepared for the sole use of **Advanced Restoration** in regard to confirm remediation performed at **348 Grist Road, Glacier Park** and may not be duplicated or used by any other party without expressed written consent of D. Quinn Const., Inc. This post testing report is a limited fungal investigation, microbiological (mold spore) sampling at areas where remediation work was performed only. Any modifications to this report or protocol that are not made by D. Quinn Const. Inc. voids the signature of the consultant and releases D. Quinn Const., Inc. from any liabilities associated with the changes.

## 1.0 Overview

On October 25, 2021 D. Quinn Const Inc. performed limited fungal re-investigation and testing for microbiological (fungal spore) sampling sufficient to establish clearance for fungal remediation



work performed at the above referenced location. Note weather conditions at time of testing were 44° (F), lite rain and lite wind from the west. This limited investigation and sampling was at your request to evaluate the interior spaces of the structure as a result of prior water damage, water stains and prior fungal growth discovered in under stairs closet space. The investigation and sampling procedures were general and limited to the specific areas where prior water and/or moisture intrusion and prior fungal growth were observed. Representative samples were collected in separately chosen areas in the structure and outdoors to help assess the airborne types and concentrations of fungal spores.

### 1.1 Clearance procedures: to be Used After a Mold Cleanup/Remediation Project

There are no single accepted "pass-fail" criteria clearance inspections. I examine areas for fungal growth or other allergens and look in other building areas for evidence of spread of contaminated demolition debris or inadequate cleaning if cleaning was recommended for those areas. Our Evaluation combines a visual inspection of the extent of removal and cleaning of infected materials/areas with a microscopic examination of surface, dust, air and/or vacuum samples collected at the property.

### 1.2 Visual inspection for demolition & cleaning Completeness

A visual inspection is preformed of both the cleaned area and other building areas. In the cleaned-up area we want to know that the demolition has been sufficient-that no moldy materials remain, and that all surfaces appear to have been physically cleaned. If a fungicidal sealant was to be applied, we want to see that it was not simply sprayed atop mold and dirt or debris instead of first cleaning those surfaces.

### 1.3 Mold Screening Test for Effective Cleaning in the Work Area

We will collect mold clearance inspection test samples of physical surfaces which appear to still be moldy or dirty; if all surfaces are cleaned, we will collect at least on settled surface sample from a representative cleaned surface in each major area. We may also collect other screening samples by using air or vacuum sampling methods. But beware; air sampling alone is not a reliable means of screening a building for problems.

## 2.0 Investigation Parameter:

Attached are the laboratory analytical reports (see test results) from the analysis of samples collected during our investigation on October 25, 2021. In addition to a detailed visual investigation of the suspect areas, humidity readings and moisture measurements, our investigation included the collection of the following:

| | |
|---|---|
| __3__ Non-Viable air samples: | (microbial spore identification in air) |
| ____ Non-Viable wall cavity check: | (microbial spore identification in the wall cavity) |
| __2__ Direct surface Swab samples | (microbial spore identification of surface) |
| ____ Direct surface Tape sample | (microbial spore identification of surface) |
| ____ Digital Photos: | (photographic log of investigation) |
| ____ FLIR Digital Photos: | (infrared photographic log of investigation) |

Investigative Work

David Quinn visited the site on October 25, 2021. The conclusions and recommendations contained in this report are based on information obtained during D. Quinn Inspection Inc. mold assessment, which included:

- Interviews of property representatives
- Visual observations
- A moisture surveys
- Measurement of temperature and relative humidity
- Collection and laboratory analysis of spore trap air samples.
- Collection and laboratory analysis of direct samples.

## 3.0 Visual Inspection:

### 3.1 Living area:

A visual inspection of the main level to upper level closet/storage under stairs was conducted to identify signs of evidence of past or on-going water intrusions, visible evidence of microbial growth or noticeable musty like odors. **Upon entering the closet/storage no noticeable musty odor was observed. A closer inspection of this area did not reveal any visual evidence of microbial growth although wet/damp conditions existed of the OSB (Oriented Strand Board) shear wall siding/paneling, possibly caused by prior remediation, delamination of the OSB (Oriented Strand Board) siding and/or no metal z-bar channel flashing installed at upper and lower horizontal wood trim, caulking only. Note normally this flashing is installed under siding and over trim to prevent moisture penetration at this area. Also, note that kick out flashing has been installed at the roof side wall around stair well structure. This flashing has been installed to help prevent future moisture from getting behind the siding and possibly causing future water damage. Also, note based on the visible observations and moisture readings it appears that the upper stairwell interior drywall is still retaining excess absorbed moisture from a past on-going water intrusion which could also contain microbial growth.** Note that this limited investigation is not intended to identify every area of microbial growth in the residence, but to provide a general overview of its condition related to prior fungal growth found in closet/storage under stairs. Since it was not possible for our company to investigate the losses at the time of occurrence, it was necessary to rely on visual determinations, supplied information from the current home owners and laboratory analysis.








### 3.2 Garage structure:

A visual inspection of the garage was conducted to identify signs of evidence of past or on-going water intrusions, visible evidence of microbial growth or noticeable musty like odors. **Upon entering the garage, a slight musty odor was observed, possibly caused by open/exposed ground in lieu of a poured concrete slab. A closer inspection of this area did not reveal any visual evidence of microbial growth and/or water staining.** Note that this limited investigation is not intended to identify every area of microbial growth in the residence, but to provide a general overview of its condition related to prior fungal growth found in garage. Since it was not possible for our company to investigate the losses at the time of occurrence, it was necessary to rely on visual determinations, supplied information from the current home owners and laboratory analysis.





## 4.0 Temperature:

For comfort, most buildings are maintained at temperature of 65° to 75°F. This temperature range is also hospitable to many environmental microorganisms, some of which can even survive at temperatures below50°F and others above 50°F. However, temperature and water availability are related, and water availability is critical. Temperature can often be controlled in water systems, that is, it may be possible to maintain water at temperatures above or below those that encourage microbial growth. Moisture is essential to all life, and the chemical reactions that lead to biological growth depend on an adequate water supply.

