# Exhibit 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

Cause No. CV 22-19-M-KLD

GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,

Plaintiffs/Counterclaim Defendants,

vs.

MATT DUSEK AND RACHEL DUSEK,

Defendants/Counterclaimants.

DEPOSITION OF GAIL GOODWIN
VOLUME II
July 6, 2022

Pursuant to Notice and the Federal Rules of Civil Procedure, this deposition was taken by Defendants/Counterclaimants at 530 West 19th Street, Whitefish, Montana, at 8:51 a.m., before Sheri J. Hazlett, Registered Professional Reporter and Notary Public of the State of Montana.

contingencies, and if he chooses, moving the closing date sooner." Do you see that?
A Yes.
Q What contingencies were you hoping that Matt would sign off in writing on that day?
A Scott had told me that, as per the contract, all final contingencies had to be removed by the 29th, and that was drop-dead, when everything went hard; all deposits became nonrefundable, and we both had agreed, as per the contract, to move forward.
And because of the plane deal and because Scott had told me that Matt wanted to close earlier, I asked him, Great, can we move the deadline of the 29th to the 28th? And that way I don't have to revamp the plane contract, because I had to let them know, and I was running out of time on that. And that's what that was in reference to.
And when I asked Scott, The inspection contingencies have already been taken care of; what else is there?
He said, Well, title, and I don't know, but I'm a stickler about the details, and I want to go over this with Matt and make sure that every "I" is dotted and every "T" is crossed, and that's what I'm doing.
Q Did you agree with Scott that it would be good

to get my client to sign off in writing that they were releasing the contingencies?
A It wasn't a matter of agreeing or disagreeing. I told him I didn't understand because it had already been done, and he told me that's just the way he did things.
Q Did you tell him, No need to send out a contingency release on the 27th because these things were already passed, and the contract is hard at this point?
A I did in text messages at some point. I said, Why are you even doing this, and does Matt know, and does he realize that it's a moot point as of 5:00 p.m. -- I think it was probably on the 29th that -- I switched to text to document it in writing.
Q What was on the 29th --
A My texts.
Q -- the texts or the date that it went hard?
A Both.
Q What's the significance of the 26th, then? I thought you just told me the 26th it went hard.
A We talked about this earlier. It depends which way you read this. And if you want to go back to the contract, we can go back, or she can just read back what we've talked about earlier. It's the same question that you're asking, Shane. The 26th -- I'm gonna have to pull this back out and get you the right language if you need