# Exhibit 7

Hi Matt. I just got home from the west coast and wanted to check in. I know we have the inspection scheduled for Tuesday and Tracy said you were coming in for that. Can you give me your travel itinerary so I can work my calendar this week around that ?
Looking forward to actually meeting you guys !
Scott

Sun, Oct 10, 7:26 PM

Hi Scott, welcome back. Hope your travel was enjoyable.

We're still working on our travel; it's not locked in yet. I'll let you know if/as details firm up. We'll try to make it minimally invasive on your schedule, but of course we're looking forward to meeting you, too!

Thanks for reaching out!

Sounds good … I am really looking forward to being with you guys !

And my time away was needed and restorative :) Thank you !

It looks like Tuesday is supposed to be beautiful ~

Mon, Oct 11, 4:13 PM

Hi Scott, unfortunately it looks like it's not going to work out for us to travel to MT tomorrow. We'll try for another day, much as I hate to miss the sunny one already on offer!

Dang. Oh well. Tracy Will send you a cool video we had done and just got.

Yes, sorry. I hesitated a little too long to pull the trigger on the private flight after receiving the quote, and when I called with the go-ahead, the aircraft had already been booked. I didn't anticipate a run on private flights quite to this extent; I should have, but I didn't.

Tracy sent the video, and it is 🤩 .

It is cool isn't it. Let's pick a day soon when it looks like sunshine and you can book away.