Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**MOTION IN LIMINE RE: REALTORS' CONTRACT INTERPRETATION** |

Matt Dusek and Rachel Dusek (the "Duseks") hereby move the Court *in limine*, pursuant to Fed. R. Evid. 401, 403, and 802 to exclude any and all evidence relating to the opinions on the interpretation of the Buy-Sell Agreement by the realtors or their counsel. Specifically, Duseks seek to exclude testimony, documentary evidence, and argument concerning (1) the legal opinion of the

realtor, Scott Darkenwald, as to his interpretation of the Buy-Sell Agreement; and (2) the supposed agreement to that opinion by Tom Burk (Darkenwald's boss) or Jaymie Bowditch (their legal counsel). The underlying legal opinions usurp the Court's role in interpreting contract and are both irrelevant (Rule 401) and, in any event, outweighed by their unduly prejudicial and confusing nature (Rule 403). The latter discussions of those opinions among Burk and Bowditch are also inadmissible hearsay without an exception (Rule 802).

This Motion is supported more fully by a brief filed herewith.

Plaintiffs oppose this Motion, following consultation under Local Rule 7.1(c)(1).

Dated this 16th day of December, 2022.

By: *<u>/s/ Shane P. Coleman</u>*
Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC

ATTORNEYS FOR DEFENDANTS MATT DUSEK AND RACHEL DUSEK