IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> MATT DUSEK and RACHEL DUSEK, <br><br> Defendants/Counterclaimants. | CV-22-19-M-KLD <br><br> ORDER SETTING STATUS CONFERENCE |

The parties have requested the Court set a status conference in the above-referenced matter. Accordingly,

IT IS ORDERED that a telephonic status conference is set for January 3, 2023, at 10 a.m. All counsel shall call 1-866-390-1828 at the designated time. When prompted, enter the access code 8447649 followed by #.

DATED this 27th day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1