# Exhibit 3

Buyer gives notice to the Seller as follows (Buyer should check only one box preceding the bolded Buyer language):

☒ **Buyer elects to negotiate the items of disapproval described above and offers the following resolution:**

Seller, at seller's expense, to remedy to the following:

See pg 23

Page 12, Section 2, Item 13: Drainage - gutter to be extended to shed water away from foundation.

Page 13, Section 4, Item 2: Siding Condition - remedy to suggestions in inspection report, cosmetics to be in matching condition to rest of house. Cory Rensmon at Advanced Restoration to complete work.

Page 14, Section 4, Item 4: Flashing - remedy to suggestion in inspection report, cosmetics to be in matching condition to rest of house. Cory Rensmon at Advanced Restoration to complete work.

P 21?

Page 16, Section 5, Item 19: Evidence of moisture - remedy to suggestion in inspection report, Cory Rensmon at Advanced Restoration to complete work.

Page 17, Section 5, Item 20: Mold Build-up - All mold to be remediated and pass a clearance test. Cory Rensmon at Advanced Restoration to complete work.

Page 21, Section 7, Item 15: Stairs - Railing in guest house to be installed with esthetically pleasing and up to code new railing.

Page 23, Section 8, Item 7: Valley flashing - Noted wiring to be installed in conduit and capped in specified areas by licensed electrician.

Page 25, Section 9, Item 5: Insulation - Appropriate insulation to be blown in by Cory Rensmon at Advanced Restoration to complete work.

Page 32, Section 14, Item 10: Evidence of leakage - noted leaking waste pipe to be remedied.

If Seller and Buyer agree to the remedies specified above, this document shall constitute an amendment to the Buy-Sell Agreement referred to above and shall be an integral part of this transaction. Seller shall complete all agreed upon resolution(s) to the condition(s) and problem(s) identified above by 5:00 ~~p.m.~~ (Mountain Time) on 11/05/2021 (Date).

Matt Dusek / 10/15/21 — Rachel Dusek / 10/15/21

| | | | |
|---|---|---|---|
| (Buyer's Signature) | Date | (Buyer's Signature) | Date |
| Matt Dusek | | Rachel Dusek | |

Seller agrees to the terms and conditions as stated herein above.

[signature] / 10/17/21 — [signature] / 10/17/21

| | | | |
|---|---|---|---|
| (Seller's Signature) | Date | (Seller's Signature) | Date |
| Goodwin | | Slattengren | |

☐ Modified per Inspection Notice (Seller's Response) ____ / ____ / ____
Seller's Initials Date

☐ Rejected by Seller ____ / ____ / ____
Seller's Initials Date

☐ **Buyer elects to terminate the Buy-Sell Agreement referred to above. All earnest money shall be returned to the Buyer and the Buy-Sell Agreement is terminated.**

| | | | |
|---|---|---|---|
| ____________ (Buyer's Signature) | / ________ Date | ____________ (Buyer's Signature) | / ________ Date |

**NOTE:** Unless otherwise expressly stated the term "Days" means calendar days and not business days. Business days are defined as all days as except Sundays and holidays. Any performance which is required to be completed on a Saturday, Sunday or holiday can be performed on the next business day.

EXHIBIT 1
Scott Darkenwald
Thu, May 26, 2022
Reported by:
Mary Sullivan, RMR, CRR

© 2018 Montana Association of REALTORS®


This form presented by Tracy Rossi | Glacier Sotheby's Int'l Realty | (406) 763-6808 | trossi@glaciersir.com
GSIR SDT 001
InstanetFORMS

Authentisign ID: A12A6E7E-5B25-EC11-981F-501AC544F02B

# BUYER BROKER AGREEMENT – Short Form

Date: 10/04/2021

The Buyer(s), identified below, authorize Scott Darkenwald and Tracy Rossi (hereafter the "Broker/Salesperson") of Glacier Sotheby's Int'l Realty (company) to act as their Broker/Salesperson to locate real estate of the type and on the terms and conditions described below. Buyer(s) shall not be obligated to directly compensate the undersigned Broker/Salesperson for their efforts on behalf of the Buyer(s). Buyer(s) consent to the Broker/Salesperson receipt of compensation from a cooperating Broker or Seller. In this regard, the Broker/Salesperson is only retained to locate properties on which an offer of compensation to them from a cooperating Broker or Seller exists.

