UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC ET AL, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> vs. <br><br> MATT DUSEK ET AL, <br><br> Defendants/Counterclaimants. | Case No. CV-22-019-M-KLD <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Glacier Bear's Motion for Summary Judgment is GRANTED and the Duseks' Cross-Motion for Summary Judgment is DENIED.

    Dated this 17th day of January, 2023.

                                            TYLER P. GILMAN, CLERK

                                            By: <u>/s/ Annie Puhrmann</u>
                                            Annie Puhrmann, Deputy Clerk