Fred Simpson, Esq.
Hall & Evans, LLC
Millennium Building, Ste. 403
125 Bank Street
Missoula, MT 59801
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
Email: simpsonf@hallevans.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN, | ) | Cause No. CV 22-19-M-KLD |
| Plaintiffs/Counterclaim Defendants, | ) | **PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES** |
| vs. | ) | |
| MATT DUSEK AND RACHEL DUSEK, | ) | |
| Defendants/Counterclaimants. | ) | |

Plaintiffs Glacier Bear Retreat, LLC, Gail L. Goodwin and Darryl C. Slattengren move this Court for an order awarding their attorney's fees, presently in the amount of $93,467.50, plus any additional amount incurred in proving the amount of Plaintiffs' attorney's fees. Defendants' counsel has been contacted but was not able to state his position on Plaintiffs' motion. This motion is supported

by an accompanying brief and the declarations of Fred Simpson and Sean Frampton.

Dated this 31st day of January, 2023.

Hall & Evans, LLC

By ___/s/Fred Simpson________
Fred Simpson