Fred Simpson, Esq.
Hall & Evans, LLC
Millennium Building, Ste. 403
125 Bank Street
Missoula, MT 59801
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
Email: simpsonf@hallevans.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN, | ) | Cause No. CV 22-19-M-KLD |
| Plaintiffs/Counterclaim Defendants, | ) | **PLAINTIFFS' BRIEF IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY'S FEES** |
| vs. | ) | |
| MATT DUSEK AND RACHEL DUSEK, | ) | |
| Defendants/Counterclaimants. | ) | |

Plaintiffs Glacier Bear Retreat, LLC, Gail L. Goodwin and Darryl C. Slattengren (collectively, "Glacier Bear") file this brief in support of their Motion for Award of Attorney's Fees.

Pursuant to Rule 54(d)(2), a motion for attorney's fees must be filed within 14 days of the entry of judgment; must "specify the judgment and the statute, rule,

or other grounds entitling the movant to the award; state the amount sought or provide a fair estimate of it; and disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made." F.R.Civ.P. 54(d)(2)(B).

Judgment was entered in this case on January 17, 2023, so this motion is timely as it is filed within 14 days of the date judgment was entered. (Doc. 48).

The basis entitling Glacier Bear to recover its attorney's fees is this Court's Order granting Glacier Bear's motion for summary judgment, which held that "as the prevailing party in this action, Glacier Bear is entitled to recover its reasonable attorney's fees under the BSA." (Doc. 47 at 29).

Glacier Bear claims attorney's fees to date in the amount of $93,467.50. See Declaration of Fred Simpson, ¶ 8 (January 31, 2023); Declaration of Sean Frampton, ¶ 7 (January 31, 2023). Glacier Bear is also entitled to the amount of fees incurred in establishing its attorney's fees, if Duseks contest this motion.

Although this Court has not so ordered, Glacier Bear discloses its agreement for attorney fees as described in the Declarations of its counsel, Fred Simpson and Sean Frampton.

Finally, Glacier Bear is entitled to recover the entirety of its attorney's fees incurred in this case, including those incurred in prosecuting its affirmative claims and defending against Duseks' counterclaim, because all claims related to which

party breached the BSA and the appropriate relief arising out of the breach. As all such claims were decided in Glacier Bear's favor, Glacier Bear is entitled to recover the entirety of its attorney's fees incurred in this case.

For the foregoing reasons, Glacier Bear respectfully requests this Court to grant its motion for award of attorney's fees.

Dated this 31st day of January, 2023.

Hall & Evans, LLC

By /s/Fred Simpson
Fred Simpson

## CERTIFICATE OF COMPLIANCE

I hereby certify that Plaintiffs' Brief In Support Of Motion For Award Of Attorney's Fees is in compliance with Local Rule 7.1(d)(2). The text is proportionately spaced Times New Roman text typeface of 14 points; is double-spaced; and word count calculated by Microsoft Word is 353 words, excluding the caption and Certificate of Compliance.

DATED this 31st day of January, 2023.

Hall & Evans, LLC

By /s/Fred Simpson
Fred Simpson

Fred Simpson, Esq.
Hall & Evans, LLC
Millennium Building, Ste. 403
125 Bank Street
Missoula, MT 59801
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
Email: simpsonf@hallevans.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Cause No. CV 22-19-M-KLD<br><br>**DECLARATION OF SEAN S. FRAMPTON** |

I, Sean S. Frampton, state as follows:

1. I am over the age of 18 and competent to testify. This declaration is based upon my personal knowledge unless otherwise stated.

2. I was counsel of record for Plaintiffs in this matter from November 1, 2021 to on or about January 25, 2022, after which I continued to assist on the

matter as requested.

3. I have been practicing law since 1996. My practice is focused on civil litigation, including real estate and contract cases. I have tried numerous cases to verdict, primarily in the Montana Eleventh Judicial District, Flathead County.

4. I am familiar with the prevailing billing rates charged in Montana for attorneys with experience and knowledge comparable to the attorneys who performed the legal services in this matter.

5. I charged for worked in this matter on an hourly basis, multiplying the number of hours or fractions thereof actually worked by a reasonable hourly rate. Such rates are consistent with the prevailing hourly rates in this jurisdiction.

6. My hourly rate in this matter was $275. My partner Ryan Purdy's hourly rate was $325. My associate Sean Christensen's hourly rate was $180. My paralegal Kelly Kracker's hourly rate was $95. My paralegal Tim Hudok's hourly rate was $125.

7. The attorneys' fees charged to Plaintiffs by myself and others at Frampton Purdy Law Firm total $4,875.50 as detailed in Exhibit A.

8. The billing entries in Exhibit A have been redacted to remove attorney-client privileged communications, work product, or otherwise confidential information.

9. Based on the foregoing, as well as the contested nature of this dispute, the issues involved, the amounts at stake, and the results obtained, I believe that the amounts and rates incurred by Plaintiffs related to this matter are reasonable in relation to the work expended and the result achieved, and are in line with those in the community for similar services of lawyers of reasonably comparable skill, experience, and reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January, 2023.



Sean S. Frampton

# Exhibit A

# Frampton Purdy Law Firm

530 West 19th Street #301
Whitefish, MT 59937
Phone: 406.862.9600
EIN: 54-2080145

Invoice # 16701
Date: 12/03/2021
Due On: 12/23/2021

Gail Goodwin
3868 Gelande Street, Unit 7
Whitefish, MT 59937-9002

**GOODWINGail.Dusek**
**Dusek**

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/01/2021 | SSF | review Gail's email re Grist road□follow up call with Gail.□review Buy Sell□ review notices of termination□start draft of letter to Scott Darkenwald□ email to Gail□telephone conference with attorney for GSIR (.6) | 2.40 | $275.00 | $660.00 |
| 11/01/2021 | □□ | Format, review and finali□e letter letter of representation and letter to Glacier Sotheby's | 0.50 | $95.00 | $47.50 |
| 11/03/2021 | □□ | Review, search for, and respond to client's email re□uest | 0.20 | $95.00 | $19.00 |
| 11/05/2021 | SSF | review e□hibits and provide analysis to client (2.0)□review letter from Buyer's attorney and respond (.2) | 2.40 | $275.00 | $660.00 |
| 11/08/2021 | SSF | email correspondence with opposing counsel re closing. | 0.20 | $275.00 | $55.00 |
| 11/11/2021 | SSF | telephone conference with Gail. | 0.40 | $275.00 | $110.00 |
| 11/14/2021 | SSF | draft letter to Shane Coleman | 0.60 | $275.00 | $165.00 |
| 11/15/2021 | SSF | review Gail's email and send letter to Shane. | 0.20 | $275.00 | $55.00 |
| 11/15/2021 | □□ | Format, review and finali□e letter to Mr. Coleman□email | 0.50 | $95.00 | $47.50 |
| 11/18/2021 | SSF | email correspondence □amie Bowditch | 0.20 | $275.00 | $55.00 |
| 11/19/2021 | SSF | telephone conference with Gail. | 0.20 | $275.00 | $55.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Sean Frampton | Attorney | 6.6 | $275.00 | $1,815.00 |
| □elly □racker | Non-Attorney | 1.2 | $95.00 | $114.00 |
| | | | **Total** | **$1,929.00** |
| | | | **Payment (12/14/2021)** | **-$1,929.00** |

| | |
|---|---|
| **Balance Owing** | **$0.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $1,929.00 | ) - ( | $0.00 | + | $1,929.00 | ) = | **$0.00** |

Please reference this invoice number and make checks payable to: Frampton Purdy Law Firm. Clients paying by credit or debit card will be assessed a 2% surcharge.

Please pay within 20 days. 15.0% simple annual interest will be charged every 30 days.

