Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN, and DARRYL C. SLATTENGREN,<br><br>Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants / Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**DEFENDANTS' RESPONSE BRIEF REGARDING PLAINTIFF'S MOTION FOR ATTORNEYS FEES** |

Defendants do not oppose Plaintiffs' Motion for Attorneys' Fees (doc. 50) or Plaintiffs' Bill of Costs (doc. 49). This response is made without prejudice to Defendants' right to appeal the underlying summary judgment order and judgment that gave rise to the award of attorneys' fees (docs. 47, 48).

Dated this 13th day of February, 2023.

By: */s/ Shane P. Coleman*

Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF COMPLIANCE

The undersigned, Shane P. Coleman, certifies that this Brief complies with the requirements of Rule 7.1(d)(2). The lines in this document are double spaced, except for footnotes and quoted and indented material, and the document is proportionately spaced with Times New Roman font typeface consisting of 14 characters per inch. The total word count is 70, excluding caption and certificates of service and compliance, table of contents and authorities, and exhibit index. The undersigned relies on the word count of the word processing system used to prepare this document.

By: */s/ Shane P. Coleman*
Shane P. Coleman
BILLSTEIN, MONSON & SMALL, PLLC

ATTORNEYS FOR DEFENDANTS