# Exhibit A

Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN, and DARRYL C. SLATTENGREN,<br><br>Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants / Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**DECLARATION OF SHANE COLEMAN** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Shane Coleman. I am over the age of 18 years and have personal knowledge of the matters stated in this declaration.

2. I am counsel of record for the Defendants Matt and Rachel Dusek in this matter.

3. **Exhibit 1** is a true, correct, and complete copy of correspondence received from Plaintiffs' counsel on January 23, 2023.

4. **Exhibit 2** is a true, correct, and complete copy of an email message received from Plaintiffs' counsel on February 15, 2023, without the preceding messages in this email chain.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2023.

*Shane P. Coleman*
Shane P. Coleman

# Exhibit 1

**H&E HALL&EVANS LLC**
ATTORNEYS AT LAW

Fred Simpson
simpsonf@hallevans.com
(406) 541-8884

January 23, 2023

File No. 19488-1

*Sent via email only*
Shane Coleman
Billstein, Monson & Small
1555 Campus Way, Suite 201
Billings, MT 59102
shane@bmslawmt.com

Re: Glacier Bear Retreat, LLC v. Matt and Rachel Dusek

Dear Shane:

With the Order granting Glacier Bear Retreat's motion for summary judgment, my clients are prepared to close on the purchase and sale of the subject real property within the next thirty days. My clients have scheduled a closing with Fidelity National Title for February 16, 2023. Since the date of the Order, my clients have entered a purchase and sale agreement for the purchase of other real property, and they need to close on the Glacier Bear Retreat transaction promptly in order to proceed with that purchase. Additionally, as Gail discussed with Matt at the depositions, and as you and I recently discussed, Gail has Glacier Bear Retreat rented out for four weeks this coming summer, and she needs to know promptly if Mr. and Mrs. Dusek want to cancel those reservations. I understand the gross revenue generated by those rentals is in the range of $79,780. If Mr. and Mrs. Dusek wanted to use my clients' property management services to handle the reservations, cleaning and the like the fee would be 20%. The dates of the rentals are July 1 – 29, 2023.

My clients have incurred attorney's fees and costs of approximately $90,000. I will provide you with an itemization of those fees and costs later this week. If need be, I will file the appropriate motion under Rule 54(d) to establish those fees and costs, but I am hopeful that we can avoid the time and expense of additional motions practice. Assuming your clients agree to the amount of those fees and costs, I think the simplest way to handle the issue would be to add the fees and costs into the amount due at the closing.

If Mr. and Mrs. Dusek refuse to obey the Court's Order that they specifically perform the BSA, my clients have directed me to seek all available relief, including pursuing a contempt order under Rule 70(e), F.R.Civ.P., and pursuing collection of the amount due through domesticating the judgment in California, and obtaining a writ of execution for the amount due from Duseks.



125 Bank Street
Suite 403
Missoula, MT 59802
P 406-532-2635
F 406-519-2035
www.hallevans.com

Further, if Mr. and Mrs. Dusek decide to appeal the Order, they will need to post a supersedeas bond to stay enforcement of the judgment. Any such proceedings will certainly involve making the amount that they paid for the property public record, which is something we would prefer to avoid to honor the Duseks' desire to keep the purchase price confidential.

Again, my clients hope to avoid any further litigation, and look forward to a prompt closing.

I look forward to hearing from you at your earliest convenience.

Sincerely,

Fred Simpson

# Exhibit 2

## Shane Coleman

**From:** Simpson, Fred <simpsonf@hallevans.com>
**Sent:** Wednesday, February 15, 2023 2:42 PM
**To:** Shane Coleman
**Cc:** Ryan Purdy
**Subject:** RE: Glacier Bear v. Duseks

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Shane-

Thanks for sending the exemplar LOC.

As we discussed yesterday, my clients will agree to Duseks' request for an additional thirty days' stay of execution of the judgment if Duseks will not oppose the motion to alter or amend that we filed yesterday, and agree that the $10,000,000 due on the judgment bears interest at a rate of 4.66% from and after November 9, 2021 until satisfied. If they do not agree to that proposal, I have been directed to pursue all available remedies in satisfaction of the judgment if they have not posted security in the meantime.

With respect to your question about the amount of the security, my clients will insist on the full purchase price plus the amount of the undisputed fees and costs.

Please call if you would like to discuss this case further.

Thanks,
Fred


**Fred Simpson** | Special Counsel
simpsonf@hallevans.com
Tel: 406-541-8884

**Hall & Evans, LLC**
125 Bank Street, Suite 403
Missoula, MT 59802

HALL&EVANS LLC
ATTORNEYS AT LAW
COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn




Ex. 2