# Exhibit B

Shane P. Coleman
BILLSTEIN, MONSON & SMALL PLLC
1555 Campus Drive, Suite 201
Billings, MT 59102
Telephone: 406.656.6551
shane@bmslawmt.com

ATTORNEYS FOR DEFENDANTS
MATT AND RACHEL DUSEK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN, and DARRYL C. SLATTENGREN,<br><br>Plaintiffs / Counterclaim Defendants,<br><br>v.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>Defendants / Counterclaimants. | Case No. 9:22-cv-00019-DLC-KLD<br><br>**DECLARATION OF MATT DUSEK** |

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Matt Dusek. I am over the age of 18 years and have personal knowledge of the matters stated in this declaration.

2. Before entry of this Court's Order and Judgment, on January 10, 2023, I contacted our investment advisor at Morgan Stanley to discuss financial

options related to either closing on the subject real property or for obtaining security for appeal.

3. Following entry of the summary judgment Order and Judgment, we decided that we would file an appeal.

4. I understand that a stay of judgment execution pending appeal would require that we provide some amount of security in the event that we were to lose the appeal and be unable to consummate real estate transaction that is the subject of this litigation.

5. Upon receiving the Court's Order and Judgment, I followed up with our financial advisor at Morgan Stanley to discuss options for obtaining security in the form of a surety bond, letter of credit, or otherwise.

6. Ultimately, we they concluded that a standby letter of credit ("LOC") would be the quickest and most efficient option.

7. **Exhibit 3** hereto is a true, correct, and complete, but redacted copy of the standby letter of credit application that I filed with Morgan Stanley.

8. Morgan Stanley is presently processing the LOC application.

9. Our application was filed seeking an LOC in the amount of $10,305,930.00.

10. We calculated this amount as the full amount of the $10 million purchase price, less our earnest money that remains pending with the title

company, plus stipulated attorney fees and costs. To be conservative and to avoid arguments over the sufficiency of the security, we also added one year of potential post-judgment interest.

11. As a part of the LOC application process, Morgan Stanley requires that we have collateral in place to secure potential obligations under the LOC.

12. We have established a Liquidity Access Line of Credit that provides the necessary collateral to allow Morgan Stanley Bank, N.A. to issue the LOC in the requested amount.

13. No one at Morgan Stanley or elsewhere have raised any issues regarding our ability to qualify financially for the LOC, in the $10,305,930.00 amount of our application.

14. Although our LOC application is being processed, it requires two more items before it may be approved.

15. Morgan Stanley needs to know the amount of the LOC before the LOC will issue. Presently, we have applied for the LOC based upon the existing Judgment If the Judgment were to be amended to include an additional monetary component as Plaintiffs have requested in their Motion to Amend the Judgment and if that amendment were to require increased security, then the new LOC amount would need to be resubmitted to Morgan Stanley for processing.

16. Morgan Stanley needs "draw-triggering" language in order to issue the LOC. Generally, draw-triggering language specifies the conditions upon which the beneficiary may draw upon the LOC. Morgan Stanley will issue the LOC with draw-triggering language that is agreed upon by the parties or set by Court Order. I understand that we have provided draft draw-triggering language to the Plaintiffs' counsel and are awaiting their comments and proposed revisions.

17. I understand that Morgan Stanley can issue the LOC within approximately 7-10 days once the amount of the LOC is set, if the parties agree to draw-triggering language. Otherwise, this process may require as long as 30 days after the amount of the LOC is set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2022.

Matthew T. Dusek

Matt Dusek

# Exhibit 3

Morgan Stanley

| For Internal Use Only | | |
|---|---|---|
| Branch No. | Account No. | FA/PWA No. |
| 0 3 9 | [redacted] | 4 0 1 |

# Standby Letter of Credit Application
# MSPBNA Liquidity Access Line

*Note: Please type applications to ensure legibility and accuracy. Handwritten applications that are illegible will be returned. We also reserve the right to return applications for clarification. All of the information below is required, except where noted, for an application to be reviewed and considered complete.*

The undersigned applicant ("**Applicant**") hereby requests that Morgan Stanley Private Bank, National Association ("**Bank**") issue an irrevocable standby letter of credit under the Liquidity Access Line maintained by the Applicant with the Bank (together with any replacements, extensions or modifications, the "**Letter of Credit**") pursuant to this MSPBNA Liquidity Access Line Standby Letter of Credit (this "**LC Application**"). Applicant agrees that the Letter of Credit shall be subject to the terms and provisions of this LC Application.

