# Exhibit 1

## Plaintiffs' Initial Disclosures

(excerpts)

Fred Simpson, Esq.
JENKS & SIMPSON, P.C.
1821 South Ave. W, Suite 204
Missoula, MT 59801
Telephone: (406) 549-2322
Facsimile: (406) 549-2707
Email: fsimpson@jenkssimpson.legal

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants. | Cause No. CV 22-19-M-DLC-KLD<br><br>**PLAINTIFFS' INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Plaintiffs hereby provide their Initial Disclosures:

**1. The name and, if known, the address and telephone no. of each individual likely to have discoverable information, along with the subjects of that information, that Plaintiffs may use to support their claims or defenses, unless the use would be solely for impeachment.**

1. **Gail L. Goodwin**
**Darryl C. Slattengren**
c/o Fred Simpson

11. Lab reports issued by Eurofins EMLab P&K with respect to the mold inspection and study of the subject real property, and included with the report issued by D. Quinn Construction, Inc.

12. Two letters from Defendants to Scott Darkenwald dated October 30, 2021 purporting to terminate the PSA

13. Letter from Defendants to Scott Darkenwald dated November 3, 2021

14. Letter from Sean Frampton (attorney for Plaintiffs) to Scott Darkenwald dated November 1, 2021

15. Letters from Shane Coleman (attorney for Defendants) to Sean Frampton (attorney for Plaintiffs) dated November 5, 2021 and December 7, 2021

16. Letter from Sean Frampton (attorney for Plaintiffs) to Shane Coleman (attorney for Defendants) dated November 15, 2021

**3. A computation of each category of damages claimed.**

Plaintiffs' Second Amended Complaint seeks an order that Defendants specifically perform the terms of the PSA. In their alternative count for breach of contract damages, Plaintiffs seek the difference between the amount that Defendants had contracted to purchase the property for and the amount for which

Plaintiffs may later to be able to sell the property. Plaintiffs do not currently know the amount that they may seek as the subject real property is not currently listed for sale, and they do not know what a willing buyer may be willing to pay to purchase the property. Further, Defendants' breach of contract caused Plaintiffs to lose the opportunity to sell the Property to another buyer during the prime selling season in 2021. Plaintiffs were also damaged in the form of lost investment opportunities caused by Defendants' breach of contract, including the failed purchase of an aircraft. Plaintiffs are still calculating their damages and Plaintiffs will supplement this disclosure as further information develops.

**4. Insurance Agreements which may satisfy in whole or in part any judgment entered in this case.**

Plaintiffs are not aware of any insurance agreements which may apply to satisfy any judgment entered in this case.

DATED this 25th day of February, 2022.

JENKS & SIMPSON, P.C.

By /s/Fred Simpson
Fred Simpson
*Attorneys for Plaintiffs*