# Exhibit 2

## Plaintiffs' Supplemental Disclosures

(excerpts)

Fred Simpson, Esq.
HALL & EVANS, LLC
Millennium Building, Suite 403
125 Bank Street
Missoula, MT 59802
Telephone: (406) 532-2635
Facsimile: (406) 519-2035
Email: simpsonf@hallevans.com

*Attorneys for Plaintiffs and Counterclaim Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN and DARRYL C. SLATTENGREN,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK AND RACHEL DUSEK,<br><br>Defendants/Counterclaimants. | Cause No. CV 22-19-M-KLD<br><br>**PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) and 26(e)(1)(A), Plaintiffs hereby supplement their Initial Disclosures:

**1. The name and, if known, the address and telephone no. of each individual likely to have discoverable information, along with the subjects of that information, that Plaintiffs may use to support their claims or defenses, unless the use would be solely for impeachment.**

**1. Gail L. Goodwin**

19. Listing agreement dated April 8, 2022 between Glacier Bear Retreat, LLC and PureWest Real Estate and associated documents including extensions and changes in terms, and marketing materials for the real property.

**3. A computation of each category of damages claimed.**

Plaintiffs' Second Amended Complaint seeks an order that Defendants specifically perform the terms of the PSA. In their alternative count for breach of contract damages, Plaintiffs seek the difference between the amount that Defendants had contracted to purchase the property for and the amount for which Plaintiffs may later to be able to sell the property. Plaintiffs do not currently know the amount that they may seek as the subject real property is not currently listed for sale, and they do not know what a willing buyer may be willing to pay to purchase the property. Further, Defendants' breach of contract caused Plaintiffs to lose the opportunity to sell the Property to another buyer during the prime selling season in 2021. Plaintiffs were also damaged in the form of lost investment opportunities caused by Defendants' breach of contract, including the failed purchase of an aircraft. Plaintiffs are still calculating their damages and Plaintiffs will supplement this disclosure as further information develops.

**4. Insurance Agreements which may satisfy in whole or in part any judgment entered in this case.**

Plaintiffs are not aware of any insurance agreements which may apply to satisfy any judgment entered in this case.

DATED this 5th day of October, 2022.

HALL & EVANS, LLC

By /s/Fred Simpson
Fred Simpson
*Attorneys for Plaintiffs*