IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN, and DARRYL C. SLATTENGREN,<br><br>  Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>  Defendants/Counterclaimants. | CV-22-19-M-KLD<br><br>ORDER |

Defendants have filed a motion requesting the Court correct an apparent error in the Court's April 4, 2023 order (Doc. 65), which erroneously awarded postjudgment interest on the purchase price of $10 million from the BSA's anticipated closing date of November 9, 2021, not the date of entry of the judgment, January 17, 2023. Plaintiffs oppose the motion.

1

Rule 60(a) allows the Court to correct a "clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." By definition, postjudgment interest does not begin to accrue until "the date of the judgment." 28 U.S.C. § 1962(a). Accordingly,

IT IS ORDERED that Defendants' motion (Doc. 66) is GRANTED. The Order is amended and the judgment shall reflect that Glacier Bear is entitled to postjudgment interest at the federal statutory rate of 4.7% on the purchase price of $10 million from the date of the judgment, until the judgment is paid.

DATED this 12th day of April, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge