IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLACIER BEAR RETREAT, LLC, GAIL L. GOODWIN, and DARRYL C. SLATTENGREN,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>MATT DUSEK and RACHEL DUSEK,<br><br>    Defendants/Counterclaimants. | CV-22-19-M-KLD<br><br>ORDER |

On September 16, 2024, Plaintiffs/Counterclaim Defendants Glacier Bear Retreat, LLC, Gail Goodwin, and Darryl Slattengren filed a Satisfaction of Judgment. (Doc. 76). Accordingly,

IT IS ORDERED that the May 12, 2023 Supersedeas Bond, Bond No. 100067910, is null and void and is released for all purposes.

DATED this 25th day of September, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1