## 5.0 Relative Humidity:

Understanding the significance of RH in an occupied space & the related concept of substrate is critical to controlling microbial growth indoors. Relative humidity is a ratio (expressed as a percentage) of the amount of moisture in the air to the maximum amount the



air could hold. Warmer air has a greater capacity to hold water in its vapor form than cooler air. Although the relative humidity of the rooms' air plays a role in the water content of materials in the room, it is the available moisture in a substrate, not the relative humidity of the room air, that determines if microorganisms can grow and the types of organisms that colonize material. By keeping relative humidity values between 30% to 50%, it is logical to assume that corresponding values in materials would be limited. However, this assumption may not hold because microorganisms grow on surfaces and in materials, not in air. Therefore, it is the RH in the air adjacent to a surface, not ambient RH that must be controlled to prevent microbial growth. Maintaining room RH below 50% may keep materials fairly dry, but does not eliminate the possibility of microbial growth because local cold spots and water intrusion may allow the RH of air adjacent to a surface to exceed 70%.

closet/storage relative humidity: 51.9 percent.
closet/storage temperature: 65.8 degrees Fahrenheit

## 6.0 Moisture Measurements:

During our inspection moisture measurements were taken using a *Surveymaster* Moisture Protimeter penetrating and non-penetrating moisture meter. It was used to determine if the closet/storage exterior wall system under stairs were retaining excessive absorbed moisture where the water staining was present. Moisture measurements are obtained by inserting the pins of the meter into the material being tested (invasive mode) or by placement of the flat surface of the meter onto the material being tested (non-invasive mode). Twelve individual locations were measured during this inspection. The moisture meter uses a analog scale with relative readings from 0% to 99%. On these scales, readings from 0% to 16% are considered normal, 17% to 22% are considered damp, and 23% to 99% are considered substantially wet. Note four locations tested had readings in the 6% to 14% range indicating normal moisture levels. however, six locations in the OSB (Oriented Strand Board) siding/shear wall paneling had readings ranging from **41% to 92%** indicating substantially wet. Also, note two locations at upper stairwell interior drywall had readings ranging from **20% to 22%** indicating damp moisture levels and appear to be still retaining excess absorbed moisture from a past on-going water intrusion.

6.1 Based on the visible observations and moisture readings it appears that the closet/storage OSB (Oriented Strand Board) siding/shear wall paneling under stairs and upper stairwell interior drywall system are either still retaining excess absorbed moisture from a past on-going water intrusion, or they still experiencing another form of moisture possibly from recent remediation work in attic space.








7.0 **Sampling Methodologies:**

7.1 Based on the detailed visual inspection and your request for mold spore sampling I recommended that non-viable air samples be collected to determine the distribution and concentration of <u>airborne mold spores</u> be taken at both inside this structure and outdoor and/or non-complaint for comparison. The purpose of spore trap air sampling is to provide an approximation of the airborne microbial (fungal) spore concentrations inside and outside the building. Elevated airborne spore concentrations may indicate an indoor microbial reservoir(s), or that cleaning of personal effects or the HVAC system(s), is a necessary component of a microbial remediation plan.

7.2 Quick Surface Swab
Based on the detailed visual inspection I recommended that <u>quick surface swab sampling</u> be collected to determine the distribution and concentration of possible fungal growth at suspect areas in closet/storage exterior wall system under stairs. One direct surface swab sample were collected with a moistened cotton swab removed from a sealed container. An area of six square inch was swabbed using a clean disposable template. After swabbing with a rolling motion, the swab was placed back into its original container, sealed and uniquely labeled.

8.0 **Sampling was conducted in the following areas:**

8.1 Non-Viable Spore Trap:

| | | |
|---|---|---|
| ___1___ | (Non-Viable Bioaerosol Analysis) | Outdoors @ Front porch |
| ___1___ | (Non-Viable Bioaerosol Analysis) | closet/storage area under stairs |
| ___1___ | (Non-Viable Bioaerosol Analysis) | living area off stairs |





8.2 Direct surface swab:

| | | |
|---|---|---|
| ___1___ | SWB (Direct Microscopic Examination) | closet/storage exterior wall system under stairs |




__1_ SWB (Direct Microscopic Examination) garage exterior wall framing and shear wall paneling




9.0 **Conclusions:**

I have interpreted the laboratory data for the air samples and concur with the laboratory results; that the sample collected indicates that there are;

1. **low levels of fungal spores** *(Penicillium/Aspergillus)* present in the closet/storage suspect air sample #2 when compared to the baseline (outside) sample possible left-over accumulated dust and debris spores frequently present in high numbers after remediation.
2. **low levels of fungal spores** *(Penicillium/Aspergillus)* present in the living area off stairs suspect air sample #3 when compared to the baseline (outside) sample possible left-over accumulated dust and debris spores frequently present in high numbers after remediation.

Additionally, in this case there are:

3. **no elevated fungal spores** present on the closet/storage exterior wall system under stairs swab surface sample #4 and that the surface remediation process was successful.
4. **no elevated fungal spores** present on the garage exterior wall framing and shear paneling system under stairs swab surface sample #5 and that the surface remediation process was successful.

The laboratory data also reported:

5. **no elevated hyphal fragments** on the swab suspect sample #4; this typically indicates potential sources of moisture and/or microbial growth.
6. **no elevated hyphal fragments** on the swab suspect sample #5; this typically indicates potential sources of moisture and/or microbial growth.