The Civil Rights and Fair Housing Laws of the United States and Montana prohibit housing discrimination on the basis of race, religion, sex, national origin, color, handicap, familial status, marital status, age and creed.

Buyer(s) acknowledges that a seller is not obligated to treat the existence, terms or conditions of an offer which may be presented by Buyer(s) as confidential.

This Agreement is ☐ non-exclusive, Buyer(s) is free to work with other Brokers and/or Salespersons in locating real estate, and it may be terminated at will of either party, without cause.

**OR**

This Agreement is ☒ exclusive, Buyer(s) will work only with Broker/Salesperson, and this Agreement shall terminate on 11/04/2021.

Buyer(s) hereby affirms that Buyer(s) is not a party to a current, valid exclusive agreement to provide the same type of real estate services as set forth in this Agreement.

Buyer(s) is aware that Broker has not and will not conduct an expert inspection or analysis of any property or its condition and makes no representations to Buyer(s) as to the condition of any property that Buyer(s) may be interested in purchasing or leasing. Moreover, Buyer(s) understands and acknowledges that Broker does not and cannot assure that any house and/or buildings will be satisfactory to Buyer(s) in all respects, that all equipment will operate properly or that any property and/or improvements thereon that Buyer(s) is considering purchasing or leasing comply with the current building and zoning codes.

Buyer(s) understands that Broker IS NOT a building inspector, building contractor, structural engineer, electrician, plumber, sanitarian, septic or cesspool expert, well driller or well expert, land surveyor, civil engineer, flood plain or water drainage expert, roofing contractor or roofing expert, accountant, attorney, title examiner or expert in identifying hazardous waste and/or toxic materials. Buyer(s) understands that it is Buyer(s)' responsibility to be informed and to be certain that any property is satisfactory to Buyer(s) in every respect. Buyer(s) is strongly encouraged to obtain professional inspections of any property that Buyer(s) may be interested in purchasing or leasing to provide Buyer(s) an in-depth, unbiased evaluation of any such property.

The type of real property and the terms and conditions are generally set out as follows:

Size: ______

Location: 348 Grist Road, West Glacier, MT

Price: ______

Other Terms and/or Conditions: ______

Special Requirements:

MD / RD
Buyer's Initials



This form presented by Tracy Rossi | Glacier Sotheby's Int'l Realty | (406) 763-6808 | trossi@glaciersir.com

GSIR SDT 1283 TRANSACTIONS TransactionDesk Edition

**WIRE FRAUD ALERT:** Criminals are hacking email accounts of title companies, real estate agents, settlement attorneys and others, resulting in fraudulent wire instructions being used to divert funds to the account of the criminal. The emails may look legitimate but they are not. Buyer(s) and Seller(s) are advised **NOT** to wire any funds without personally speaking with the intended recipient of the wire to confirm the routing number and the account number. Buyer(s) and Seller(s) should **NOT** send personal information such as social security numbers, bank account numbers and credit card numbers through email.

The parties hereto, all agree that the transaction contemplated by this document may be conducted by electronic means in accordance with the Montana Uniform Electronic Transaction Act.

| | | | |
|---|---|---|---|
| *Matt Dusek* | 10/04/21 | *Scott Darkenwald* *Tracy Rossi* | 10/04/21 |
| Buyer's Signature<br>Matt Dusek | Date | Broker's/Salesperson's Signature<br>Scott Darkenwald and Tracy Rossi | Date |
| *Rachel Dusek* | 10/04/21 | | |
| Buyer's Signature<br>Rachel Dusek | Date | Broker's/Salesperson's Signature | Date |

**NOTE:** Unless otherwise expressly stated the term "Days" means calendar days and not business days. Business days are defined as all days except Sundays and holidays. Any performance which is required to be completed on a Saturday, Sunday or holiday can be performed on the next business day.