# Frampton Purdy Law Firm

530 West 19th Street #301
Whitefish, MT 59937
Phone: 406.862.9600
EIN: 54-2080145

Invoice # 17180
Date: 01/08/2022
Due On: 01/28/2022

Gail Goodwin
3868 Gelande Street, Unit 7
Whitefish, MT 59937-9002

**GOODWINGail.Dusek**
**Dusek**

### Services

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12/03/2021 | SSF | telephone conference with Gail | 0.30 | $275.00 | $82.50 |
| 12/07/2021 | SSF | review letter from Shane Coleman□send to Gail with draft response and □uestions. | 0.50 | $275.00 | $137.50 |
| 12/08/2021 | Para | Review of file for preparation of draft complaint. | 0.30 | $125.00 | $37.50 |
| 12/09/2021 | SSF | telephone conference with Gail□notes for response. | 0.30 | $275.00 | $82.50 |
| 12/09/2021 | Para | Preparation of draft complaint. | 0.90 | $125.00 | $112.50 |
| 12/10/2021 | SSF | draft response to Shane Coleman's letter (.4)□revise complaint for specific performance (.6) | 1.00 | $275.00 | $275.00 |
| 12/15/2021 | SSF | review Gail's emails□make changes to complaint□read Shane Coleman's email and send to Gail. | 0.20 | $275.00 | $55.00 |
| 12/16/2021 | □□ | Phone call with Ms. Goodwin□review email□Format, review and finali□e complaint□prepare summons□open new file with court and efile | 0.60 | $95.00 | $57.00 |
| 12/20/2021 | □□ | Prepare acknowledgment and waiver of service of summons and complaint | 0.20 | $95.00 | $19.00 |
| 12/20/2021 | SSF | call with Gail last Thursday about filing complaint□emails about service today. | 0.20 | $275.00 | $55.00 |
| 12/22/2021 | SSF | draft amended complaint□motion to strike, and proposed order. send to Shane for approval. | 0.50 | $275.00 | $137.50 |
| 12/22/2021 | □□ | Format, review and finali□e motion to seal complaint and proposed order□ Format, review and finali□e amended complaint and amended summons□ efile | 0.50 | $95.00 | $47.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/23/2021 | □□ | Email amended complaint and summons to Shane | 0.20 | $95.00 | $19.00 |
| 12/23/2021 | SSF | email correspondence with Gail re when service was accomplished and whether to continue listing it. | 0.30 | $275.00 | $82.50 |

### Expenses

| Date | Type | Notes | Total |
|---|---|---|---|
| 12/16/2021 | E□pense | Court filing fee for complaint | $126.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Sean Frampton | Attorney | 3.3 | $275.00 | $907.50 |
| Tim □udok | Non-Attorney | 1.2 | $125.00 | $150.00 |
| □elly □racker | Non-Attorney | 1.5 | $95.00 | $142.50 |
| | | | **Total** | **$1,326.00** |
| | | | **Payment (01/19/2022)** | **-$1,326.00** |
| | | | **Balance Owing** | **$0.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $1,326.00 | ) - ( | $0.00 | + | $1,326.00 | ) = | **$0.00** |

Please reference this invoice number and make checks payable to: Frampton Purdy Law Firm. Clients paying by credit or debit card will be assessed a 2% surcharge.

Please pay within 20 days. 15.0% simple annual interest will be charged every 30 days.

# Frampton Purdy Law Firm

530 West 19th Street #301
Whitefish, MT 59937
Phone: 406.862.9600
EIN: 54-2080145

Invoice # 17700
Date: 02/03/2022
Due On: 02/23/2022

Gail Goodwin
3868 Gelande Street, Unit 7
Whitefish, MT 59937-9002

**GOODWINGail.Dusek**
**Dusek**

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/03/2022 | SSF | email correspondence with Shane and Gail re accepting service. | 0.20 | $275.00 | $55.00 |
| 01/03/2022 | □□ | Combine and prepare acknowledgment and waiver of service with summons for filing□efile with Court | 0.20 | $95.00 | $19.00 |
| 01/20/2022 | SSF | telephone conference with Gail. | 0.30 | $275.00 | $82.50 |
| 01/20/2022 | Para | Review of authorities regarding federal □urisdiction in diversity cases. | 0.80 | $125.00 | $100.00 |
| 01/22/2022 | SSF | research whether [redacted] | 0.30 | $275.00 | $82.50 |
| 01/24/2022 | □□ | Response email to Ms. Goodwin□email to Fred Simpson with documents for his review prior to phone conf tomorrow | 0.50 | $95.00 | $47.50 |
| 01/25/2022 | SSF | telephone conference with Gail and Fred Simpson | 1.30 | $275.00 | $357.50 |
| 01/25/2022 | □□ | Emails with Fred Simpson providing multiple documents for his review prior to phone meeting | 0.20 | $95.00 | $19.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Sean Frampton | Attorney | 2.1 | $275.00 | $577.50 |
| Tim □udok | Non-Attorney | 0.8 | $125.00 | $100.00 |
| □elly □racker | Non-Attorney | 0.9 | $95.00 | $85.50 |
| | | | **Total** | **$763.00** |
| | | | **Payment (02/09/2022)** | **-$763.00** |
| | | | **Balance Owing** | **$0.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $763.00 | ) - ( | $0.00 | + | $763.00 | ) = | **$0.00** |

Please reference this invoice number and make checks payable to: Frampton Purdy Law Firm.  Clients paying by credit or debit card will be assessed a 2% surcharge.

Please pay within 20 days. 15.0% simple annual interest will be charged every 30 days.

# Frampton Purdy Law Firm

530 West 19th Street #301
Whitefish, MT 59937
Phone: 406.862.9600
EIN: 54-2080145

Invoice # 19257
Date: 05/09/2022
Due On: 05/29/2022

Gail Goodwin
3868 Gelande Street, Unit 7
Whitefish, MT 59937-9002

**GOODWINGail.Dusek**
**Dusek**

| Date | Timekeeper | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/04/2022 | SC | Meeting with Gail regarding the glacier property. No charge. | 1.20 | $0.00 | $0.00 |
| 04/05/2022 | SSF | telephone conference with Gail, Fred, Ryan, and Sean C. re re-listing property | 0.80 | $275.00 | $220.00 |
| 04/06/2022 | SC | Draft realtor release agreement. | 0.60 | $180.00 | $108.00 |
| 04/07/2022 | SC | Review listing agreements Gail had with Sotheby's. Draft a listing termination agreement for the glacier property. | 3.10 | $180.00 | $558.00 |
| 04/25/2022 | RP | Review Agreement regarding dismissal of case and revisions from Dusek. | 0.30 | $325.00 | $97.50 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Sean Christensen | Attorney | 3.7 | $180.00 | $666.00 |
| Sean Christensen | Attorney | 1.2 | $0.00 | $0.00 |
| Sean Frampton | Attorney | 0.8 | $275.00 | $220.00 |
| Ryan Purdy | Attorney | 0.3 | $325.00 | $97.50 |
| | | | **Total** | **$983.50** |
| | | | **Payment (05/11/2022)** | **-$983.50** |
| | | | **Balance Owing** | **$0.00** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Amount in Trust | | Payments Received | | **Total Amount Outstanding** |
|---|---|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $983.50 | ) - ( | $0.00 | + | $983.50 | ) = | **$0.00** |

Please reference this invoice number and make checks payable to: Frampton Purdy Law Firm. Clients paying by credit or debit card will be assessed a 2% surcharge.

Please pay within 20 days. 15.0% simple annual interest will be charged every 30 days.

Fred Simpson, Esq.
Hall & Evans, LLC
Millennium Building, Ste. 403
125 Bank Street
Missoula, MT 59801
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
Email: simpsonf@hallevans.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Cause No. CV 22-19-M-KLD<br><br>**DECLARATION OF FRED SIMPSON** |

I, Fred Simpson, state as follows:

1. I am over the age of 18 and competent to testify. This declaration is based upon my person knowledge unless otherwise stated.

2. I am counsel of record for Plaintiffs in this matter.

3. I first started working on this case on or about January 25, 2022. At that time, I was associated with Jenks & Simpson, P.C. On August 19, 2022, I notified the parties and the Court that I am now associated with Hall & Evans, LLC.

4. I have been practicing law since September 1995. My practice is focused on civil litigation. A substantial portion of my practice is devoted to litigation involving real estate and contract matters. I have tried numerous bench and jury trials to conclusion in both state and federal district court, and have argued appeals in both the United States Court of Appeals for the Ninth Circuit and the Montana Supreme Court.