**A. Applicant (also the Borrower under the Liquidity Access Line) (Full Name & Address):**

Matthew Dusek & Rachel Dusek

APPLICANT NAME

Matthew Dusek

CONTACT NAME

[redacted]

LEGAL ADDRESS

[redacted]

MAILING ADDRESS

[redacted]

TELEPHONE

[redacted]

EMAIL ADDRESS

FAX (NOT REQUIRED)

**Beneficiary (Legal Name & Address):**

Glacier Bear Retreat, LLC, a Montana limited liability co

BENEFICIARY NAME

Gail Goodwin, Manager

CONTACT NAME

SSN/TIN/GOVERNMENT ID TYPE AND NUMBER

LEGAL ADDRESS

832 Cantrell Court, Whitefish, MT 59937

MAILING ADDRESS

U.S.A.

COUNTRY OF INCORPORATION OR FORMATION (IF BUSINESS)

U.S.A.

COUNTRY OF RESIDENCE OF PRINCIPAL OPERATIONS (IF BUSINESS)

JURISDICTION OF TRUST (IF TRUST)

Politically Exposed Person[1] or entity with benefical owners and/or principals who are PEPs ☐ **Y** **or** ☑ **N**

TELEPHONE | FAX (NOT REQUIRED)

EMAIL ADDRESS

If entity, please indicate if one of the following:

☐ Municipality ☐ Financial Institution ☐ Insurance Company

**Account Party (if another Party other than Applicant) (See paragraph 5 below) (Full Name & Address):**

ACCOUNT PARTY NAME

CONTACT NAME

SSN/TIN/GOVERNMENT ID TYPE AND NUMBER

LEGAL ADDRESS

MAILING ADDRESS

COUNTRY OF INCORPORATION OR FORMATION (IF BUSINESS)

COUNTRY OF RESIDENCE OF PRINCIPAL OPERATIONS (IF BUSINESS)

JURISDICTION OF TRUST (IF TRUST)

☐ Applicant and Account Party request that only Account Party's name will show on the Letter of Credit.

Politically Exposed Person[1] or entity with beneficial owners and/or principals who are PEPs ☐ **Y** **or** ☑ **N**

TELEPHONE | FAX (NOT REQUIRED)

EMAIL ADDRESS

Describe the relationship between Applicant and Account Party, including business purpose for including Account Party on the Letter of Credit:

**Amount of Letter of Credit (in Numbers): USD** 10,305,930.00

**Advising Bank (if any):**

ADVISING BANK NAME

CONTACT NAME

**B. Brief Explanation of Underlying Transaction Between Applicant/Account Party and Beneficiary (including Name and Date of Any Relevant Agreement Governing Underlying Transaction):**

Underlying transaction is appeal of 1/17/23 judgment in case CV 22-19-M-KLD in US District Court of District of Montana Missoula Division against Applicant for specific performance of contract to purchase realty from Beneficiary

**C.** ☐ **Y** **or** ☑ **N** Partial draws permitted.

**D.** ☐ **Y** **or** ☑ **N** Multiple draws permitted.

**E.** ☐ **Y** **or** ☑ **N** Is it a requirement for the Letter of Credit to be issued by a bank rated by the rating agencies? If required, a loan sale and assignment may be necessary. See paragraph (4) below.

**F. Expiration Date:**

☐ Expiration Date (cannot exceed 1 Year): ____________________
MM/DD/YYYY

☑ Evergreen (See Section 3 below)
Automatically extended for 1-year periods, with 60 days notification for non-extension, not to exceed 5 years.