The remainder of the fungal spores identified is very common environmental molds that grow on a wide variety of natural materials including living and decaying plant materials such as leaves and wood. These conclusions have been based on an extrapolation of the data gathered from the non-viable sampling of the water loss areas: therefore, it is possible that isolated pockets of microbial growth are within enclosed cavities areas not visible to inspection and have not yet been discovered. The following scopes of work and remediation recommendations have been made of the basis of the extrapolation. **All non-distinctive unidentifiable colorless spores seen on spore trap samples are placed into this category. These are all the genera described by the sentence: Spores do not have distinctive morphology and would be categorized as "other colorless" on spore trap samples.**

- The inspector followed standardized procedures to be used for evaluation and characterization of suspected mold colonization on a surface.
- The purpose of surface sample collection was to evaluate whether a suspected stain, discoloration, blemish or other irregular appearance on a surface is fungal growth.
- The purpose of air sample collection is to identify visible and accessible conditions suitable for air sampling in order to determine if any identified surface fungal growth can be identified in indoor airborne mold samples and that, in the judgment of the sample collector, may warrant further evaluation that may include additional sampling and/or referral to other appropriate specialist for further evaluation and actions.
- The inspector followed standardized procedures to be used for the inspection of an individual structure for moisture intrusion and possible fungal growth.
- The inspection was a limited, visual, non-invasive inspection of the structure and conditions present at the time of inspection. The visual inspection was supported with subsequent sample collection and data interpretation, to identify potential sources of moisture and/or fungal growth.

## 10.0 Limitations:

The visual inspection is limited to readily accessible areas only. We do not remove floor and wall coverings or move furniture, open walls or perform any type of destructive inspection, unless the client has signed a waiver. Certain structural areas are considered inaccessible and impractical to inspect including but not limited to: the interiors of walls and inaccessible areas below; areas beneath wood floors over concrete; areas concealed by floor coverings; and areas to which there is no access without defacing or tearing out lumber, masonry, roofing or finished workmanship; structures; portions of the attic concealed or made inaccessible by insulation, belongings, equipment or ducting; portions of the attic or roof cavity concealed due to inadequate crawl space; areas of the attic or crawl space made inaccessible due to construction; interiors of enclosed boxed eaves; portions of the sub area concealed or made inaccessible by ducting or insulation; enclosed bay windows; portions of the interior made inaccessible by furnishings; areas where locks prevented access; areas concealed by appliances; areas concealed by stored materials; and areas concealed by heavy vegetation. Note: there is no economically practical method to make these areas accessible. However, they may be subject to attack by microbial organisms. No opinion is rendered concerning the conditions in these aforementioned or other inaccessible areas. Our findings and conclusions must be considered probabilities based upon professional judgment concerning the significance of the limited data gathered during the course of the investigation. You understand and agree that any claim(s) or complaint(s) arising out of or related to any alleged act or omission in connection with the inspection shall be reported to us, in writing, within ten (10) business days of discovery. Unless there is an emergency condition, you agree to allow us a reasonable period of time to investigate the claim(s) or complaint(s) by, among other things, re-inspection before you, or anyone acting on your behalf, repairs, replaces, alters or modifies the system or component that is the subject matter of the claim. You understand and agree that any failure to timely notify us and allow adequate time to investigate as stated shall constitute a complete bar and waiver of any and all claims you may have against us related to the alleged act or omission unless otherwise prohibited by law. Any dispute arising from the Inspection and/or Report (unless based on payment of fee) shall be resolved by binding, non-appealable arbitration conducted in accordance with the rules of the American Arbitration Association, except that the parties shall mutually agree upon an Arbitrator who is familiar with the home inspection industry. Any legal action arising from the Inspection and/or Report, including (but not limited to) the arbitration proceeding, must be commenced within one (1)

year from the date of the Report. Failure to bring such an action within this time period shall be a complete bar to any such action and a full and complete waiver of any rights or claims based thereon. This time limitation period may be shorter than provided by state law. It is understood and agreed that we and the lab are not insurers and, that the inspection and report to be provided under this indemnification shall not be construed as a guarantee or warranty of the adequacy, performance or condition of any structure, item, or system at the subject property. You hereby release and exempt us, the lab and our respective agents and employees of and from all liability and responsibility for the cost of repairing or replacing property damage or personal injury of any nature. In the event that we, the lab or our respective agents or employees are found liable due to breach of contract, breach of warranty, negligent misrepresentation, negligent hiring or any other theory of liability, then the cumulative aggregate total liability of us, the lab and our respective agents and employees shall be limited to a sum equal to the amount of the fee paid by you for the inspection and report. You understand that the inspection is being performed (and the report is being prepared) for your sole, confidential and exclusive benefit and use. The report, or any portion thereof, is not intended to benefit any person not a party to this indemnification, including (but not limited to) the seller or the real estate agent(s) involved in the real estate transaction ("third party"). If you directly or indirectly allow or cause the report or any portion thereof to be disclosed or distributed to any third party, you agree to indemnify, defend, and hold us harmless for any claims or actions based on the inspection or the report brought by the third party. We do not warrant that the assessment requested would satisfy the dictates of, or provide a legal defense in connection with, environmental laws or regulations.

## The Purpose of Remediation

- "The purpose of mold remediation is to remove the mold to prevent human exposure and damage to building materials and furnishings. It is necessary to clean up mold contamination, not just to kill the mold. Dead mold is still allergenic, and some dead molds are potentially toxic. The use of a biocide, such as chlorine bleach, is not recommended as a routine practice during mold remediation, although there may be instances where professional judgment may indicate its use."

-EPA Mold Remediation in Schools and Commercial Buildings, (emphasis added)

Report for:

**Mr. David Quinn**
**D. Quinn Construction, Inc.**
444 Lake Loop Dr
Kalispell, MT 59901

---

Regarding: Project: 2158; Advanced-348 Grist Rd.
EML ID: 2769741

Approved by:

Operations Manager
Joshua Cox

Dates of Analysis:
Spore trap analysis: 10-26-2021

Service SOPs: Spore trap analysis (EM-MY-S-1038)
AIHA-LAP, LLC accredited service, Lab ID #102297

---

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. Due to the nature of the analyses performed, field blank correction of results is not applied. The results relate only to the samples as received and tested. Information supplied by the client which can affect the validity of results: sample air volume.