© 2021 MONTANA ASSOCIATION OF REALTORS®

Authentisign ID: A12A6E7E-5B25-EC11-981F-501AC544F02B

# RELATIONSHIPS/CONSENTS IN REAL ESTATE TRANSACTIONS
## (Combined Explanation and Disclosure)

**THIS IS A RELATIONSHIP DISCLOSURE REQUIRED BY MONTANA LAW.**
**NEITHER THE EXECUTION OF THIS DOCUMENT NOR ANYTHING CONTAINED IN THIS DOCUMENT SHALL BE CONSTRUED AS CREATING A BINDING CONTRACT OR OTHER AGREEMENT BETWEEN THE PARTIES.**

Date: 10/04/2021

### Definition of Terms and Description of Duties

A **"Seller Agent"** is obligated to the **Seller** to:

- act solely in the best interests of the seller, except that a seller agent, after written disclosure to the seller and with the seller's written consent, may represent multiple sellers of property or list properties for sale that may compete with the seller's property without breaching any obligation to the seller;
- obey promptly and efficiently all lawful instructions of the seller;
- disclose all relevant and material information that concerns the real estate transaction and that is known to the seller agent and not known or discoverable by the seller unless the information is subject to confidentiality arising from a prior or existing agency relationship on the part of the seller agent with a buyer or another seller;
- safeguard the seller's confidences;
- exercise reasonable care, skill, and diligence in pursuing the seller's objectives and in complying with the terms established in the listing agreement;
- fully account to the seller for any funds or property of the seller that comes into the seller agent's possession; and
- comply with all applicable federal and state laws, rules, and regulations.

A **"Seller Agent"** is obligated to the **Buyer** to:

- disclose to a buyer or the buyer agent any adverse material facts that concern the property and that are known to the seller agent, except that the seller agent is not required to inspect the property or verify any statements made by the seller;
- disclose to a buyer or the buyer agent when the seller agent has no personal knowledge of the veracity of information regarding adverse material facts that concern the property;
- act in good faith with a buyer and a buyer agent; and
- comply with all applicable federal and state laws, rules, and regulations.

A **"Buyer Agent"** is obligated to the **Buyer** to:

- act solely in the best interests of the buyer, except that a buyer agent, after written disclosure to the buyer and with the buyer's written consent, may represent multiple buyers interested in buying the same property or properties similar to the property in which the buyer is interested or show properties in which the buyer is interested to other prospective buyers without breaching any obligation to the buyer;
- obey promptly and efficiently all lawful instructions of the buyer;
- disclose all relevant and material information that concerns the real estate transaction and that is known to the buyer agent and not known or discoverable by the buyer, unless the information is subject to confidentiality arising from a prior existing agency relationship on the part of the buyer agent with another buyer or a seller;
- safeguard the buyer's confidences;
- exercise reasonable care, skill, and diligence in pursuing the buyer's objectives and in complying with the terms established in the buyer broker agreement;
- fully account to the buyer for any funds or property of the buyer that comes into the buyer agent's possession; and
- comply with all applicable federal and state laws, rules and regulations.

A **"Buyer Agent"** is obligated to the **Seller** to:

- disclose any adverse material facts that are known to the buyer agent and that concern the ability of the buyer to perform on any purchase offer;
- disclose to the seller or the seller agent when the buyer agent has no personal knowledge of the veracity of information regarding adverse material facts that concern the ability of the buyer to perform on any purchase offer;
- act in good faith with a seller and a seller agent; and
- comply with all applicable federal and state laws, rules and regulations.