5. I am familiar with the prevailing billing rates charged in Montana for attorneys with experience and knowledge comparable to the attorneys who performed the legal services in this matter.

6. I charged for worked in this matter on an hourly basis, multiplying the number of hours or fractions thereof actually worked by a reasonable hourly rate. Such rates are consistent with the prevailing hourly rates in this jurisdiction.

7. My hourly rate in this matter from January 1, 2022 through July 31, 2022, while I was with Jenks & Simpson, P.C., was $300. My partner Jack Jenks' rate was $201. My paralegal Mahkia Clark's rate was $100. When I moved to Hall & Evans, LLC, an error in the file system occurred and from August 1, 2022

through November 30, 2022, my rate was set at $275. Beginning on December 1, 2022, my rate was corrected to $300. My associate Lauren LaRance's hourly rate is $250. Also due to the error, my paralegal Samantha Schrock's hourly rate from August 1, 2022 through November 30, 2022 was $115. On December 1, 2022, Ms. Schrock's rate was corrected to $100.

8. The attorneys' fees charged to Plaintiffs by myself and others at Jenks & Simpson and Hall & Evans, LLC, total $88,592.00 as detailed in Exhibit A.

9. The billing entries in Exhibit A have been redacted to remove attorney-client privileged communications, work product, or otherwise confidential information.

10. Based on the foregoing, as well as the contested nature of this dispute, the issues involved, the amounts at stake, and the results obtained, I believe that the amounts and rates incurred by Plaintiffs related to this matter are reasonable in relation to the work expended and the result achieved, and are in line with those in the community for similar services of lawyers of reasonably comparable skill, experience, and reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January, 2023.

Fred Simpson

# Exhibit A

J&S Jenks & Simpson, P.C.

# IN□OI□□

Invoice # 2916
Date: 02/01/2022
Due On: 03/03/2022


## □enks □ Simpson□P.□.

1821 South Avenue West□Suite 204
Missoula, MT 59801
Phone: (406) 549-2322


Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

## 2022-01-0153□

## Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 01/25/2022 | FS | Review pertinent documents from failed real estate transaction. Conference with Gail, Darryl and Sean Frampton re: facts of case and legal remedies for breach of buy-sell agreement. | 2.30 | $300.00 | $690.00 |
| Service | 01/26/2022 | FS | Confer with Gail and Darryl re: proposal to contact Duseks' attorney to discuss why they backed out of deal, and filing amended complaint. Draft notice of substitution of counsel. Confer with Sean Frampton re: amending complaint. Confer with □aymie Bowditch re: buy-sell agreement interpretation. | 1.50 | $300.00 | $450.00 |
| E□pense | 01/27/2022 | MC | Reimbursable e□penses: Postage to mail form to consent to magistrate □udge to Clerk of Court-Missoula Division | 1.00 | $0.53 | $0.53 |
| Service | 01/27/2022 | FS | Review answer and counterclaim. Confer with Gail re: case status. Confer with □aymie Bowditch re: answer and counterclaim. Confer with Duseks' attorney Shane Coleman re: introduction and facts of case. | 1.10 | $300.00 | $330.00 |
| Service | 01/28/2022 | FS | Two calls with □aymie Bowditch re: getting an affidavit or deposing Scott Darkenwald. Review and respond to Gail's email with multiple □uestions about the case. Review | 2.60 | $300.00 | $780.00 |

| | | |
|---|---|---|
| | the file from Frampton Purdy, including mold inspection report and other documents. Call with Gail re: strategy for moving forward. | |

| | |
|---|---|
| **Total** | **$2□250.53** |

## Detailed Statement of Account

### □urrent In□oice

| In□oice Num□er | Due On | Amount Due | Payments Recei□ed | Balance Due |
|---|---|---|---|---|
| 2916 | 03/03/2022 | $2,250.53 | $0.00 | $2,250.53 |
| | | | **Outstanding Balance** | **$2□250.53** |
| | | | **Total Amount Outstanding** | **$2□250.53** |

Please make all amounts payable to: □enks □ Simpson, P.C.

Please pay within 30 days.

# IN□OI□□

Invoice # 2935
Date: 03/01/2022
Due On: 03/31/2022


## □enks □ Simpson□P.□.

1821 South Avenue West□Suite 204
Missoula, MT 59801
Phone: (406) 549-2322


Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

### 2022-01-0153□

## Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 02/01/2022 | FS | Draft Initial Disclosures. Draft Second Amended Complaint and Answer to Counterclaim. Draft email update to Gail. | 2.30 | $300.00 | $690.00 |
| Service | 02/02/2022 | MC | Initial draft of Plaintiffs' First Combined Discovery Re□uests to Defendants | 0.50 | $100.00 | $50.00 |
| Service | 02/02/2022 | FS | Review email from Gail with comments/ revisions to Second Amended Complaint and Answer to Counterclaim. Revise Second Amended Complaint and Answer to Counterclaim. Revise Initial Disclosure. Two calls with Gail to discuss [redacted] | 2.50 | $300.00 | $750.00 |
| Service | 02/03/2022 | FS | Compose email to Gail with analysis of her right to [redacted] Research [redacted] | 1.40 | $300.00 | $420.00 |
| Service | 02/08/2022 | FS | Draft □oint discovery plan. Draft statement of stipulated facts. Call with Gail re: status update and statement of stipulated facts. Email to Shane Coleman re: re□uest for input on □oint discovery plan and statement of stipulated facts. | 3.70 | $300.00 | $1,110.00 |
| Service | 02/09/2022 | FS | Call with □aymie Bowditch re: [redacted] Send | 0.30 | $300.00 | $90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | follow up email request to Jaymie Bowditch, and short email update to Gail. | | | |
| Service | 02/11/2022 | FS | Make final revisions to Second Amended Complaint and Answer to Counterclaim. | 0.80 | $300.00 | $240.00 |
| Service | 02/18/2022 | FS | Confer with Duseks' attorney Shane Coleman re: joint discovery conference. | 0.40 | $300.00 | $120.00 |
| Service | 02/22/2022 | FS | Call with Gail re: case update. | 0.20 | $300.00 | $60.00 |
| Service | 02/23/2022 | FS | Review revised draft joint discovery plan and statement of stipulated facts from Shane Coleman. Exchange emails with Shane Coleman re: his revisions to both documents. | 0.70 | $300.00 | $210.00 |
| Expense | 02/25/2022 | MC | Reimbursable expenses: Postage to mail Plaintiffs' Initial Disclosures to opposing counsel | 1.00 | $1.56 | $1.56 |
| Service | 02/25/2022 | FS | Draft preliminary pretrial statement. Exchange emails with opposing counsel re: statement of stipulated facts. | 3.10 | $300.00 | $930.00 |
| Service | 02/28/2022 | FS | Call with Shane Coleman re: proposal for dealing with confidential portions of buy-sell agreement. Draft answer to amended counterclaim. Email to Gail re: answer to amended counterclaim. Revise preliminary pretrial statement. | 1.20 | $300.00 | $360.00 |
| | | | | | **Total** | **$5□031.5□** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2916 | 03/03/2022 | $2,250.53 | $0.00 | $2,250.53 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2935 | 03/31/2022 | $5,031.56 | $0.00 | $5,031.56 |
| | | | **Outstanding Balance** | **$□282.09** |
| | | | **Total Amount Outstanding** | **$□282.09** |

Please make all amounts payable to: □enks □ Simpson, P.C.

Please pay within 30 days.