Note that on expiration of the Letter of Credit, collateral sufficient to support the outstanding amount of the Letter of Credit may be held by Bank for an additional period of time.

**G. Issuance Options (select one):**

☑ Letter of Credit to be issued by mail

☐ Letter of Credit to be issued by SWIFT

**H. Letter of Credit Issuance and Renewal Fees (based on Amount of Letter of Credit):**

- 1.5% for amounts $100,000 – 999,999
- 1.0% for amounts $1,000,000+

Fees subject to change; Minimum Fee Amount is $1,500, per one year term.

**I. Fee Payment Election:**

1. Payment of fees for the issuance of this Letter of Credit and for any future renewals or amendments should be made by the Applicant, by:

☑ The Bank making a Variable Rate Advance against Applicant's Liquidity Access Line (as permitted in the Liquidity Access Line Terms and Conditions).

☐ Application of cash from Applicant's Morgan Stanley Smith Barney LLC (MSSB) account # ____________________.

2. If the expiration date of this Letter of Credit is one year or more without an evergreen, Applicant understands that the entire nonrefundable issuance fee will be charged up front, at time of issuance.
3. If the Expiration Date of this Letter of Credit is subject to an evergreen term, Applicant agrees that fees for annual renewals will be charged without notice on an annual basis (or other applicable time) at the time of each renewal.
4. Fees for any other amendments requested (whether to increase, decrease or make any other changes) will be charged at the time of the amendment. If payment from an MSSB account is elected above and there is not sufficient cash at the relevant time, Applicant agrees that the Bank may choose to make a Variable Rate Advance instead.

**J. Funds under this Letter of Credit are payable against presentation of the Beneficiary's drawing certificate in the form of Annex A (see sample Standby Letter of Credit), containing Beneficiary's signed representation. Please indicate preferred statement here (if any):**

## The Applicant Agrees with and for the Benefit of Bank as follows:

1. **LC Application.** Applicant(s) affirm(s) that it has fully read and agrees to this LC Application. This Letter of Credit is a "Letter of Credit" as defined in the Liquidity Access Line Terms and Conditions. In consideration of Bank's issuance of the Letter of Credit, Applicant(s) agree(s) to be bound by the agreements set forth in this LC Application and the terms and conditions of any credit agreement, reimbursement agreement or other agreement between Bank and Applicant with respect to the issuance of letters of credit and the reimbursement of amounts drawn thereunder. Applicant(s) affirm(s) that all information stated in the Liquidity Access Line Application and Agreements executed by the Applicant is true, complete and correct as of the date hereof and can be relied upon in the Letter of Credit due diligence process.
2. **Issuance of Letter of Credit.** Subject to the terms and conditions of this LC Application, Bank may, in its sole and complete discretion, issue the Letter of Credit for the account of the Applicant or Account Party, as applicable. Applicant understands and agrees that the Letter of Credit will be subject to the International Standby Practices of the International Chamber of Commerce, Publication 590 ("**ISP98**") or to the Uniform Customs and Practice for Documentary Credits of the International Chamber of Commerce, Publication 600 ("**UCP**"), at Bank's discretion and in any event, unless otherwise specified in the Letter of Credit, such Letter of Credit shall be subject to the laws of the State of New York without reference to the chosen jurisdiction's provisions regarding conflicts of laws. In issuing the Letter of Credit, Bank is expressly authorized to make such changes from the terms set forth in this LC Application as Bank, in its sole and complete discretion, may deem advisable. Applicant is responsible for approving the text of the Letter of Credit as submitted to and as issued by Bank and as received by the Beneficiary. Bank's recommendation or drafting of text or Bank's use or nonuse or refusal to use text submitted by Applicant shall not affect Applicant's ultimate responsibility for the final text of the Letter of Credit.
3. **Evergreen/Notice of Non-Extension.** The Applicant agrees that after issuance of the Letter of Credit, if Applicant desires that Bank give a notice of non-extension under the Letter of Credit to the Beneficiary, Applicant should so notify the Bank in writing more than 5 business days in advance of the last day on which a timely notice of non-extension may be given to Beneficiary. Whether or not requested to do so by Applicant, Bank shall have the right to give such notice or take such action, to fail or refuse to do so, or to fail to retain proof of doing so. If Bank gives such notice or takes such action at Applicant's request, then Applicant shall obtain Beneficiary's acknowledgement thereof and, in the case of Letter of Credit termination, return of the original Letter of Credit.
4. **Assignment for Rated Bank Issuance.** Applicant acknowledges and agrees that, if a rated bank is required to act as issuing bank of the Letter of Credit, the Bank may assign the Applicant's Liquidity Access Line to Morgan Stanley Bank, N.A. and the Letter of Credit will then be issued by Morgan Stanley Bank, N.A. Applicant further agrees that in such event, the information provided in this LC Application will be used by, and all agreements and representations herein will inure to the benefit of, Morgan Stanley Bank, N.A.
5. **Account Party.** (A) In the event an Account Party is included in this LC Application, by signing below, Account Party acknowledges that Applicant is requesting this Letter of Credit on Account Party's behalf, and confirms that all information listed herein with respect to Account Party and its other contractual relationships is correct. Account Party further acknowledges that the terms and conditions of the Applicant's Liquidity Access Line govern any of Bank's and Applicant's obligations related to the Letter of Credit, with no separate agreements related to Account Party. Account Party waives any defenses, rights or claims with respect to Bank or any of its affiliates related to the Letter of Credit. In the event of competing instructions, Account Party acknowledges that Bank may in its discretion follow all instructions of Applicant.