Eurofins EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

Eurofins EMLab P&K's LabServe® reporting system includes automated fail-safes to ensure that all AIHA-LAP, LLC quality requirements are met and notifications are added to reports when any quality steps remain pending.

**Eurofins EMLab P&K**
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

Client: D. Quinn Construction, Inc.
C/O: Mr. David Quinn
Re: 2158; Advanced-348 Grist Rd.

Date of Sampling: 10-25-2021
Date of Receipt: 10-26-2021
Date of Report: 10-26-2021

## SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | #1: Air-O-Cell #33189876 Outside | | | | #2: Air-O-Cell #33189881 Closet/Storage Under Stairs | | | | #3: Air-O-Cell #33187326 Living Area Off Stairs | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | | | None | | | | None | | | |
| Lab ID-Version‡: | 13254744-1 | | | | 13254745-1 | | | | 13254746-1 | | | |
| Analysis Date: | 10/26/2021 | | | | 10/26/2021 | | | | 10/26/2021 | | | |
| Sample volume (liters) | 75 | | | | 75 | | | | 75 | | | |
| Background debris (1-4+)†† | < 1+ | | | | 4+ | | | | 3+ | | | |
| | raw ct. | Count/m3 | DL/m3* | % | raw ct. | Count/m3 | DL/m3* | % | raw ct. | Count/m3 | DL/m3* | % |
| Hyphal fragments | 2 | 27 | 13 | n/a | 1 | 13 | 13 | n/a | | | | |
| Pollen | | | | | 2 | 27 | 13 | n/a | | | | |
| **§ TOTAL FUNGAL SPORES** | 215 | 96,000 | n/a | 100 | 51 | 2,300 | n/a | 100 | 156 | 19,000 | n/a | 100 |
| Alternaria | | | | | 1 | 13 | 13 | 1 | | | | |
| Ascospores | 38 | 2,000 | 53 | 2 | 3 | 160 | 53 | 7 | 6 | 320 | 53 | 2 |
| Basidiospores | 177 | 94,000 | 530 | 98 | 29 | 1,500 | 53 | 68 | 137 | 18,000 | 130 | 95 |
| Chaetomium | | | | | | | | | | | | |
| Cladosporium | | | | | | | | | | | | |
| Nigrospora | | | | | 1 | 13 | 13 | 1 | | | | |
| Other brown | | | | | | | | | 1 | 13 | 13 | < 1 |
| Penicillium/Aspergillus types | | | | | 8 | 430 | 53 | 19 | 11 | 590 | 53 | 3 |
| Smuts, Periconia, Myxomycetes | | | | | 8 | 110 | 13 | 5 | | | | |
| Stachybotrys | | | | | 1 | 13 | 13 | 1 | 1 | 13 | 13 | < 1 |
| Torula | | | | | | | | | | | | |
| Ulocladium | | | | | | | | | | | | |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity/limit of detection is the Count/m^3 divided by the raw count, expressed in Count/m^3.

*The detection limit/limit of detection (DL) per cubic meter (m3) has been rounded to two significant figures to reflect analytical precision.

††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Fungal Spores has been rounded to two significant figures to reflect analytical precision.

## Introduction

Molds are a natural and important part of our environment. They are ubiquitous and are found virtually everywhere. Molds produce tiny spores to reproduce. These spores can be found in both indoor and outdoor air and on indoor and outdoor surfaces. When mold spores land on a damp spot, they may begin growing and digesting whatever they are growing on in order to survive, leading to adverse conditions. In response to increasing public concern, a number of government authorities, including the United States EPA, California Department of Health Services and New York City Department of Health, have developed recommendations and guidelines for assessment and remediation of mold. Websites for these organizations can be found at the end of this report.

While it is generally accepted that molds can be allergenic and can lead to adverse health conditions in susceptible people, unfortunately there are no widely accepted or regulated interpretive standards or numerical guidelines for the interpretation of microbial data. The absence of standards often makes interpretation of microbial data difficult and controversial. This report has been designed to provide some basic interpretive information using certain assumptions and facts that have been extracted from a number of peer reviewed texts, such as the American Conference of Governmental Industrial Hygienists (ACGIH). In the absence of standards, the user must determine the appropriateness and applicability of this report to any given situation. Identification of the presence of a particular fungus in an indoor environment does not necessarily mean that the building occupants are or are not being exposed to antigenic or toxic agents.

None of the information contained herein should be construed as medical advice or a call to action for evacuation or remediation. Only a qualified physician should make any decision relative to medical significance.

EMLab P&K did not conduct the site investigation, provide consulting or collect the samples referenced in this report. EMLab P&K's primary involvement in this project is to provide analytical results for the samples submitted. The data presented in this report are based on the samples and accompanying information provided and represents concentrations at a point in time under the conditions sampled.

EMLab P&K's standard terms and conditions govern all aspects of this report.

## Materials

Please refer to the chain of custody included with this report.

## Methods

1. **Surface Samples – Swab, Dust, Tape and Bulk Samples**
   Swab, Dust and Tape samples are mounted on a glass slide and observed under a bright field microscope for either Qualitative or Quantitative Examination. A bulk sample is also simultaneously observed under a stereomicroscope to look for signs of any visible discoloration or fungal growth, which is then mounted and observed under a bright field microscope for either Qualitative or Quantitative Examination. The samples are analyzed at a minimum of 200X magnification and up to a 1000X magnification. In the qualitative

examination, the prepared samples are observed for the presence of any structures or skewing of spore distribution that may indicate growth in the sample being analyzed. In the quantitative examination, the mold spores detected in the sample are counted and reported as spores per $cm^2$, spores per gram (or 1000mg), or spores per swab/wipe, etc depending on the sample type. These methodologies do not differentiate between viable and non-viable fungal spores.