Initial(s) MD RD

This form presented by Tracy Rossi | Glacier Sotheby's Int'l Realty | (406) 763-6808 | trossi@glaciersir.com
GSIR SDT 1294

**DUAL AGENCY** IF A SELLER AGENT IS ALSO REPRESENTING A BUYER OR A BUYER AGENT IS ALSO REPRESENTING A SELLER WITH REGARD TO A PROPERTY, THEN A DUAL AGENCY RELATIONSHIP MAY BE ESTABLISHED. IN A DUAL AGENCY RELATIONSHIP, THE DUAL AGENT IS EQUALLY OBLIGATED TO BOTH THE SELLER AND THE BUYER. THESE OBLIGATIONS MAY PROHIBIT THE DUAL AGENT FROM ADVOCATING EXCLUSIVELY ON BEHALF OF THE SELLER OR BUYER AND MAY LIMIT THE DEPTH AND DEGREE OF REPRESENTATION THAT YOU RECEIVE. A BROKER OR A SALESPERSON MAY NOT ACT AS A DUAL AGENT WITHOUT THE SIGNED, WRITTEN CONSENT OF BOTH THE SELLER AND THE BUYER.

A **"Dual Agent"** is obligated to a seller in the same manner as a seller agent and is obligated to a buyer in the same manner as a buyer agent, except that a dual agent:

- has a duty to disclose to a buyer or seller any adverse material facts that are known to the dual agent, regardless of any confidentiality considerations; and
- may not disclose the following information without the written consent of the person to whom the information is confidential;
  - (i) the fact that the buyer is willing to pay more than the offered purchase price;
  - (ii) the fact that the seller is willing to accept less than the purchase price that the seller is asking for the property;
  - (iii) factors motivating either party to buy or sell; and
  - (iv) any information that a party indicates in writing to the dual agent is to be kept confidential.

A **"Statutory Broker"** is not the agent of the buyer or seller but nevertheless is obligated to them to:

- disclose to:
  - (i) a buyer or a buyer agent any adverse material facts that concern the property and that are known to the statutory broker, except that the statutory broker is not required to inspect the property or verify any statements made by the seller; and
  - (ii) a seller or a seller agent any adverse material facts that are known to the statutory broker and that concern the ability of the buyer to perform on any purchase offer;
- exercise reasonable care, skill, and diligence in putting together a real estate transaction, and
- comply with all applicable federal and state laws, rules and regulations.

An **"Adverse material fact"** means a fact that should be recognized by a broker or salesperson as being of enough significance as to affect a person's decision to enter into a contract to buy or sell real property and may be a fact that:

- (i) materially affects the value, affects structural integrity, or presents a documented health risk to occupants of the property; or
- (ii) materially affects the buyer's ability or intent to perform the buyer's obligations under a proposed or existing contract.

"Adverse material fact" does not include the fact that an occupant of the property has or has had a communicable disease or that the property was the site of a suicide or felony.

**Disclosures/Consents**

The undersigned Broker/Salesperson hereby discloses the relationship(s) as checked below, and the undersigned Seller or Buyer acknowledges receipt of such disclosure(s) and consents to the relationship(s) disclosed.

Check Applicable Relationship(s): ☐ **Seller Agent** ☐ **Buyer Agent** ☒ **Dual Agent** ☐ **Statutory Broker**

Seller: ☐ Consents to Broker/Salesperson representing multiple sellers of property that may compete with the Seller's property

☐ Consents to Broker/Salesperson potentially acting as a dual agent.

Buyer: ☐ Consents to Broker/Salesperson representing multiple buyers interested in the same or similar properties in which Buyer is interested and showing properties in which Buyer is interested to other prospective buyers.

☒ Does NOT consent to Broker/Salesperson submitting offers which may compete with Buyer's offer on the SAME property.

☒ Consents to Broker/Salesperson potentially acting as a dual agent

Matt Dusek / 10/04/21 — Scott Darkenwald — Tracy Rossi — 10/04/21

☐ Seller ☒ Buyer — Date — Broker/Salesperson — Date

Matt Dusek — Scott Darkenwald and Tracy Rossi

Rachel Dusek / 10/04/21

☐ Seller ☒ Buyer — Date

Rachel Dusek

© 2021 Montana Association of REALTORS®



This form presented by Tracy Rossi | Glacier Sotheby's Int'l Realty | (406) 763-6808 | trossi@glaciersir.com