# IN□OI□□

Invoice # 2965
Date: 04/01/2022
Due On: 05/01/2022


## □enks □ Simpson□P.□.

1821 South Avenue West□Suite 204
Missoula, MT 59801
Phone: (406) 549-2322


Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

### 2022-01-0153□

## Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 03/02/2022 | FS | Revise preliminary pretrial statement. Revise statement of stipulated facts and e□change emails with Shane Coleman re: same. Email Gail with statement of stipulated facts for her review prior to filing. | 0.90 | $300.00 | $270.00 |
| Service | 03/04/2022 | FS | Confer with Gail re: settlement counteroffer and statement of stipulated facts. Email to Shane Coleman with counteroffer. | 0.40 | $300.00 | $120.00 |
| Service | 03/07/2022 | FS | Draft corporate disclosure statement and call with Gail re: [redacted] ar. Finish drafting and revising preliminary pretrial statement. Conference call with court and opposing counsel re: re-setting preliminary pretrial conference. Call with Shane Coleman re: filing statement of stipulated facts. Review Duseks' preliminary pretrial statement and initial disclosures. | 1.30 | $300.00 | $390.00 |
| Service | 03/14/2022 | FS | Draft/revise subpoena and cover letter to □aymie Bowditch for production of Scott Darkenwald's file and re□uesting deposition dates for Scott and Tracy. Email short update to Gail. Draft discovery re□uests to Duseks. Research [redacted] | 3.50 | $300.00 | $1,050.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/15/2022 | MC | Bates-number documents to produce as attachments to discovery re□uests (0.1), revise discovery re□uests to Plaintiff (0.1) | 0.10 | $100.00 | $10.00 |
| Service | 03/15/2022 | FS | Email to Gail re: her attendance at Scott's and Tracy's depositions. Finish drafting/ revising discovery re□uests to Duseks. Two calls with □aymie Bowditch (Scott's attorney) re: producing file in response to subpoena and depositions of Scott and Tracy. Call with Gail re: depositions of Scott and Tracy and [redacted] | 1.40 | $300.00 | $420.00 |
| E□pense | 03/15/2022 | MC | Reimbursable e□penses: Postage to mail Plaintiffs' First Set of Combined Discovery Re□uests to Defendants and associated attachments to opposing counsel | 1.00 | $3.16 | $3.16 |
| Service | 03/16/2022 | FS | Call with Gail re: update on her conversation with Cole Berg□uist. E□change emails with □aymie Bowditch re: deposition of Scott Darkenwald. | 0.30 | $300.00 | $90.00 |
| Service | 03/17/2022 | FS | Analysis of handling communications with realtor for re-listing property. Call with and email to Gail re: same. | 0.50 | $300.00 | $150.00 |
| Service | 03/18/2022 | FS | Prepare for and attend preliminary pretrial conference. Follow up calls with Gail and □aymie Bowditch. Calls with Gail and Cole re: potential listing agreement. | 1.60 | $300.00 | $480.00 |
| Service | 03/21/2022 | MC | Draft Subpoena Duces Tecum to Fidelity National Title Company of Montana, LLC | 0.10 | $100.00 | $10.00 |
| E□pense | 03/21/2022 | MC | Reimbursable e□penses: Postage to mail SDT to Fidelity National Title Company of Montana, LLC to Fidelity via Certified Mail, Return Receipt Re□uested, and copy to opposing counsel | 1.00 | $9.52 | $9.52 |
| Service | 03/21/2022 | FS | Review and respond to email from Gail re: □uestions about re-listing property. | 0.30 | $300.00 | $90.00 |
| Service | 03/22/2022 | FS | □oom call with Gail, Cole and Rebecca to discuss relisting property. | 1.60 | $300.00 | $480.00 |
| Service | 03/24/2022 | FS | Call with Gail re: her decision to list with Scott Stellnauer. | 0.10 | $300.00 | $30.00 |
| Service | 03/28/2022 | MC | Draft Notice of Deposition of Scott Darkenwald | 0.20 | $100.00 | $20.00 |
| E□pense | 03/28/2022 | MC | Reimbursable e□penses: Postage to mail physical copies of Notice of Deposition of Scott Darkenwald to opposing counsel | 1.00 | $0.53 | $0.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | (Shane Coleman) and □aymie Bowditch (counsel for deponent) | | | |
| Service | 03/28/2022 | FS | Confer with Gail re: Scott Darkenwald's deposition and language needed for new listing agreement. E□change emails with Shane Coleman and □aymie Bowditch re: Scott's deposition. Call with Shane re: his client's discovery responses. | 0.60 | $300.00 | $180.00 |
| Service | 03/30/2022 | MC | Draft Subpoena Duces Tecum to D. □uinn Construction, Inc. | 0.20 | $100.00 | $20.00 |
| Service | 03/30/2022 | FS | Begin review of Scott Darkenwald's file. Call with Gail re: information in Scott's file. Call with attorney Brett Clark representing Scott. Email Gail re: Scott has new counsel. | 2.50 | $300.00 | $750.00 |
| E□pense | 03/31/2022 | MC | Reimbursable e□penses: Postage to mail letter and Subpoena Duces Tecum to D. □uinn Construction, Inc. via Certified Mail, Return Receipt Re□uested and copy via regular mail to opposing counsel | 1.00 | $9.52 | $9.52 |
| Service | 03/31/2022 | MC | Draft transmittal letter to D. □uinn Construction, Inc. enclosing Subpoena Duces Tecum to company | 0.20 | $100.00 | $20.00 |
| Service | 03/31/2022 | FS | Continue review of Scott Darkenwald's file. Confer with Gail re: [redacted] Email to Gail re: [redacted]. | 3.10 | $300.00 | $930.00 |
| | | | | | **Total** | **$5□532.□3** |

## Detailed Statement of Account

### □urrent In□oice

| In□oice Num□er | Due On | Amount Due | Payments Recei□ed | Balance Due |
|---|---|---|---|---|
| 2965 | 05/01/2022 | $5,532.73 | $0.00 | $5,532.73 |
| | | | **Outstanding Balance** | **$5□532.□3** |
| | | | **Total Amount Outstanding** | **$5□532.□3** |

Please make all amounts payable to: □enks □ Simpson, P.C.

Please pay within 30 days.

# IN□OI□□

Invoice # 2976
Date: 05/02/2022
Due On: 06/01/2022

## □enks □ Simpson□P.□.

1821 South Avenue West□Suite 204
Missoula, MT 59801
Phone: (406) 549-2322

Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

## 2022-01-0153□

## Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 04/01/2022 | FS | Review/e□change emails from and calls with Gail re: language to include in new listing agreement, changing lock codes and whether [redacted] Review email from Ryan re: confirming that prior listing with Scott Darkenwald is terminated. Call with □aymie Bowditch re: disclosure of litigation to new buyers. Email to □aymie with respect for follow up call and work around to litigation disclosure. | 1.40 | $300.00 | $420.00 |
| Service | 04/02/2022 | FS | Review listing termination agreement from Glacier, and e□change/review emails with Ryan and Gail re: terminating listing agreement. | 0.20 | $300.00 | $60.00 |
| Service | 04/04/2022 | FS | Conference with Gail, Ryan and Sean re: terminating listing with Glacier/Sotheby's and disclosure of litigation in new listing. Email to Gail re: Shane Coleman is out of office until April 8, and potentially moving Scott's deposition. | 1.20 | $300.00 | $360.00 |
| Service | 04/11/2022 | FS | Call with Gail re: case update and deposition issues. Call with Scott's attorney Brett Clark re: rescheduling Scott's deposition and whether Duseks are filing a third party complaint against Scott/Glacier. E□change emails with □aymie Bowditch and | 0.80 | $300.00 | $240.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Shane Coleman re: same. | | | |
| Service | 04/11/2022 | MC | Draft Amended Notice of Deposition of Scott Darkenwald | 0.10 | $100.00 | $10.00 |
| E□pense | 04/12/2022 | MC | Reimbursable e□penses: Postage to mail physical copies of Amended Notice of Scott Darkenwald to □aymie Bowditch, Shane Coleman, and Brett Clark | 3.00 | $1.36 | $4.08 |
| Service | 04/14/2022 | FS | Review draft listing agreement and email to Ryan with proposed revisions to same. Review email from □aymie Bowditch re: termination of listing agreements. | 0.60 | $300.00 | $180.00 |
| E□pense | 04/15/2022 | MC | Reimbursable e□penses: Research fees (per PACER April 2022 □uarterly Billing Statement) | 1.00 | $4.70 | $4.70 |
| Service | 04/18/2022 | FS | Review signed termination of listing agreement. Review Duseks' discovery responses and attached documents. Review and respond to Gail's email re: language to include in new listing agreement. Email to opposing counsel Shane Coleman re: proposal to have parties sign agreement to dismiss specific performance claim if Glacier Bear sells property to a third party. | 2.70 | $300.00 | $810.00 |
| Service | 04/19/2022 | FS | Draft agreement for dismissal of specific performance claim to permit sale of property to third parties. Email to Gail and Ryan Purdy re: re□uesting review of draft agreement. | 1.20 | $300.00 | $360.00 |
| Service | 04/20/2022 | MC | Draft Stipulation of Dismissal with Pre□udice of Glacier Bear's Claim for Specific Performance and proposed order | 0.20 | $100.00 | $20.00 |
| Service | 04/20/2022 | FS | Email to Gail re: Duseks' discovery re□uests. Email to Gail and Ryan re: stipulation to dismiss and proposed order of dismissal. | 0.10 | $300.00 | $30.00 |
| Service | 04/21/2022 | FS | Review Duseks' discovery re□uests. Call with Gail re: answers to discovery. Call with Ryan Purdy re: status of agreement to dismiss specific performance claim if property sells, and listing agreement. Review Ryan's edits and comments to agreement, and make further revisions. Email to Shane Coleman with draft agreement. | 1.90 | $300.00 | $570.00 |
| Service | 04/25/2022 | FS | E□change emails with Gail and Shane Coleman re: need for response from | 0.30 | $300.00 | $90.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Duseks to proposed stipulation. Review revised draft of stipulation from Shane. Exchange emails with Gail and Ryan re: revised stipulation from Duseks. | | | |
| Service | 04/26/2022 | FS | Edit stipulation and email to Gail re: revision to same. Call with Gail re: revisions to stipulation. Email Shane Coleman re: revised stipulation. Email Ryan re: request that he send stipulation to Gail by docusign. | 0.30 | $300.00 | $90.00 |
| | | | | | **Total** | **$3,248.78** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2976 | 06/01/2022 | $3,248.78 | $0.00 | $3,248.78 |
| | | | **Outstanding Balance** | **$3,248.78** |
| | | | **Total Amount Outstanding** | **$3,248.78** |