   (B) In the event Applicant and Account Party request that only Account Party's name appear on the Letter of Credit, Applicant agrees that it remains directly and primarily liable to Bank for the Letter of Credit and any related obligations (and acknowledges that all such obligations constitute "LAL Obligations" as defined in the Liquidity Access Line Terms and Conditions), such liability to survive discharge or compromise of any obligation of Account Party in bankruptcy or otherwise. Applicant represents and warrants that it has received fair and equivalent value in exchange for its agreement to request the Letter of Credit in only Account Party's name, and agrees that all indemnification provided herein and under the Applicant's Liquidity Access Line shall also inure to the Bank's benefit with respect to any issuance, amendment and/or performance or payment under the Letter of Credit regardless of the fact that only Account Party's name appears thereon.
6. **Indemnification.** Without limiting any relevant terms contained in the Liquidity Access Line Terms and Conditions, Applicant will indemnify and hold Bank (including its officers, directors, employees and agents) harmless from and against (a) all loss or damage arising out of the issuance by Bank, or any other action taken by any such indemnified party in connection with the Letter of Credit including any loss or damage arising in whole or in part from the negligence of the party seeking indemnification, but excluding any

loss or damage resulting from the gross negligence or willful misconduct of the party seeking indemnification, (b) all costs and expenses (including reasonable attorneys' fees and allocated costs of in-house counsel and legal expenses) of all claims or legal proceedings arising out of the issuance and all actions arising from or relating to issuance by Bank of the Letter of Credit or incident to the collection of amounts owed by Applicant hereunder or the enforcement of the rights of Bank hereunder, including, without limitation, legal proceedings related to any court order, injunction, or other process or decree restraining or seeking to restrain Bank from paying any amount under the Letter of Credit, and (c) all claims, losses, damages, suits, costs or expenses (including reasonable attorneys' fees and allocated costs of in-house counsel, and legal expenses) arising out of Applicant's failure to timely procure licenses or comply with applicable laws, regulations or rules, or any other conduct or failure of Applicant relating to or affecting the Letter of Credit.