## 2. Air Samples- Spore Trap Device

Spore traps are a unique sampling device designed for the rapid collection and analysis of a wide range of airborne particulates, including fungal spores. While analyzing the sample, the analyst takes a number of variables into account to select the proper analytical method to accurately determine the densities of the various spores on the trace. The densities of the debris and the spores on the trace will determine the approach to analyzing the sample. In general, the sample is directly mounted under the microscope and the various airborne particles detected are counted at a minimum of 200X magnification and up to 1000X magnification, with the entire trace (100% of the sample) being analyzed at 200X or 600X. This method does not differentiate between viable and non-viable fungal spores. This technique does not allow for the differentiation between *Aspergillus* and *Penicillium* spores. Additionally, depending on morphology, other non-distinctive spores are reported in categories such as ascospores or basidiospores. All slides are graded with the following debris scale for data qualification.

| Debris Rating | Description | Interpretation |
|---|---|---|
| **None** | No particles detected. | No particulates on slide. The absence of particulates could indicate improper sampling as most air samples typically capture some particles. |
| **<1+** | Good visibility. A few particles detected. | Reported values are not affected by debris. |
| **1+** | Good visibility. No crowding of particles. | |
| **2+** | Decent visibility. Particles beginning to crowd. | Non-microbial particulates can mask the presence of fungal spores. As a result, actual values could be higher than the numbers reported. Higher debris ratings increase the probability of this bias. |
| **3+** | Decent visibility. Particles beginning to crowd. | |
| **4+** | Poor visibility. Particles beginning to overlap. | Excessive debris detected in the sample. Counts reported may vary drastically and actual values could be higher than the numbers reported. The sample should be collected at a shorter time interval, or other measures taken to reduce the collection of non-microbial debris. In addition, a >4+ rating will only allow for a count from the perimeter of the slide. |
| **>4+** | Poor visibility. Particles overlapping. | |

## 3. Comments

Comments identify issues or events that are relevant to your analytical results. A comment includes information about any peculiar observation or situation encountered while analyzing the sample. In each case, the comments provide significant information vital to the interpretation of the laboratory data.

## 4. Data Interpretation

According to ACGIH, "Data from individual sampling episodes is often interpreted with respect to baseline data from other environments or the same environment under anticipated low exposure conditions." In the absence of established acceptable exposure limits, it is often necessary to use a comparison standard when interpreting data. In this instance, it will be necessary to sample the suspect area as well as a non-suspect area.

According to ACGIH, "...active fungal growth in indoor environments is inappropriate and may lead to exposure and adverse health effects."

**a. Total Fungal Spores**
According to ACGIH, ".... differences that can detected with manageable sample sizes are likely to be in 10- fold multiplicative steps (e.g., 100 versus 1000...)". Following this logic, if total fungal spores are ten (10) times greater in the sample from a suspect area than in the negative control sample collected from a non-suspect area, then that sample area may be a fungal amplification site.

**b. Mycelial Fragments**
Mycelium is a fungal mass that constitutes the vegetative or living body of a fungus. Following the same logic above, if total mycelial fragments are ten (10) times greater in the suspect sample than in the negative control, then the sample area is considered to be a fungal amplification site. The presence of mycelial fragments provides evidence of microbial growth.

**c. Mycotoxins**
Molds can produce toxic substances called mycotoxins. More than 200 mycotoxins have been identified from common molds, and many more remain to be identified. Some of the molds that are known to produce mycotoxins are commonly found in moisture-damaged buildings. Exposure pathways for mycotoxins can include inhalation, ingestion, or skin contact. Although some mycotoxins are well known to affect humans and have been shown to be responsible for human health effects, for many mycotoxins, little information is available, and in some cases research is ongoing. Some molds can produce several toxins, and some molds produce mycotoxins only under certain environmental conditions. The presence of mold in a building does not necessarily mean that mycotoxins are present or that they are present in large quantities.

**d. Water Indicator Molds**
Certain authorities identify certain molds whose presence indicates excessive moisture. The presence of a few spores of indicator mold should be interpreted with caution. Additionally, it should be recognized that these named molds are not necessarily the only ones of potential significance.

**e. Mold Glossary**
Specific characteristics of the individual molds listed in the report are presented in Table 1.

**f. Useful Resources**

i. Guidelines on Assessment and Remediation of Fungi in Indoor Environments, New York City Department of Health. www1.nyc.gov/assets/doh/downloads/pdf/epi/epi-mold-guidelines.pdf
ii. Facts about Mold, New York City Department of Health.www1.nyc.gov/assets/doh/downloads/pdf/epi/mo ld-brochure.pdf

iii. Mold Resources, United States Environmental Protection Agency. http://www.epa.gov/mold/moldresources.html
iv. Mold in My Home, What do I do? California Department of Health Services. http://www.lapublichealth.org/eh/docs/housing/brochure/moldhome.pdf