Please make all amounts payable to: Jenks & Simpson, P.C.

Please pay within 30 days.

Jenks & Simpson, P.C.

# □enks □ Simpson□P.□.

1821 South Avenue West□Suite 204
Missoula, MT 59801
Phone: (406) 549-2322

# IN□OI□□

Invoice # 2997
Date: 06/01/2022
Due On: 07/01/2022

Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

## 2022-01-0153□

## Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 05/03/2022 | FS | Call with Gail re: [redacted] and 1031 e□change. Email to Gail re: no issues with her proposed loan transaction. | 0.70 | $300.00 | $210.00 |
| Service | 05/04/2022 | □□ | Office conference with Fred Simpson re: [redacted]. | 0.30 | $210.00 | $63.00 |
| Service | 05/04/2022 | FS | Analysis of [redacted]. Call with Gail re: same. Work on discovery responses. | 1.40 | $300.00 | $420.00 |
| Service | 05/05/2022 | MC | Convert various documents and te□t message produced by Gail Goodwin to PDF format and organi□e for inclusion with discovery responses | 2.70 | $100.00 | $270.00 |
| Service | 05/05/2022 | FS | Email to Gail with recommendations/advice to address [redacted] | 0.20 | $300.00 | $60.00 |
| Service | 05/09/2022 | MC | Bates-stamp documents indicated by □FS for production with discovery responses | 0.50 | $100.00 | $50.00 |
| Service | 05/09/2022 | FS | Draft responses to Duseks' first set of discovery re□uests. Call with Gail about [redacted] Review documents provided by Gail for production to Duseks. | 5.20 | $300.00 | $1,560.00 |
| Service | 05/10/2022 | FS | Continue drafting discovery responses. Email to Gail re: discovery responses and | 2.50 | $300.00 | $750.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | re□uest that she comment on same. | | | |
| Service | 05/11/2022 | FS | Review email from Gail with information on discovery responses. Revise discovery responses. Email to Gail with updated discovery responses. Call with Gail re: discovery and [redacted] | 1.20 | $300.00 | $360.00 |
| Service | 05/13/2022 | FS | E□change emails with Gail re: [redacted] | 0.30 | $300.00 | $90.00 |
| Service | 05/24/2022 | FS | Prepare for Scott Darkenwald's deposition. Call with Gail re: same. | 2.00 | $300.00 | $600.00 |
| Service | 05/25/2022 | FS | Continue preparing for Scott Darkenwald's deposition. | 5.50 | $300.00 | $1,650.00 |
| Service | 05/26/2022 | □□ | Legal research re: [redacted] | 0.80 | $210.00 | $168.00 |
| Service | 05/26/2022 | FS | Finish preparing for and take deposition of Scott Darkenwald. | 10.50 | $300.00 | $3,150.00 |
| Service | 05/27/2022 | FS | Calls with Gail re: approaching Duseks about mediation. Call with Shane re: proposing mediation and whether he is going to bring in Scott Darkenwald. | 0.60 | $300.00 | $180.00 |
| Service | 05/31/2022 | FS | Call with Gail and Darryl re: [redacted] | 0.20 | $300.00 | $60.00 |
| | | | | | **Total** | **$9□□1.00** |

## Detailed Statement of Account

### Ot□er In□oices

| In□oice Num□er | Due On | Amount Due | Payments Recei□ed | Balance Due |
|---|---|---|---|---|
| 2976 | 06/01/2022 | $3,248.78 | $0.00 | $3,248.78 |

### □urrent In□oice

| In□oice Num□er | Due On | Amount Due | Payments Recei□ed | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 2997 | 07/01/2022 | $9,641.00 | $0.00 | $9,641.00 |
| | | | **Outstanding Balance** | **$12□889.□8** |
| | | | **Total Amount Outstanding** | **$12□889.□8** |

Please make all amounts payable to: □enks □ Simpson, P.C.

Please pay within 30 days.

Jenks & Simpson P.C.

# IN□OI□□

Invoice # 3009
Date: 06/27/2022
Due On: 07/27/2022

## □enks □ Simpson□P.□.

1821 South Avenue West□Suite 204
Missoula, MT 59801
Phone: (406) 549-2322

Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

## 2022-01-0153□

## Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 06/01/2022 | FS | Call from Shane Coleman re: his clients will agree to mediate. | 0.10 | $300.00 | $30.00 |
| Service | 06/02/2022 | FS | Call with Gail and Darryl to discuss [redacted] Call with Shane Coleman re: Gail and Darryl will mediate with respect to a purchase. Send follow up emails to Gail and Darryl re: discussion with Shane. Send email to Shane confirming telephone conference. | 0.80 | $300.00 | $240.00 |
| Service | 06/10/2022 | FS | Call with Gail re: update on case. Email to Shane re: moving forward with depositions. Begin work on summary □udgment motion. | 1.90 | $300.00 | $570.00 |
| E□pense | 06/13/2022 | MC | Reimbursable e□penses: Postage to mail hard copies of Notice of Depositions of Matt and Rachel Dusek to opposing counsel | 1.00 | $0.73 | $0.73 |
| Service | 06/13/2022 | FS | Work on motion for summary □udgment. | 1.40 | $300.00 | $420.00 |
| Service | 06/14/2022 | FS | Work on summary □udgment brief. Research re: [redacted] Brief call with Gail re: update on case. | 4.80 | $300.00 | $1,440.00 |
| Service | 06/15/2022 | FS | Work on summary □udgment brief and statement of undisputed facts. Call with | 3.20 | $300.00 | $960.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Gail re: [redacted] | | | |
| Service | 06/16/2022 | FS | Continue working on Gail's and Darryl's affidavits, and brief in support of motion for summary □udgment. | 4.20 | $300.00 | $1,260.00 |
| Service | 06/17/2022 | FS | Continue drafting summary □udgment brief. Call with Brett Clark, Scott's attorney, re: document from Duseks' discovery responses that was not in Scott's file. E□change emails with Gail, and Shane Coleman, re: depositions. | 2.70 | $300.00 | $810.00 |
| Service | 06/20/2022 | FS | Continue drafting brief in support of motion for summary □udgment. Call with Gail re: her and Darryl's affidavits. | 4.30 | $300.00 | $1,290.00 |
| Service | 06/21/2022 | FS | Continue drafting summary □udgment brief. | 2.40 | $300.00 | $720.00 |
| Service | 06/24/2022 | FS | Call with Gail re: [redacted], and filing summary □udgment motion after depositions. Call with Shane Coleman re: making sure we conclude depositions in time for Gail and Darryl to catch their flight. Continue drafting summary □udgment brief. | 3.70 | $300.00 | $1,110.00 |
| Service | 06/26/2022 | FS | Prepare for deposition of Matt Dusek. | 2.50 | $300.00 | $750.00 |
| | | | | | **Total** | **$9□□00.□3** |

## Detailed Statement of Account

### □urrent In□oice

| In□oice Num□er | Due On | Amount Due | Payments Recei□ed | Balance Due |
|---|---|---|---|---|
| 3009 | 07/27/2022 | $9,600.73 | $0.00 | $9,600.73 |
| | | | **Outstanding Balance** | **$9□□00.□3** |
| | | | **Total Amount Outstanding** | **$9□□00.□3** |

Please make all amounts payable to: □enks □ Simpson, P.C.