7. **Electronic Transmissions.** Bank is authorized to accept and process this LC Application, the Letter of Credit and any amendments, transfers, assignments of proceeds, consents, waivers and all documents relating to the Letter of Credit or the LC Application which are sent to Bank by electronic transmission, including SWIFT, electronic mail, telex, telecopy, telefax, courier, mail or other computer-generated telecommunications, and such electronic communication shall have the same legal effect as if written and shall be binding upon and enforceable against the Applicant. Bank may, but shall not be obligated to, require authentication of such electronic transmission or that Bank receives original documents prior to acting on such electronic transmission. Separate and independent from any other indemnity set forth in this LC Application, Applicant will indemnify and hold Bank (including its officers, directors, employees and agents) harmless from and against any and all loss, liability, damage or expenses of whatever kind and nature arising from Bank's acceptance and/or delivery of information by electronic transmission.
8. **Governing Law.** This LC Application will be governed by and interpreted in accordance with the laws of the State of New York. Applicant and the Bank agree, to the extent permitted under applicable law, to waive any right to a trial by jury in any action or proceeding with respect to any dispute or controversy under this LC Application and any credit agreement, reimbursement agreement or other agreement between Bank and Applicant with respect to the issuance of letters of credit and the reimbursement of amounts drawn thereunder and hereby agree that such action or proceeding will be tried before a judge without a jury.
9. **Miscellaneous.** This LC Application shall be binding on Applicant's and Account Party's (if applicable) heirs, executors, administrators, successors and permitted assigns, and shall inure to the benefit of Bank's successors and assigns. Any provisions of this LC Application which may be determined by competent authority to be prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction. This LC Application may be signed and delivered by facsimile transmission. This LC Application contains the final, complete and exclusive understanding of, and supersedes all prior or contemporaneous, oral or written, agreements, understandings, representations and negotiations between the parties relating to the subject matter and this LC Application.

## Important Regulatory Information

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT OR ESTABLISHING A NEW CUSTOMER RELATIONSHIP

To help the U.S. government fight the funding of terrorism and money laundering activities, Federal law requires all U.S. financial institutions to obtain, verify and record information that identifies each individual or instituion that opens an account or establishes a relationship with Morgan Stanley.

What this means: When entering into a new customer relationship with Morgan Stanley Private Bank, National Association, the firm will ask you for your name, address, date of birth (as applicable) and other identification information. This information will be used to verify your identity. As appropriate, the firm may, in its discretion, ask for additional documentation or information. If all required documentation is not provided, Morgan Stanley may be unable to open an account or establish a relationship with you.

APPLICANT NAME

**Signature of Authorized Signatory of Applicant:**

| | |
|---|---|
| SIGNATURE | DATE (MM/DD/YYYY) [redacted] |
| Matthew Dusek<br>NAME OF AUTHORIZED SIGNATORY (PLEASE PRINT) | TELEPHONE NUMBER [redacted] |
| TITLE OF AUTHORIZED SIGNATORY | EMAIL ADDRESS (NOT REQUIRED) |

**Signature of Authorized Signatory of Account Party (with respect to paragraph 5 hereof) (if applicable):**

| | |
|---|---|
| SIGNATURE | DATE (MM/DD/YYYY) |
| NAME OF AUTHORIZED SIGNATORY (PLEASE PRINT) | TELEPHONE NUMBER |
| TITLE OF AUTHORIZED SIGNATORY | EMAIL ADDRESS (NOT REQUIRED) |

[1] A Politically Exposed Person ("PEP"), is generally defined as a current or former senior political figure, an immediate family member of a current or former senior political figure, or a close associate of a current or former senior political figure. The term "senior political figure" is a senior official in the executive, legislative, administrative, military or judicial branches of government (whether elected or not), a senior official of a major political party, or a senior executive of a government-owned corporation. The term "immediate family member" typically includes a parent, sibling, spouse, child or in-law. The term "close associate" is a person who is widely and publicly known to maintain an unusually close relationship with the senior political figure, and includes a person who is in a position to conduct substantial domestic and international financial transactions on behalf of the senior political figure.

© 2019 Morgan Stanley Smith Barney LLC. Member SIPC. Morgan Stanley Private Bank, National Association. Member FDIC.