**Table 1: Summary of Specific Mold Characteristics**

| Fungi | Environmental Indicator | | Typically Found |
|---|---|---|---|
| ***Alternaria*** | | | *Alternaria* is one of the more common fungi found in nature. It is found growing indoors on a variety of substrates including wallboards, painted walls, etc. |
| ***Arthrinium*** | | | *Arthrinium* is a saprobe and is found on plants. It is rarely found growing indoors. |
| **Ascospores** |  |  | Ascospores are ubiquitous in nature and are commonly found in the outdoor environment. Some fungi that belong to the ascomycete family include the sexual forms of *Penicillium/ Aspergillus*, *Chaetomium*, etc that may be frequently found growing on damp substrates. |
| ***Aureobasidium*** | |  | *Aureobasidium* is commonly found in a variety of soils. Indoors, it is commonly found where moisture accumulates, especially bathrooms, and kitchens, on shower curtains, tile grout, windowsills, textiles, and liquid waste materials. |
| **Basidiospores** | | | Basidiospores are Saprophytes and plant pathogens and are commonly found in gardens, forests, and woodlands. They also include organisms that are the agent of "dry rot," and other fungi that cause white and brown wood rot, which may grow and destroy the structural wood of buildings. |
| ***Bipolaris/ Dreschlera*** | | | *Bipolaris* and *Dreschlera* are usually found associated with plant debris, and soil. They are plant pathogens of numerous plants, particularly grasses. *Bipolaris* and *Dreschlera* can grow indoors on a variety of substrates. |
| ***Botrytis*** | | | *Botrytis* is commonly found in tropical and temperate climates growing on vegetative matter. They may be found indoors in conjugation with indoor plants, fruits and vegetables. |
| ***Chaetomium*** |  |  | *Chaetomium* is often found on materials containing cellulose such as sheetrock paper, or other wet materials. |
| ***Cladosporium*** | | | *Cladosporium* is a common outdoor mold. They are commonly found on dead plants, food, textiles, and a variety of other surfaces. Indoors, they can grow on a variety of substrates including textiles, wood, moist windowsills, etc. It can grow at 0°C and is associated with refrigerated foods. |
| ***Curvularia*** | | | *Curvularia* is found on plant materials and is considered a saprobe. Indoors, they can grow on a variety of substrates. |
| ***Epicoccum*** | | | *Epicoccum* is a saprophyte and considered a weekly parasitic secondary invader of plants. They tend to colonize continuously damp materials such as damp wallboard and fabrics. |
| ***Fusarium*** |  |  | *Fusarium* requires very wet conditions and is frequently isolated from plants and grains. They colonize continuously damp materials such as damp wallboard and water reservoirs for humidifiers and drip pans. |

| | | | |
|---|---|---|---|
| ***Memnoniella*** | | | *Memnoniella* can be found growing on a variety of cellulose-containing materials. |
| ***Nigrospora*** | | | *Nigrospora* is especially abundant in warm climates and is rarely found growing indoors. |
| ***Oidium/ Peronospora*** | | | *Oidium* and *Peronospora* are plant pathogens and are not found growing indoors. |
| ***Penicillium/ Aspergillus*** |  |  | *Penicillium* and *Aspergillus* are ubiquitous in environment. *Aspergillus* tends to colonize continuously damp materials such as damp wallboard and fabrics. *Penicillium* is commonly found in house dusts, wallpaper, decaying fabrics, moist clipboards, etc. |
| ***Pithomyces/ Ulocladium*** | |  | *Pithomyces* is commonly found on grass and decaying plant material and are rarely found growing indoors. *Ulocladium* has a high water requirement and therefore colonizes continuously damp materials such as damp wallboard and fabrics. |
| **Rusts** | | | Rusts are plant pathogens and only grow on host plants. |
| **Smuts/ *Periconia*/ Myxomycetes** | | | Smuts and Myxomycetes are parasitic plant pathogens that require a living host. Smuts do not usually grow indoors. *Periconia* are rarely found growing indoors. Myxomycetes are occasionally found indoors, but rarely growing. |
| ***Stachybotrys*** |  |  | *Stachybotrys* are commonly found indoors on wet materials containing cellulose, such as wallboard, jute, wicker, straw baskets, and other paper materials. |
| ***Stemphylium*** | | | *Stemphylium* is either parasitic or saprophytic and is rarely found growing indoors. |
| ***Torula*** | | | *Torula* can grow indoors on cellulose containing materials such as wallboard, jute, wicker, straw baskets, and other paper materials. |
| **Other brown/ colorless** | | | An uncharacteristic fungal spore that does not lend itself to classification via direct microscopy. |

 Potential Water Intrusion/Indicator Mold Capable of Mycotoxin Production

 Potential Water Intrusion/Indicator Mold

## Quality Programs

The EMLab P&K's laboratory network is staffed with highly trained analysts, the majority of which hold advanced degrees. The reliability of test results depends on many factors such as the personnel performing the tests, environmental conditions, selection and validation of test methods, equipment functioning, as well as the sampling, storage and handling of test items, all of which are a reflection of the overall quality system of the laboratory.

EMLab P&K has modeled its quality system after ISO 17025, General Requirements for the Competence of Testing and Calibration Laboratories, one of the most stringent sets of standards in the industry, to ensure that its customers receive the highest standard of accuracy, reliability, and impartiality that they have come to expect from the leader in the environmental industry. EMLab P&K's laboratories adherence to the standards set forth in ISO 17025 has been validated and formally recognized through accreditations granted by an independent outside agency, American Industrial Hygiene Association Laboratory Accreditation Program, LLC (AIHA-LAP, LLC), on a site by site basis. As an additional measure to demonstrate its competency to perform the analyses it offers to its clients, EMLab P&K laboratories

also participate in a variety of different proficiency testing programs, including the Environmental Microbiology Proficiency Analytical Testing Program (EMPAT) sponsored by the American Industrial Hygiene Association Proficiency Analytical Testing Programs.

As part of our continuous commitment to excellence, EMLab P&K laboratories are also inspected, licensed and/or accredited by a number of governmental agencies and independent associations in addition to those already mentioned above. The scope of services, accreditation certificates, and proficiency results can all be accessed at www.emlabpk.com.

## References


1. Bioaerosols: Assessment and Control. Janet Macher, Ed., American Conference of Government Industrial Hygienists, Cincinnati, OH (1999).

2. EPA: The Inside Story. A Guide to Indoor Air Quality, United States Environmental Protection Agency and the United States Consumer Product Safety Commission, Washington DC (1995).

3. Health Canada: Exposure Guidelines for Residential Indoor Air Quality. Environmental Health Directorate. Health Protection Branch, Health Canada, Ottawa, Ontario (1989).

4. IIRC: Standard and Reference Guide for Professional Water Damage Restoration, 2nd Ed. Institute of Inspection, Cleaning and Restoration, Vancouver, WA (1999).

5. Field Guide for the Determination of Bio logical Contaminants in Environmental Samples. American Industrial Hygiene Association, Fairfax, VA (1996).