Please pay within 30 days.

# IN□OI□□

Invoice # 3044
Date: 08/04/2022
Due On: 09/03/2022

## □enks □ Simpson□P.□.

1234 Colter Ct.
Missoula, MT 59803
Phone: (406) 549-2322

Glacier Bear Retreat, LLC
5000 Estate Enighed
#117
St. □ohn, □I 00830

### 2022-01-0153□

### Dusek Breac□ of □ontract □laim

| Type | Date | Timekeeper | Description | □nit | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 06/27/2022 | MC | Deposition preparation. Assemble binder of e□hibits for upcoming depositions of Matt and Rachel Dusek | 0.50 | $100.00 | $50.00 |
| Service | 07/05/2022 | FS | Take depositions of Matt and Rachel Dusek. Defend first part of Gail's deposition. | 8.00 | $300.00 | $2,400.00 |
| E□pense | 07/05/2022 | FS | Reimbursable e□penses: Round trip mileage to Whitefish for depositions of parties | 260.00 | $0.625 | $162.50 |
| Service | 07/06/2022 | FS | Finish defending Gail's and Darryl's depositions. Return to Missoula from Whitefish. | 8.50 | $300.00 | $2,550.00 |
| Service | 07/07/2022 | FS | E□change emails with Scott's attorneys □aymie Bowditch and Brett Clarke re: [redacted] | 0.20 | $300.00 | $60.00 |
| Service | 07/08/2022 | FS | Review and respond to email from Scott Darkenwald's attorney □aymie Bowditch re: [redacted] Email to Gail re: same. | 0.30 | $300.00 | $90.00 |
| Service | 07/19/2022 | FS | Work on summary □udgment brief. | 2.70 | $300.00 | $810.00 |
| Service | 07/19/2022 | □□ | Conference with FS re: analysis of Buy-Sell Agreement and Inspection Notice | 0.50 | $210.00 | $105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | language. | | | |
| Service | 07/20/2022 | FS | Continue drafting and revising summary judgment brief. | 2.80 | $300.00 | $840.00 |
| Service | 07/21/2022 | FS | Email Gail re: reading and signing her deposition. Call with Gail re: summary judgment brief. Revise summary judgment brief and email same to Gail. | 1.10 | $300.00 | $330.00 |
| Service | 07/25/2022 | FS | Review and respond to Gail's email with questions about the summary judgment brief. Work on statement of undisputed facts. | 2.70 | $300.00 | $810.00 |
| Service | 07/26/2022 | FS | Continue drafting summary judgment brief and statement of undisputed facts and Darryl's and Gail's declarations. Calls with Gail re: summary judgment brief. | 2.70 | $300.00 | $810.00 |
| Service | 07/27/2022 | [illegible] | Analyze/revise draft brief in support of motion for partial summary judgment. | 0.70 | $210.00 | $147.00 |
| Service | 07/27/2022 | FS | Draft and revise statement of undisputed facts, brief in support of motion for summary judgment, Gail's declaration and my declaration to file in support of motion for summary judgment. Exchange emails with Gail re: revisions to brief, statement of undisputed facts and her declaration. | 5.10 | $300.00 | $1,530.00 |
| Service | 07/28/2022 | FS | Finish drafting and revising brief in support of motion for summary judgment and statement of undisputed facts, and Gail's declaration. | 3.60 | $300.00 | $1,080.00 |
| | | | | | **Total** | **$11[illegible].50** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 3044 | 09/03/2022 | $11,774.50 | $0.00 | $11,774.50 |
| | | | **Outstanding Balance** | **$11[illegible].50** |
| | | | **Total Amount Outstanding** | **$11[illegible].50** |

Please make all amounts payable to: □enks □ Simpson, P.C.

Please note our new mailing address.

Please pay within 30 days.

HALL & EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

**Information Only - This is not an actual bill.**

Statement for period through January 25, 2023

**LEGAL SERVICES REGARDING:** Dusek, Matt and Rachel

| **Fees** | | **T.K.** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 08/02/22 | Compose email to client regarding timeline for decision on motion for summary judgment. | JFS | 0.70 | $275.00 | $192.50 |
| 08/03/22 | Confer with Scott Darkenwald's attorney Brett Clark regarding settlement negotiations failed and motion for summary judgment has been filed. | JFS | 0.20 | $275.00 | $55.00 |
| 08/08/22 | Call with Gail to discuss [redacted] | JFS | 0.20 | $275.00 | $55.00 |
| 08/16/22 | Email to Darryl regarding his deposition transcript. Exchange emails with Gail regarding [redacted] | JFS | 0.30 | $275.00 | $82.50 |
| 08/17/22 | Call with Gail regarding Duseks' forthcoming response to motion for summary judgment; exchange texts and emails with Gail regarding same. | JFS | 0.20 | $275.00 | $55.00 |
| 08/18/22 | Draft notice of change of law firm association and address | SJS | 0.20 | $115.00 | $23.00 |
| 08/23/22 | Review Defendants' brief opposing motion for summary judgment and begin outlining arguments for reply brief. Review and respond to Gail's email with arguments for reply brief. | JFS | 6.30 | $275.00 | $1,732.50 |
| 08/26/22 | Work on summary judgment reply brief. | JFS | 1.20 | $275.00 | $330.00 |
| 08/29/22 | Continue drafting reply brief. | JFS | 4.50 | $275.00 | $1,237.50 |
| 08/30/22 | Continue revising reply brief in support of motion for summary judgment. | JFS | 2.20 | $275.00 | $605.00 |
| 08/31/22 | Finish drafting and revising reply brief in support of motion for summary judgment. Call and exchange emails with Gail to discuss revisions to brief. | JFS | 3.80 | $275.00 | $1,045.00 |
| 09/01/22 | Exchange emails with Shane Coleman re: opposition to his motion for summary judgment. Exchange emails with Gail re: Duseks motion for summary judgment. | JFS | 0.30 | $275.00 | $82.50 |