[Issuer Letterhead]

[Issue Date]

# Sample Wording for Standby Letter of Credit

***Subject to Change***

**ISSUER:**

**[Morgan Stanley Bank, N.A. OR Morgan Stanley Private Bank, National Association]**
1300 Thames Street, Thames Street Wharf, 4th Floor, Baltimore, MD 21231

Attention: Letter of Credit Department c/o Andrew Ross Atkins
Telephone: (443) 627-4555, Fax: (212) 507-5010

**BENEFICIARY:**

______________________
______________________
______________________

Attention: ______________________

Telephone: ______________________

**APPLICANT:**

______________________
______________________
______________________

Attention: ______________________

Telephone: ______________________

SAMPLE

We hereby issue our Standby Letter of Credit ("Standby") No. ______________________, in favor of the Beneficiary, for the account of **[name of applicant or account party]**, in the maximum aggregate amount of USD$ ______________________.

Partial and multiple drawings are permitted under this Standby.

Funds under this Standby are available against presentation at this office of Beneficiary's sight draft, drawn on us, marked "Drawn under Standby Letter of Credit No. ______________________", accompanied by Beneficiary's signed statement in the form of Annex A, attached hereto and made part hereof. Presentation of the above documents must be made to the above address (or such other address which may be designated by us in a written notice delivered to you at your address specified above) on or before the expiration date.

This Standby expires at this office on **[date]**. [Such expiration date will be automatically extended without amendment for a period of one (1) year from the expiration date, or any future expiration date, unless at least sixty (60) days prior to the then current expiration date we send notice to Beneficiary at Beneficiary's address specified above, that the expiration date of this Standby will not be extended for any such additional period. In no event shall the expiration date be extended, automatically or otherwise, beyond the date that is five (5) years from the date hereof (the "Final Expiration Date"), and this Standby shall automatically expire on the Final Expiration Date if it has not previously expired or been terminated pursuant to the terms hereof.] ISP98 Rule 3.14(a) does not apply to this Standby.

Drawings received by us after 3:00 p.m., New York time shall be deemed to be presented on the following Business Day. The term "Business Day" means a day on which we are open in the State of New York and the State of Maryland to conduct our letter of credit business and on which banks are not authorized or required by law or executive order to close in the State of New York or the State of Maryland.

We hereby agree with the Beneficiary that drawings made under and in compliance with the terms and conditions of the Standby will be duly honored by us.

This Standby is issued subject to the International Standby Practices 1998 (ISP98) (International Chamber of Commerce Publication No. 590) and shall be governed by and construed in accordance with the laws of the State of New York, without regard to any of its conflicts of law provisions. In the event of any conflict between the laws of the State of New York and the provisions of ISP98, the provisions of ISP98 shall control. By accepting this Standby, Beneficiary submits to the exclusive jurisdiction of the federal and New York State courts located in the Borough of Manhattan in connection with any dispute related to this Standby or any matters contemplated hereby.

______________________ ______________________
ISSUER'S NAME SIGNATURE

______________________
AUTHORIZED SIGNATURE

# ANNEX A

[INSERT DATE]

**[Morgan Stanley Bank, N.A. OR Morgan Stanley Private Bank, National Association]** (the "Issuer")
1300 Thames Street, Thames Street Wharf, 4th Floor
Baltimore, MD 21231

Attention: Letter of Credit Department c/o Andrew Ross Atkins
Telephone: (443) 627-4555, Fax: (212) 507-5010

Re: Standby Letter of Credit No. **[LC number]**, dated **[date]**, issued by the Issuer ("Standby")

We, [name of Beneficiary], the Beneficiary of the above mentioned Standby, demand payment of USD $ ______________ hereunder.

We hereby certify that funds under the Standby are due us, as ______________________________________________

**[CHOOSE APPROPRIATE DRAW TRIGGER (OR MULTIPLE TRIGGER OPTIONS, FOLLOWING AGREEMENT AMONG PARTIES), AND MODIFY AS NECESSARY BASED ON THE UNDERLYING TRANSACTION].**

**EXAMPLES:**

[Applicant][Account Party] has failed to comply with the terms and conditions under [contract name, contract date] OR

[Applicant][Account Party] is in default of its obligations under the terms of a [credit facility][lease] between [Applicant][Account Party] and Beneficiary OR

[Applicant][Account Party] has failed to make payment under invoice No. __________ related to Purchase Order No. __________, and Beneficiary certifies that said invoice(s) is/are past due and remain unpaid as of today's date OR

Issuer has given a notice of non-extension of the Standby.