6. Standards of Practice for the Assessment of Indoor Environmental Quality, Volume I: Mold Sampling, Assessment of Mold Contamination. Indoor Environmental Standards Organization (2002).

**Eurofins EMLab P&K**
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

Client: D. Quinn Construction, Inc.
C/O: Mr. David Quinn
Re: 2158; Advanced-348 Grist Rd.

Date of Sampling: 10-25-2021
Date of Receipt: 10-26-2021
Date of Report: 10-26-2021

## MoldRANGE™: Extended Outdoor Comparison

## Outdoor Location: #1, Air-O-Cell #33189876 Outside

| Fungi Identified | Outdoor data | Typical Outdoor Data for: October in Montana† (n‡=639) | | | | | | Typical Outdoor Data for: The entire year in Montana† (n‡=5634) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spores/m3 | very low | low | med | high | very high | freq % | very low | low | med | high | very high | freq % |
| **Generally able to grow indoors*** | | | | | | | | | | | | | |
| Alternaria | - | 13 | 13 | 27 | 53 | 110 | 27 | 13 | 13 | 27 | 80 | 160 | 26 |
| Bipolaris/Drechslera group | - | 13 | 13 | 13 | 32 | 54 | 3 | 7 | 13 | 13 | 35 | 53 | 4 |
| Chaetomium | - | 7 | 9 | 13 | 27 | 63 | 4 | 7 | 13 | 13 | 27 | 67 | 4 |
| Cladosporium | - | 53 | 110 | 310 | 910 | 1,700 | 89 | 53 | 89 | 320 | 1,200 | 2,600 | 83 |
| Curvularia | - | - | - | - | - | - | 2 | 8 | 13 | 13 | 49 | 59 | 2 |
| Nigrospora | - | - | - | - | - | - | 1 | 7 | 11 | 13 | 27 | 53 | 2 |
| Other brown | - | 13 | 13 | 27 | 53 | 67 | 22 | 11 | 13 | 22 | 53 | 67 | 22 |
| Penicillium/Aspergillus types | - | 27 | 53 | 180 | 530 | 800 | 78 | 33 | 53 | 160 | 370 | 640 | 74 |
| Stachybotrys | - | - | - | - | - | - | 1 | 13 | 13 | 40 | 160 | 280 | 1 |
| Torula | - | 7 | 8 | 21 | 53 | 110 | 3 | 7 | 13 | 22 | 53 | 53 | 3 |
| **Seldom found growing indoors**** | | | | | | | | | | | | | |
| Ascospores | 2,000 | 47 | 67 | 210 | 760 | 1,400 | 90 | 33 | 53 | 210 | 750 | 1,500 | 74 |
| Basidiospores | 94,000 | 93 | 190 | 800 | 3,700 | 7,700 | 97 | 53 | 89 | 430 | 2,000 | 4,300 | 86 |
| Rusts | - | 13 | 13 | 22 | 56 | 110 | 15 | 13 | 13 | 22 | 53 | 110 | 12 |
| Smuts, Periconia, Myxomycetes | - | 13 | 27 | 67 | 250 | 490 | 66 | 13 | 27 | 110 | 510 | 1,100 | 62 |
| **§ TOTAL SPORES/m3** | 96,000 | | | | | | | | | | | | |

†The 'Typical Outdoor Data' represents the typical outdoor spore levels for the location and time frame indicated. The last column represents the frequency of occurrence. The very low, low, med, high, and very high values represent the 10, 20, 50, 80, and 90 percentile values of the spore type when it is detected. For example, if the frequency of occurrence is 63% and the low value is 53, it would mean that the given spore type is detected 63% of the time and, when detected, 20% of the time it is present in levels above the detection limit and below 53 spores/m3. These values are updated periodically, and if enough data is not available to make a statistically meaningful assessment, it is indicated with a dash.

§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.

** These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

‡n = number of samples used to calculate data.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. "Typical outdoor data" are based on the results of the analysis of samples delivered to and analyzed by Eurofins EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. In addition, Eurofins EMLab P&K may not have received and tested a representative number of samples for every region or time period. Eurofins EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

**Eurofins EMLab P&K**
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

Client: D. Quinn Construction, Inc.
C/O: Mr. David Quinn
Re: 2158; Advanced-348 Grist Rd.

Date of Sampling: 10-25-2021
Date of Receipt: 10-26-2021
Date of Report: 10-26-2021

## MoldSCORE™: Spore Trap Report

**Outdoor Sample:** #1 Air-O-Cell #33189876 Outside

| Fungi Identified | Outdoor sample spores/m3 (<100 / 1K / 10K / >100K) | Raw count | Spores/ m3 |
|---|---|---|---|
| **Generally able to grow indoors*** | | | |
| Alternaria | | ND | < 13 |
| Bipolaris/Drechslera group | | ND | < 13 |
| Chaetomium | | ND | < 13 |
| Cladosporium | | ND | < 13 |
| Curvularia | | ND | < 13 |
| Nigrospora | | ND | < 13 |
| Penicillium/Aspergillus types† | | ND | < 13 |
| Stachybotrys | | ND | < 13 |
| Torula | | ND | < 13 |
| **Seldom found growing indoors**** | | | |
| Ascospores | | 38 | 2,000 |
| Basidiospores | | 177 | 94,000 |
| Rusts | | ND | < 13 |
| Smuts, Periconia, Myxomycetes | | ND | < 13 |
| **Total** | | | **96,427** |