HALL & EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/22 | Call with Gail to discuss Duseks' anticipated motion for summary judgment and trial dates. | JFS | 0.40 | $275.00 | $110.00 |
| 09/06/22 | Email to Gail re: Duseks' summary judgment motion. Review and respond to Gail's email re: [redacted] | JFS | 0.50 | $275.00 | $137.50 |
| 09/07/22 | Multiple calls with Gail to discuss [redacted] Confer with Cory Rensmon (two times) and exchange emails with Mr. Rensmon re: [redacted] Draft proposed Declaration for Mr. Rensmon. Confer with and email to D. Quinn's attorney CJ Johnson re: need to discuss his work on the property. Call with and emails to Brett Clark, Scott Darkenwald's attorney, re: [redacted] and need for declaration. Begin outlining response to Duseks' motion for summary judgment. | JFS | 5.50 | $275.00 | $1,512.50 |
| 09/08/22 | Confer with Shane Coleman re: proposal to mediate case, and identifying possible mediators if his clients agree. | JFS | 0.40 | $275.00 | $110.00 |
| 09/09/22 | Confer with Brett Clark (Scott Darkenwald's attorney) re: [redacted] | JFS | 0.20 | $275.00 | $55.00 |
| 09/15/22 | Exchange emails with Quinn's attorney CJ Johnson re: scheduling date to interview David and Kelly Quinn. | JFS | 0.10 | $275.00 | $27.50 |
| 09/19/22 | Work on statement of disputed facts in opposition to Duseks' motion for summary judgment. Call with David and Kelly Quinn and their attorney CJ Johnson re: their inspections of Glacier Bear. Draft declarations for David and Kelly Quinn. | JFS | 5.10 | $275.00 | $1,402.50 |
| 09/20/22 | Continue drafting statement of disputed facts to file in opposition to Duseks' motion for summary judgment. Meet with David and Kelly Quinn's attorney to discuss their execution of declarations for use in opposition to Duseks' motion. | JFS | 4.40 | $275.00 | $1,210.00 |
| 09/21/22 | Continue drafting/revising Statement of Disputed Facts. Revise Gail's declaration. Call with Cory Rensmon re: his declaration and revise same. Exchange emails with Gail re: statement of disputed facts and her declaration. Draft brief opposing Duseks' motion for summary judgment. | JFS | 9.10 | $275.00 | $2,502.50 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/22 | Continue drafting Statement of Disputed Facts and Brief Opposing Duseks' motion for summary judgment. Calls with Gail re: revisions to her Declaration and revise same. | JFS | 8.60 | $275.00 | $2,365.00 |
| | Revise declaration of Gail Goodwin | SJS | 0.40 | $115.00 | $46.00 |
| | Revise statement of disputed facts and prepare exhibits | SJS | 2.80 | $115.00 | $322.00 |
| 09/23/22 | Finish drafting summary judgment opposition brief, and statement of disputed facts. Exchange emails and call with Gail re: same. | JFS | 5.30 | $275.00 | $1,457.50 |
| | Revise statement of disputed facts | SJS | 0.40 | $115.00 | $46.00 |
| | Revise Brief in Opposition to Plaintiff's Motion for Summary Judgment | SJS | 1.80 | $115.00 | $207.00 |
| 09/25/22 | Email to Gail and Darryl re: opposition to Duseks' Motion for Summary Judgment and potential for hearing. | JFS | 0.20 | $275.00 | $55.00 |
| 10/05/22 | Analysis of [redacted] Update legal research on [redacted] Draft Supplemental Initial Disclosures, and call with Gail re: information on new listing with Scott Strellnauer, and [redacted] | JFS | 3.20 | $275.00 | $880.00 |
| 10/07/22 | Call from Shane Coleman re: his intention to take additional depositions and length of time for trial. Call with and email to Scott Strellnauer re: Duseks want to take his deposition. Call with Gail re: additional depositions. | JFS | 1.10 | $275.00 | $302.50 |
| 10/10/22 | Review Duseks' reply brief in support of motion for summary judgment. Draft email to Gail with discussion of Duseks' reply brief and [redacted] issue. | JFS | 1.30 | $275.00 | $357.50 |
| 10/13/22 | Review email exchange between Shane Coleman and Quinn's attorney CJ Johnson re: scheduling David and Kelly Quinns' depositions. | JFS | 0.10 | $275.00 | $27.50 |
| 10/21/22 | Call with Scott Darkenwald's attorney Brett Clark re: update on case status. Exchange emails with Shane re: depositions. | JFS | 0.40 | $275.00 | $110.00 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/22 | Exchange emails with Shane Coleman re: depositions. Confer with Gail re: depositions of Rensmon, Quinns and Strellanuer. Confer with Scott Strellnauer re: his deposition and opinions on buy-sell agreement. Email to Gail re: call with Scott. | JFS | 1.00 | $275.00 | $275.00 |
| 10/26/22 | Review deposition notices and subpoenas for Cory Rensmon, Kelly Quinn, David Quinn and Scott Strellnauer. Exchange emails with opposing counsel re: confirming date of Rensmon depo. Email Gail with depo notices. Review email from Shane Coleman re: rescheduling David Quinn deposition due to his ATV accident. Call with David Quinn's attorney CJ Johnson re: length of time David will be out of commission. Call with Gail re: update on deposition rescheduling. Call with Scott Strellnauer re: potentially rescheduling his deposition. Email Shane Coleman re: depo rescheduling. | JFS | 0.80 | $275.00 | $220.00 |
| 10/27/22 | Calls with Shane Coleman (2x) re: depositions of multiple witnesses in Kalispell and email Shane re: same; and settlement proposal. Calls with Gail (2x) re: settlement proposal and depositions. Compose email to Shane outlining settlement proposal via auction with Sotheby's. Begin preparing for Scott Strellnauer's deposition. | JFS | 1.60 | $275.00 | $440.00 |
| 10/28/22 | Multiple calls with Gail and Shane Coleman; video conference with Gail, Shane Coleman and Jack Hoyt; and emails re: settlement proposal involving auction of GBR. Review materials provided by Jack Hoyt re: auction process. | JFS | 2.60 | $275.00 | $715.00 |
| 10/29/22 | Communicate with Gail, and exchange emails with Scott Darkenwald's attorney Brett Clark re: [redacted] | JFS | 0.20 | $275.00 | $55.00 |
| 10/31/22 | Exchange emails with Shane Coleman re: depositions and settlement proposal response from Duseks. Call with Gail re: same. | JFS | 0.20 | $275.00 | $55.00 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/22 | Call with Scott Darkenwald's attorney Brett Clark, re: [redacted] Exchange emails with Gail re: same. Email to Shane Coleman re: global release of all parties including GSIR if parties settle. Review Shane's email response and call with Gail to discuss same. Call with Shane Coleman to discuss settlement proposal, and withdrawal of demand that Duseks release GSIR. Call with Scott Strellnauer re: his deposition. Call with Gail re: Scott's thoughts on putting property into auction. Prepare for depositions of Scott Strellnauer and Cory Rensmon. | JFS | 2.50 | $275.00 | $687.50 |
| | Travel to Kalispell for depositions of Scott Strellnauer and Cory Rensmon. | JFS | 2.20 | $275.00 | $605.00 |
| 11/02/22 | Attend depositions of Scott Strellnauer and Cory Rensmon, and calls with Gail re: same. | JFS | 3.00 | $275.00 | $825.00 |
| | Return travel to Missoula following depositions of Scott Strellnauer and Cory Rensmon, and call with Gail re: Duseks have rejected settlement proposal. | JFS | 2.60 | $275.00 | $715.00 |
| | Compose email to Shane Coleman confirming that Duseks had rejected settlement offer. | JFS | 0.20 | $275.00 | $55.00 |
| 11/04/22 | Call with Scott Darkenwald's attorney Brett Clark re: failed settlement negotiations and need for Scott to testify if case goes to trial in February. Send follow-up email to Mr. Clark confirming same. | JFS | 0.30 | $275.00 | $82.50 |
| 11/18/22 | Review and respond to email from Shane Coleman re: deposition of D. and K. Quinn. | JFS | 0.10 | $275.00 | $27.50 |
| 11/22/22 | Call with Gail re: status of pending motions for summary judgment and timeline for appeal. | JFS | 0.30 | $275.00 | $82.50 |
| 11/28/22 | Review email from and Shane Coleman re: depositions of David and Kelly Quinn. Call with Shane Coleman re: whether Quinns' depositions will be in person or remote, anticipated no. of days for trial, and whether he anticipates any motions to exclude evidence. Send Gail short email update re: Quinn depositions. | JFS | 0.60 | $275.00 | $165.00 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/22 | Review and respond to Gail's email re: depositions of David and Kelly Quinn. Email to Shane Coleman with request to schedule Quinns' depositions the week of December 12. | JFS | 0.20 | $275.00 | $55.00 |
| 12/08/22 | Email to Shane re: Quinn depositions. Begin outlining witness testimony for trial. Call with Gail re: trial preparation. | JFS | 0.80 | $300.00 | $240.00 |
| 12/13/22 | Review deposition notices and subpoenas for Kelly and David Quinn's deposition; forward same via email to Gail. Call with Quinns' attorney CJ Johnson and send follow up email to Mr. Johnson re: [redacted] | JFS | 1.20 | $300.00 | $360.00 |
| 12/14/22 | Confer with Shane Coleman and CJ Johnson re: need to move Quinn depositions. Confer with Gail re: moving Quinn depositions and moving court for status conference if no ruling on motions for summary judgment by Christmas. Email Shane Coleman re: his position on joint motion for status conference. | JFS | 0.40 | $300.00 | $120.00 |
| 12/15/22 | Review motion in limine and strategize response and approach to trial with attorney Simpson | JMG | 0.50 | $300.00 | $150.00 |
| | Review and respond to Shane's email re: we will oppose his motion to exclude testimony from Scott Darkenwald of statements by Glacier Sotheby's president and corporate counsel re: interpretation of buy-sell. Research legal basis to oppose motion, and begin outlining response. Work on outline of issues for trial. | JFS | 2.50 | $300.00 | $750.00 |
| 12/19/22 | Review motion in limine response and trial strategy with attorney Simpson and provide except of prior brief regarding [redacted] | JMG | 0.60 | $300.00 | $180.00 |
| | Review memorandum in support of motion in limine, summary judgment briefs, statement of undisputed facts, deposition of Darkenwald, and declaration of Matt Dusek in preparation for drafting response to motion in limine | LML | 2.90 | $250.00 | $725.00 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/22 | Review Duseks' motion in limine to exclude evidence of Scott Darkenwald's opinions about interpretation of buy-sell agreement and related evidence. Exchange emails with Gail re: Duseks' motion in limine, and filing joint motion for status conference with court. Begin outlining arguments to oppose Duseks' motion in limine. | JFS | 3.80 | $300.00 | $1,140.00 |
| 12/20/22 | Begin drafting response to Defendant's Motion in Limine, specifically the introduction and hearsay sections | LML | 1.90 | $250.00 | $475.00 |
| | Research [redacted] for argument section of response to Defendant's Motion in Limine | LML | 2.30 | $250.00 | $575.00 |
| 12/21/22 | Continue drafting Response in Opposition to Defendants' Motion in Limine, specifically using research to draft sections on parol evidence rule and ambiguity | LML | 3.10 | $250.00 | $775.00 |
| | Draft joint motion for status conference. | JFS | 0.10 | $300.00 | $30.00 |
| 12/22/22 | Draft 'Background' section of Brief in Response to Defendants' Motion in Limine | LML | 0.90 | $250.00 | $225.00 |
| | Continue drafting Brief in Opposition to Defendants' Motion in Limine, specifically researching and drafting sections on impeachment, credibility, relevance, and probative value | LML | 2.90 | $250.00 | $725.00 |
| 12/23/22 | Finish rough draft of Brief in Opposition to Defendants' Motion in Limine, specifically draft section on res justae and the "transaction rule" and make final edits to all other sections | LML | 3.20 | $250.00 | $800.00 |
| 12/27/22 | Review order granting motion for status conference; forward order to Gail and call with Gail re: same. Draft/revise brief opposing Duseks' motion to exclude evidence of Scott Darkenwald's opinion of terms of Buy-Sell Agreement. | JFS | 3.50 | $300.00 | $1,050.00 |
| 12/28/22 | Review motion to reschedule status conference and order rescheduling status conference. Email to Gail re: same. | JFS | 0.10 | $300.00 | $30.00 |
| | Continue drafting/revising brief opposing Duseks' motion to exclude evidence. | JFS | 1.20 | $300.00 | $360.00 |
| 12/29/22 | Continue drafting brief opposing Duseks' motion to exclude evidence of Scott Darkenwald's opinions. | JFS | 2.70 | $300.00 | $810.00 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/22 | Finish drafting brief opposing Duseks' motion to exclude Scott Darkenwald's opinions. | JFS | 2.40 | $300.00 | $720.00 |
| | Revise response to motion in limine and prepare exhibits | SJS | 1.90 | $100.00 | $190.00 |
| 01/03/23 | Review deposition notices of David and Kelly Quinn. | JFS | 0.10 | $300.00 | $30.00 |
| 01/04/23 | Confer with Shane Coleman re: status conference with court. Participate in status conference with court. Call with Gail re: outcome of status conference. Begin preparing for jury selection/voir dire. | JFS | 1.30 | $300.00 | $390.00 |
| 01/05/23 | Prepare for an attend depositions of David and Kelly Quinn. Follow up calls with Gail, and Quinns' attorney CJ Johnson re: Quinn deposition testimony. | JFS | 5.60 | $300.00 | $1,680.00 |
| 01/10/23 | Draft proposed final pretrial order | SJS | 0.90 | $100.00 | $90.00 |
| 01/11/23 | Draft proposed final pretrial order | SJS | 1.50 | $100.00 | $150.00 |
| 01/12/23 | Draft proposed final pretrial order | SJS | 0.30 | $100.00 | $30.00 |
| 01/16/23 | Review Duseks' reply brief in support of their motion to exclude Scott Darkenwald's opinion as to interpretation of buy-sell agreement and forward same to Gail. | JFS | 0.20 | $300.00 | $60.00 |
| | Work on pretrial order. Confer with Shane Coleman re: pretrial order and jury instructions. | JFS | 3.20 | $300.00 | $960.00 |
| 01/17/23 | Further drafting/revising of final pretrial order, exhibit list and jury instructions. Review order granting Glacier Bear's motion for summary judgment and call with clients re: same. | JFS | 5.10 | $300.00 | $1,530.00 |
| | Draft exhibit lists | SJS | 0.20 | $100.00 | $20.00 |
| | Draft jury instructions | SJS | 0.40 | $100.00 | $40.00 |
| | Draft witness lists | SJS | 0.40 | $100.00 | $40.00 |
| 01/18/23 | Confer with Gail re: next steps to enforce judgment. Research procedure to enforce judgment for specific performance. Confer with Shane Coleman re: his clients' position and whether they intend to appeal. | JFS | 3.50 | $300.00 | $1,050.00 |
| 01/19/23 | Call with Gail re: enforcing judgment. Review Morrison & Frampton's invoices for calculating attorney's fees. | JFS | 0.70 | $300.00 | $210.00 |