Beneficiary further states that the proceeds from this demand will be used to satisfy the above-identified obligations and that Beneficiary will account to Applicant for any proceeds that are not so used.

Beneficiary requests that payment be made by wire transfer to an account of Beneficiary as follows: [INSERT NAME, ADDRESS, AND ROUTING NUMBER OF BENEFICIARY'S BANK, AND NAME AND NUMBER OF BENEFICIARY'S ACCOUNT].

SAMPLE

______________________________________________
BENEFICIARY NAME

| SIGNATURE | NAME | TITLE |
|---|---|---|

© 2019 Morgan Stanley Smith Barney LLC. Member SIPC. Morgan Stanley Private Bank, National Association. Member FDIC.

[Issuer Letterhead]

[Issue Date]

**Sample Wording for Standby Letter of Credit**
***Subject to Change***

**ISSUER:**

**[Morgan Stanley Bank, N.A. OR Morgan Stanley Private Bank, National Association]**
1300 Thames Street, Thames Street Wharf, 4th Floor, Baltimore, MD 21231

Attention: Letter of Credit Department c/o Andrew Ross Atkins
Telephone: (443) 627-4555, Fax: (212) 507-5010

**BENEFICIARY:**

Glacier Bear Retreat, LLC, a Montana limited liability company, Gail L. Goodwin, and Darryl C. Slattengren

Attention: Gail Goodwin, individually and as Manager
Telephone: ____________________

**APPLICANT:**

Matt Dusek ____________________
[redacted] ____________________
[redacted] ____________________

Attention: ____________________

Telephone: [redacted] ____________

We hereby issue our Standby Letter of Credit ("Standby") No. ____________________, in favor of the Beneficiary, for the account of Matt Dusek, in the maximum **aggregate** amount of USD$ 10,305,930.00.

Funds under this Standby are available against presentation at this office of Beneficiary's sight draft, drawn on us, marked "Drawn under Standby Letter of Credit No. ____________________", accompanied by Beneficiary's signed statement in the form of Annex A, attached hereto and made part hereof. Presentation of the above documents must be made to the above address (or such other address which may be designated by us in a written notice delivered to you at your address specified above) on or before the expiration date.

This Standby expires at this office on **[date].** [Such expiration date will be automatically extended without amendment for a period of one (1) year from the expiration date, or any future expiration date. In no event shall the expiration date be extended, automatically or otherwise, beyond the date that is five (5) years from the date hereof (the "Final Expiration Date"), and this Standby shall automatically expire on the Final Expiration Date if it has not previously expired or been terminated pursuant to the terms hereof.] ISP98 Rule 3.14(a) does not apply to this Standby.

Drawings received by us after 3:00 p.m., New York time shall be deemed to be presented on the following Business Day. The term "Business Day" means a day on which we are open in the State of New

York and the State of Maryland to conduct our letter of credit business and on which banks are not authorized or required by law or executive order to close in the State of New York or the State of Maryland.

We hereby agree with the Beneficiary that drawings made under and in compliance with the terms and conditions of the Standby will be duly honored by us.

This Standby is issued subject to the International Standby Practices 1998 (ISP98) (International Chamber of Commerce Publication No. 590) and shall be governed by and constructed in accordance with the laws of the State of New York, without regard to any of its conflicts of law provisions. In the event of any conflict between the laws of the State of New York and the provisions of ISP98, the provisions of ISP98 shall control. By accepting this Standby, Beneficiary submits to the exclusive jurisdiction of the federal and New York State courts located in the Borough of Manhattan in connection with any dispute related to this Standby or any matters contemplated hereby.