**Location:** #2 Air-O-Cell #33189881 Closet/Storage Under Stairs

| Fungi Identified | Indoor sample spores/m3 (<100 / 1K / 10K / >100K) | Raw count | Spores/ m3 | MoldSCORE‡ (100 / 200 / 300) | Score |
|---|---|---|---|---|---|
| **Generally able to grow indoors*** | | | | | |
| Alternaria | | 1 | 13 | | 105 |
| Bipolaris/Drechslera group | | ND | < 13 | | 100 |
| Chaetomium | | ND | < 13 | | 100 |
| Cladosporium | | ND | < 13 | | 100 |
| Curvularia | | ND | < 13 | | 100 |
| Nigrospora | | 1 | 13 | | 105 |
| Penicillium/Aspergillus types† | | 8 | 430 | | 167 |
| Stachybotrys | | 1 | 13 | | 121 |
| Torula | | ND | < 13 | | 100 |
| **Seldom found growing indoors**** | | | | | |
| Ascospores | | 3 | 160 | | 144 |
| Basidiospores | | 29 | 1,500 | | 100 |
| Rusts | | ND | < 13 | | 100 |
| Smuts, Periconia, Myxomycetes | | 8 | 110 | | 122 |
| **Total** | | | **2,280** | **Final MoldSCORE** | **167** |

**Eurofins EMLab P&K**
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

Client: D. Quinn Construction, Inc.
C/O: Mr. David Quinn
Re: 2158; Advanced-348 Grist Rd.

Date of Sampling: 10-25-2021
Date of Receipt: 10-26-2021
Date of Report: 10-26-2021

## MoldSCORE™: Spore Trap Report

**Location:** #3 Air-O-Cell #33187326 Living Area Off Stairs

| Fungi Identified | Indoor sample spores/m3 (<100, 1K, 10K, >100K) | Raw count | Spores/ m3 | MoldSCORE‡ (100, 200, 300) | Score |
|---|---|---|---|---|---|
| **Generally able to grow indoors*** | | | | | |
| Alternaria | | ND | < 13 | | 100 |
| Bipolaris/Drechslera group | | ND | < 13 | | 100 |
| Chaetomium | | ND | < 13 | | 100 |
| Cladosporium | | ND | < 13 | | 100 |
| Curvularia | | ND | < 13 | | 100 |
| Nigrospora | | ND | < 13 | | 100 |
| Other brown | | 1 | 13 | | 105 |
| Penicillium/Aspergillus types† | | 11 | 590 | | 189 |
| Stachybotrys | | 1 | 13 | | 121 |
| Torula | | ND | < 13 | | 100 |
| **Seldom found growing indoors**** | | | | | |
| Ascospores | | 6 | 320 | | 100 |
| Basidiospores | | 137 | 18,000 | | 100 |
| Rusts | | ND | < 13 | | 100 |
| Smuts, Periconia, Myxomycetes | | ND | < 13 | | 100 |
| **Total** | | | **19,200** | **Final MoldSCORE** | **189** |

* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.

** These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

†The spores of Aspergillus and Penicillium (and others such as Acremonium, Paecilomyces) are small and round with very few distinguishing characteristics. They cannot be differentiated by non-viable sampling methods.

‡Rated on a scale from 100 to 300. A rating less than 150 is low and indicates a low probability of spores originating inside. A rating greater than 250 is high and indicates a high probability that the spores originated from inside, presumably from indoor mold growth. A rating between 150 and 250 indicates a moderate likelihood of indoor fungal growth. MoldSCORE is NOT intended for wall cavity samples. It is intended for ambient air samples in residences. Using the analysis on other samples (like wall cavity samples) will lead to misleading results.

10-26-2021: 2158

**Eurofins EMLab P&K**
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

# SPORE TRAP REPORT: NON-VIABLE METHODOLOGY




**Comments:**

Note: Graphical output may understate the importance of certain "marker" genera.

**Eurofins EMLab P&K**
1501 West Knudsen Drive, Phoenix, AZ 85027
(800) 651-4802 Fax (623) 780-7695 www.emlab.com

Client: D. Quinn Construction, Inc.
C/O: Mr. David Quinn
Re: 2158; Advanced-348 Grist Rd.

Date of Sampling: 10-25-2021
Date of Receipt: 10-26-2021
Date of Report: 10-26-2021

## QUANTITATIVE SPORE COUNT REPORT

| Location: | #4: Surface Swab Closet/Storage Under Stairs | | | | #5: Surface Swab Gar Int Shear Wall Paneling | | | |
|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | | | None | | | |
| Sample type | Swab sample | | | | Swab sample | | | |
| Lab ID-Version‡: | 13254742-1 | | | | 13254743-1 | | | |
| Analysis Date: | 10/26/2021 | | | | 10/26/2021 | | | |
| Background debris (1-4+) | 3+ | | | | 3+ | | | |
| Sample size | 38.7 cm2 | | | | 38.7 cm2 | | | |
| Reporting unit | 1 cm2 | | | | 1 cm2 | | | |
| Dilution | 1:40 | | | | 1:40 | | | |
| | Count | Count/sample | Count/unit | % | Count | Count/sample | Count/unit | % |
| Hyphal fragments | | < 40 | < 1 | n/a | | < 40 | < 1 | n/a |
| **§ TOTAL FUNGAL SPORES** | 1 | 77 | 2 | 100 | 2 | 150 | 4 | 100 |
| Ascospores | | | | | 1 | 77 | 2 | 50 |
| Basidiospores | 1 | 77 | 2 | 100 | 1 | 77 | 2 | 50 |
| Cladosporium | | | | | | | | |
| Curvularia | | | | | | | | |
| Epicoccum | | | | | | | | |
| Fusarium | | | | | | | | |
| Myrothecium | | | | | | | | |
| Nigrospora | | | | | | | | |
| Other colorless | | | | | | | | |
| Penicillium/Aspergillus types | | | | | | | | |
| Pithomyces | | | | | | | | |
| Rusts | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | | | | |
| Stachybotrys | | | | | | | | |
| Stemphylium | | | | | | | | |
| Torula | | | | | | | | |
| Ulocladium | | | | | | | | |
| Zygomycetes | | | | | | | | |

**Comments:**

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Fungal Spores has been rounded to two significant figures to reflect analytical precision.
Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The limit of detection is 1 spore per area analyzed; Analytical Sensitivity is 1 spore per unit times the dilution factor.