HALL&EVANS LLC
ATTORNEYS AT LAW
1001 Seventeenth Street, Suite 300
Denver, CO 80202-2084
P: 303-628-3300

Glacier Bear Retreat, LLC
Gail L. Goodwin
Glacier Bear Retreat, LLC
500 Estate Enighed #117
St. John, VI 00830

January 25, 2023

Client ID 19488-1 JFS

| Fees | | T.K. | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/20/23 | Draft letter to Shane Coleman re: demand that Duseks close on purchase. Call with Gail and Ryan to discuss possible closing. | JFS | 2.50 | $300.00 | $750.00 |
| 01/23/23 | Make final revisions to letter to Shane Coleman, and email Shane re: letter with closing date, and outline of attorney's fees. Call with Gail re: case update. Exchange emails with Shane and Gail re: attorney's fee issue. Research re: whether expert witness is needed to prove reasonableness of attorney's fees. | JFS | 1.50 | $300.00 | $450.00 |

**TOTAL FEES** **$41,709.00**

| COSTS AND EXPENSES | | Amount |
|---|---|---|
| 11/14/22 | SHERI J. HAZLETT RPR<br>Deposition of Scott Strellnauer and Cory Rensmon | $363.61 |
| 12/29/22 | J. Simpson<br>Fred Simpson/Hotel Stay/Kalispell/Out of Town Deposition | $147.80 |
| | J. Simpson<br>Fred Simpson/Kalispell/Out of Town Deposition (232.21 miles @ 0.625) | $145.13 |
| | J. Simpson<br>Fred Simpson/Meal Expense/Kalispell/Out of Town Deposition | $39.00 |
| | J. Simpson<br>Fred Simpson/Meal Expense/Kalispell/Out of Town Deposition | $12.59 |
| 01/12/23 | RELX INC DBA LEXIS NEXIS Fred Simpson | $332.19 |
| 01/16/23 | SHERI J. HAZLETT RPR<br>Deposition Transcript of David Kelly and Kelly Quinn | $341.04 |

**TOTAL COSTS AND EXPENSES** **$1,381.36**

**TOTAL FEES AND COSTS** **$43,090.36**