| | |
|---|---|
| ______________________________ | ______________________________ |
| ISSUER'S NAME | SIGNATURE |

______________________________________________

AUTHORIZED SIGNATURE



**KEEP THIS FOR YOUR RECORDS**

**Signature of Authorized Signatory of Applicant:**

| | |
|---|---|
| SIGNATURE | DATE (MM/DD/YYYY) |
| NAME OF AUTHORIZED SIGNATORY LINE (PRINT) | TELEPHONE NUMBER |
| TITLE OF AUTHORIZED SIGNATORY | EMAIL ADDRESS (NOT REQUIRED) |

**Signature of Authorized Signatory of Account Party (with respect to paragraph 5 hereof) (if applicable):**

| | |
|---|---|
| SIGNATURE | DATE (MM/DD/YYYY) |
| NAME OF AUTHORIZED SIGNATORY LINE (PRINT) | TELEPHONE NUMBER |
| TITLE OF AUTHORIZED SIGNATORY | EMAIL ADDRESS (NOT REQUIRED) |

1

[1] [1] A Politically Exposed Person ("PEP"), is generally defined as a current or former senior political figure an immediate family member of a current or former senior political figure, or a close associate of a current or former senior political figure. The term "senior political figure" is a senior official in the executive, legislative, administrative, military or judicial branches of government (whether elected or not), a senior official of a major political party, or a senior executive of a government-owned corporation. The term "immediate family member" typically includes a parent, sibling, spouse, child or in-law. The term "close associate" is a person who is widely and publicly known to maintain an unusually-close relationship with the senior political figure, and includes a person who is in a position to conduct substantial domestic and international financial transactions on behalf of the senior political figure.

# ANNEX A

[INSERT DATE]

**[Morgan Stanley Bank, N.A. OR Morgan Stanley Private Bank, National Association]** (the "Issuer")
1300 Thames Street, Thames Street Wharf, 4th Floor
Baltimore, MD 21231

Attention: Letter of Credit Department c/o Andrew Ross Atkins
Telephone: (443) 627-4555, Fax: (212) 507-5010

Re: Standby Letter of Credit No. **[LC number],** dated **[date],** issued by the Issuer ("Standby")

We, Glacier Bear Retreat, LLC, a Montana limited liability company, Gail L. Goodwin, and Darryl Slattengren, the Beneficiaries of the above mentioned Standby, demand payment of USD *$ 10,305,930.00* hereunder. We hereby certify that funds under the Standby are due us, as: (1) the United States Court of Appeals for the Ninth Circuit affirmed in full the judgment entered in favor of Plaintiffs Glacier Bear Retreat, LLC, Gail L. Goodwin, and Darryl Slattengren by the United States District Court for the District of Montana in case number CV-22-019-M-KLD; (2) the mandate has issued from the United States Court of Appeals for the Ninth Circuit; (3) Applicant has failed, within 45 days of issuance of the Ninth Circuit's mandate, to close on the purchase of real estate legally described as Tract 1 of Certificate of Survey No. 19007, located and being in Government Lot 2 of Section 14, Township 32 North, Range 19 West, P.M.M., Flathead County, Montana, more commonly known as 348 Grist Road in the City of West Glacier, Montana, and to fully satisfy the requirements contained in the district court's judgment.

Beneficiary further states that the proceeds from this demand will be used to satisfy the above-identified obligations and that Beneficiary will account to Applicant for any proceeds that are not so used:

Beneficiary requests that payment be made by wire transfer to an account of Beneficiary as follows: [INSERT NAME, ADDRESS, AND ROUTING NUMBER OF BENEFICIARY'S BANK, AND NAME AND NUMBER OF BENEFICIARY'S ACCOUNT].

BENEFICIARY NAME

SIGNATURE NAME TITLE

BENEFICIARY NAME

SIGNATURE NAME TITLE

BENEFICIARY NAME

SIGNATURE NAME TITLE

© 2019 Morgan Stanley Smith Barney LLC. Member SIPC. Morgan Stanley Private Bank, National Association. Member FDIC.

## Beneficiary

Gail L. Goodwin
[redacted]

## Beneficiary

Darryl C. Slattengren
[redacted]